AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| DAWN DANGAARD, a/k/a ALANA EVANS;<br>KELLY GILBERT, a/k/a KELLY PIERCE;<br>JENNIFER ALLBAUGH, a/k/a RUBY; and<br>on behalf of themselves and all others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>INSTAGRAM, LLC; FACEBOOK OPERATIONS, LLC;<br>FENIX INTERNET LLC; FENIX INTERNATIONAL INC.;<br>META PLATFORMS, INC.; LEONID RADVINSKY,<br>and JOHN DOES 1-10,<br>Defendants.<br><br>*Defendant(s)* | Civil Action No. 4:22-cv-01101-KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

INSTAGRAM, LLC
1601 Willow Road Menlo Park, CA 94025

FACEBOOK OPERATIONS, LLC
1601 Willow Road
Menlo Park, CA 94025

META PLATFORMS, INC.
1601 Willow Road
Menlo Park, CA 94025

FENIX INTERNATIONAL INC.
4th Floor Imperial House,
8 Kean Street, London, WC2B 4AS

FENIX INTERNET LLC
501 Silverside Road, Suite 87
Wilmington, DE 19809

Leonid Radvinsky
8563 Horseshoe Lane,
Boca Raton, FL 334396

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> DAVID E. AZAR
> MILBERG COLEMAN BRYSON
> PHILLIPS GROSSMAN PLLC
> 280 S. Beverly Drive, Suite PH
> Beverly Hills, California 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: February 24, 2022

*CLERK OF COURT*
*Mark B.Busby*

*Cynthia J. Lenahan*

*Signature of Clerk or Deputy Clerk*