1  Michael P. Esser (SBN 268634)
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, CA 94104
3  Tel: (415) 439-1400 / Fax: (415) 439-1500
   Email: michael.esser@kirkland.com
4
5  K. Winn Allen, P.C. (*pro hac vice* pending)
   Devin S. Anderson (*pro hac vice* pending)
   KIRKLAND & ELLIS LLP
6  1301 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004
7  Tel: (202) 389-5000 / Fax: (202) 389-5200
   Email: winn.allen@kirkland.com
8  Email: devin.anderson@kirkland.com

9  *Attorneys for Defendants Instagram, LLC,*
   *Facebook Operations, LLC, and Meta*
10 *Platforms, Inc.*

11
12
13
                    **UNITED STATES DISTRICT COURT**
14
                    **NORTHERN DISTRICT OF CALIFORNIA**
15
                             **OAKLAND DIVISION**
16

17 | DAWN DANGAARD, et al.,              | CASE NO. 3:22-cv-01101-WHA
18 |     Plaintiffs,                     | **DEFENDANT META PLATFORMS, INC.'S**
                                         | **(F/K/A FACEBOOK, INC.) CORPORATE**
19 |     v.                              | **DISCLOSURE STATEMENT**
20 | INSTAGRAM, LLC, et al.
21 |     Defendants.

22
23
24
25
26
27
28

CORPORATE DISCLOSURE STATEMENT                                    CASE NO. 3:22-cv-01101-WHA

Defendant Meta Platforms, Inc. (f/k/a Facebook, Inc.), pursuant to Federal Rule of Civil Procedure 7.1, discloses that it is a publicly held corporation with no parent corporation and that no publicly held corporation owns 10% or more of its stock.[1]

DATED:  April 5, 2022

Respectfully submitted,

KIRKLAND & ELLIS LLP

*s/ Michael P. Esser*
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: michael.esser@kirkland.com

K. Winn Allen, P.C. (*pro hac vice* pending)
Devin Anderson (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200
Email: winn.allen@kirkland.com

Email: devin.anderson@kirkland.com

*Attorneys for Defendants Instagram, LLC, Facebook Operations, LLC, and Meta Platforms, Inc.*

---

[1] Meta Platforms, Inc. submits this disclosure statement as required by the federal rule while reserving all defenses.