Michael P. Esser (SBN 28634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: michael.esser@kirkland.com

K. Winn Allen, P.C. (*pro hac vice* pending)
Devin S. Anderson (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W. Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200
Email: winn.allen@kirkland.com
Email: devin.anderson@kirkland.com

*Attorneys for Defendants Instagram, LLC,*
*Facebook Operations, LLC, and Meta*
*Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Dawn Dangaard, et al. | CASE NO. 3:22-cv-01101-WHA |
| Plaintiffs, | NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING |
| v. | |
| INSTAGRAM, LLC, et al | |
| Defendants. | *Honorable William Alsup* |

Pursuant to Local Rule 3-13, Defendants Meta Platforms, Inc., Instagram, LLC, and Facebook Operations, LLC (collectively "Defendant") submit this Notice of Pendency of Other Action or Proceeding to give notice of the following action: *JFF Publications LLC, d/b/a JustFor.Fans v. Facebook Operations, LLC*, in the Superior Court for the State of California, County of San Mateo, Case No. 22-CIV-00782.

NOTICE OF PENDENCY OF OTHER ACTION
OR PROCEEDING                                                                      CASE NO. 3:22-cv-01101-WHA

The *JFF Publications* action is a putative class action purportedly brought on behalf a class of adult entertainment (AE) platforms throughout the United States. Meta Platforms, Inc., Instagram, LLC, and Facebook Operations, LLC are named as defendants, and the plaintiff in that action seeks to recover for the alleged harm to their business and the business of other similarly situated AE platforms, resulting from the alleged collusion between employees of Defendant and the OnlyFans AE business. The action is substantially related to the Action pending in this Court. Indeed, the allegations in the *JFF Publications* action are materially identical to the allegations in this case, the causes of action are identical, and the complaints in the *JFF Publications* action and this Action contain dozens of identical paragraphs. Both cases involve overlapping claims under California's Unfair Competition Law, claims for tortious interference with contract, and claims for international interference with contract. The *JFF Publications* action therefore calls for determination of multiple questions of fact and law that will be the same or substantially similar.

Defendant respectfully submits to the Court that coordination between the two actions would be appropriate to avoid conflicts, conserve resources, and promote an efficient determination of the actions.

DATED: April 5, 2022

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Michael P. Esser*
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: michael.esser@kirkland.com

1  
2  
3  
4  
5  

K. Winn Allen, P.C. (*pro hac vice* pending)
Devin Anderson (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200
Email: winn.allen@kirkland.com
Email: devin.anderson@kirkland.com

6  
7  

*Attorneys for Defendants Instagram, LLC, Facebook Operations, LLC, and Meta Platforms, Inc.*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING       3       CASE NO. 3:22-cv-01101-WHA