1  MILBERG COLEMAN BRYSON PHILLIPS
   GROSSMAN, PLLC
2  David Azar (Bar No. 218319)
   280 South Beverly Dr., Suite PH
3  Beverly Hills, CA 90212
   Telephone:    (212) 594-5300
4  Facsimile:    (212) 868-1229

5  *Attorneys for Plaintiffs*

6
7  [ADDITIONAL PARTIES ON SIGNATURE PAGE]

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN DANGAARD, a/k/a ALANA EVANS; KELLY GILBERT, a/k/a KELLY PIERCE; JENNIFER ALLBAUGH, a/k/a RUBY; and on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INSTAGRAM, LLC; FACEBOOK OPERATIONS, LLC; FENIX INTERNET LLC; FENIX INTERNATIONAL INC.; META PLATFORMS, INC; LEONID RADVINSKY; and JOHN DOES 1-10,<br><br>Defendants. | CASE NO. 3:22-cv-01101<br><br>**JOINT STIPULATION REGARDING SERVICE OF PROCESS, EXTENSION OF TIME TO RESPOND TO COMPLAINT, AND PROPOSED BRIEFING SCHEDULE AND HEARING DATE ON CONTEMPLATED MOTIONS TO DISMISS** |

The parties submit this stipulation to set a common briefing schedule and hearing date for all parties on contemplated responsive motions to the operative complaint, while also providing for acceptance of service by all domestic and foreign parties.

Plaintiffs Dawn Dangaard, Kelly Gilbert, and Jennifer Allbaugh, on the one hand, and Defendants Fenix Internet LLC, Fenix International Ltd., and Leonid Radvinsky (collectively, the "OnlyFans Defendants"), and Instagram, LLC, Facebook Operations, LLC, and Meta Platforms, Inc. (collectively, the "Meta Defendants") (collectively, Defendants), on the other hand, have agreed to the following regarding acceptance of service and a proposed schedule for responding to the operative complaint and setting a hearing date on contemplated motions to dismiss, and respectfully request the Court to adopt the following Stipulation and enter the accompanying proposed order:

WHEREAS, the parties agree that, in the interests of judicial economy and orderly management of the action, a schedule should be established with respect to acceptance of service by Defendants and responses to the operative complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the undersigned parties, subject to Court approval, as follows:

1. Foreign entity defendant Fenix International Ltd. agrees to accept service of the operative complaint, which is the First Amended Complaint (Dkt. 4)[1], and to waive the formalities of service under Federal Rules of Civil Procedure 4(d) and not assert its rights under the Hague Convention for the purposes of this action only, expressly conditioned upon the terms stated below.

2. Domestic defendants Fenix Internet LLC, Leonid Radvinsky, and the Meta Defendants agree to accept service of the First Amended Complaint and to waive the formalities

---

[1] As footnote 1 to the First Amended Complaint explains: "This Complaint is being resubmitted as an Amended Complaint, with minor revisions, following the Clerk's rejection notice of the civil cover sheet and to consolidate the parties in one summons and 're-file in its entirety.' This is the only complaint that will be served."

of service under Federal Rules of Civil Procedure for the purposes of this action only, expressly conditioned upon the terms stated below.

3. The deadline for all Defendants to file and serve their responses to the First Amended Complaint is June 30, 2022. (Note, this is a couple of weeks from the date that would otherwise apply when a foreign defendant waives service under Rule 4(d).)

4. The deadline for Plaintiffs to respond to any responsive motions filed by any Defendants will be August 11, 2022.

5. The deadline for Defendants to reply in support of any responsive motions will be August 25, 2022.

6. The parties will set a hearing date of September 8, 2022 for any motions responsive to the operative complaint.

7. The Parties note a typographical error in the caption: that although the First Amended Complaint refers to the foreign entity as Fenix International Limited ("Fenix") (paragraph 11), the caption uses the abbreviation "Inc." instead of "Ltd." The parties agree that Plaintiff may file a notice of errata accordingly, and will not argue that the typographical error has any import.

8. This agreement is limited to the above-captioned litigation and should not be construed as an agreement by any Defendant to waive the requirements of Federal Rules of Civil Procedure 4(d) and/or the Hague Service Convention in any other litigation or for any purpose other than accepting service of Plaintiff's Complaint in this action.

9. Defendants do not waive any other defenses, including without limitation the right to challenge personal or subject matter jurisdiction and venue. Plaintiffs agree that they will not argue that waiver or acceptance of service or negotiation of this Stipulation and Order supports personal jurisdiction over any defendant.

10. The Defendants do not waive the right to assert objections to discovery propounded on them, and expressly preserve the right to oppose, or seek relief in connection with, any discovery requests served on them.

WHEREFORE, Plaintiffs and the Defendants respectfully request that the Court enter this

1 | Stipulation as an Order of the Court.
2 |        IT IS SO STIPULATED.

| | | |
|---|---|---|
| DATED: April 7, 2022 | | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC |
| | By | */s/ David Azar* <br> David Azar (Bar No. 218319) <br> dazar@milberg.com <br> 280 South Beverly Dr., Suite PH <br> Beverly Hills, CA 90212 <br> Phone: (212) 594-5300 <br> Fax: (212) 868-1229 |
| | | *Attorneys for Plaintiffs* |
| DATED: April 7, 2022 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By | */s/ Shon Morgan* <br> Shon Morgan (Bar No. 187736) <br> shonmorgan@quinnemanuel.com <br> 865 South Figueroa Street, 10th Floor <br> Los Angeles, CA 90017-2543 <br> Phone: (213) 443-3000 <br> Fax: (213) 443-3100 |
| | | *Attorneys for the OnlyFan Defendants* |
| DATED: April 7, 2022 | | KIRKLAND AND ELLIS LLP |
| | By | */s/ K. Winn Allen* <br> K. Winn Allen <br> Winn.allen@kirkland.com <br> 1301 Pennsylvania Ave., NW <br> Washington, DC 20004 <br> Phone: (202) 389-5078 <br> (pro hac vice pending) |
| | | *Attorneys for the Meta Defendants* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 8, 2022

_____
HONORABLE William Alsup
United States District Judge

**SIGNATURE ATTESTATION**

I, David Azar, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document.

| | |
|---|---|
| Dated: April 7, 2022 | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC |
| | By:/s/*David Azar* <br> David Azar |
| | Attorneys for Plaintiffs |

# CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2021, the foregoing was electronically filed with the Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system, which will send notification of such filing to all parties.

By: */s/ David Azar*
David Azar
dazar@milberg.com
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
280 South Beverly Dr., Suite PH
Beverly Hills, CA 90212
Phone: (212) 594-5300
Fax: (212) 868-1229