QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
   (shonmorgan@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

  John F. O'Sullivan (Fla. Bar No. 143154)
   (johnosullivan@quinnemanuel.com)
  Jason D. Sternberg (Fla. Bar No. 72887)
   (jasonsternberg@quinnemanuel.com)
  Joshua T. Fordin (Fla. Bar No. 125219)
   (joshuafordin@quinnemanuel.com)
2601 South Bayshore Drive, 15th Floor
Miami, Florida 33133
Telephone:     (305) 402-4880

Attorneys for FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC and LEONID RADVINSKY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAWN DANGAARD, et al.,<br><br>           Plaintiffs,<br><br>     vs.<br><br>INSTAGRAM, LLC, et al.,<br><br>           Defendants. | CASE NO. 3:22-CV-01101-WHA<br><br>**NOTICE OF APPEARANCE OF SHON MORGAN**<br><br>. |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Shon Morgan of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears[1] on behalf of Defendants Fenix International Limited, Fenix Internet LLC and Leonid Radvinsky. Copies of all future pleadings, papers, correspondence, and electronic filing notices should be served upon Quinn Emanuel Urquhart & Sullivan, LLP at the address indicated below:

Shon Morgan<br>
QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>
865 S. Figueroa St., 10th Floor<br>
Los Angeles, CA  90017<br>
Telephone:  (213) 443-3252<br>
Facsimile:   (213) 443-3100<br>
Email:  shonmorgan@quinnemanuel.com

Respectfully submitted,

DATED:  April 11, 2022        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By *Shon Morgan*
Shon Morgan

Attorneys for Fenix International Limited, Fenix Internet LLC, and Leonid Radvinsky

---

[1] Defendants Fenix International Limited, Fenix Internet LLC and Leonid Radvinsky, and undersigned counsel acting on their behalf, specially appear for the limited purpose of filing this Notice and expressly reserve, and do not waive, any and all defenses to the Complaint, including, without limitation, the defense of lack of personal and subject matter jurisdiction and all other defenses otherwise available under the Federal Rules of Civil Procedure and any other applicable rules of authority.