QUINN EMANUEL URQUHART & SULLIVAN, LLP
Shon Morgan (Bar No. 187736)
(shonmorgan@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Victoria B. Parker (Bar No. 290862)
(vickiparker@quinnemanuel.com)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

John F. O'Sullivan (Fla. Bar No. 143154)
(johnosullivan@quinnemanuel.com)
Jason D. Sternberg (Fla. Bar No. 72887)
(jasonsternberg@quinnemanuel.com)
Joshua T. Fordin (Fla. Bar No. 125219)
(joshuafordin@quinnemanuel.com)
2601 South Bayshore Drive, 15th Floor
Miami, Florida 33133
Telephone: (305) 402-4880

*Attorneys for Defendants Fenix International Limited, Fenix Internet LLC, and Leonid Radvinsky*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAWN DANGAARD, a/k/a ALANA EVANS; KELLY GILBERT, a/k/a KELLY PIERCE; JENNIFER ALLBAUGH, a/k/a RUBY, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INSTAGRAM, LLC; FACEBOOK OPERATIONS, LLC; META PLATFORMS, INC.; FENIX INTERNATIONAL INC.; FENIX INTERNET LLC; LEONID RADVINSKY, and JOHN DOES 1-10,<br><br>Defendants. | CASE NO. 3:22-cv-01101-WHA<br><br>**DECLARATION OF LEE TAYLOR IN SUPPORT OF FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, AND LEONID RADVINSKY'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br>Date:       September 8, 2022<br>Time:       11:00 a.m.<br>Location:  Courtroom 12, 9th Floor<br>Judge:      Hon. William Alsup<br><br>First Amended Class Action Complaint Filed: February 23, 2022 |

# DECLARATION OF LEE TAYLOR

I, Lee Taylor, declare as follows:

1. I am the Chief Financial Officer and a Director of Fenix International Limited ("Fenix International"), the sole member of Fenix Internet LLC ("Fenix Internet"). I have been in that position since December 2021. In my role as Chief Financial Officer, I oversee the finances of Fenix International and its subsidiaries, including Fenix Internet, as well as third-party supplier relationships.

2. Fenix Internet is a Delaware limited liability company.  It was formed on March 13, 2019.  A true copy of Fenix Internet's Status Report from the Delaware Secretary of State showing its formation date is attached hereto as **Exhibit A**.

3. Fenix Internet has its principal place of business at 501 Silverside Road, Suite 87AXK, Wilmington, Delaware, 19809.

4. Fenix International is incorporated and registered in England and Wales, with its principal place of business in London.

5. Fenix International operates the OnlyFans website ("OnlyFans").  Fenix International contracts and pays for the servers that host OnlyFans and owns all intellectual property and trademarks related to OnlyFans.  Employees and independent contractors of Fenix International are responsible for the day-to-day operations of OnlyFans.

6. Fenix Internet does not operate OnlyFans.  Fenix Internet does not have or pay for servers of its own, does not own any intellectual property or trademarks related to OnlyFans, and is not responsible for the day-to-day operations of OnlyFans.

7. Fenix Internet provides payment processing services to Fenix International.  In this role, Fenix Internet facilitates certain payments between fans and content creators after purchases are made on OnlyFans, as instructed by Fenix International. Specifically, Fenix Internet collects from third-party processors payments made by fans and distributes the money it collects through other third-party providers to content creators.

8.  Fenix Internet's sole purpose is to perform payment assistance for Fenix International.

9.  Neither Fenix International nor Fenix Internet has any offices or employees in California.

10. Neither Fenix International nor Fenix Internet engages in any marketing, sales or commercial activity targeted specifically at residents of California.

11. Neither Fenix International nor Fenix Internet engages in any marketing, sales or commercial activity in California related to the alleged wrongdoing in the Complaint.

12. Neither Fenix International nor Fenix Internet holds bank accounts in the state of California.

1 |       I declare under penalty of perjury under the laws of the State of California that the
2 | foregoing is true and correct.
3 |       Signed this 30th day of June, 2022.

                                                              DocuSigned by:

                                                            Lee Taylor
                                                           CEF150B025814AA...
                                                       Lee Taylor

# EXHIBIT A

3/7/22, 12:40 PM  Case 3:22-cv-01101-WHA  Document 40-1  Filed 06/30/22  Page 6 of 6
Delaware.gov                                    Division of Corporations - Filing
                                                Governor | General Assembly | Courts | Elected Officials | State Agencies

Logout

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

View Search Results

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | 7323837 | Incorporation Date / Formation Date: | 3/13/2019 (mm/dd/yyyy) |
| Entity Name: | FENIX INTERNET LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | **State:** |
| Status: | **Good Standing** | Status Date: | **3/13/2019** |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | **CASTLE PINES, INC.** | | |
| Address: | 501 SILVERSIDE ROAD SUITE 87 | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19809** |
| Phone: | | | |

[Back to Entity Search]  [Email Status]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov