Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: michael.esser@kirkland.com

K. Winn Allen, P.C. (*admitted pro hac vice*)
Devin Anderson (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel:  (202) 389-5000 / Fax: (202) 389-5200
Email:  winn.allen@kirkland.com
Email:  devn.anderson@kirkland.com

*Attorneys for Defendants Instagram LLC,
Facebook Operations, LLC, and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAWN DANGAARD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>INSTAGRAM, LLC, *et al.*<br><br>Defendants. | CASE NO. 3:22-cv-01101-KAW<br><br>**JOINT STIPULATION REQUESTING THAT THE COURT CONTINUE UNTIL AFTER RESOLUTION OF THE PENDING MOTIONS THE CASE MANAGEMENT CONFERENCE AND DEADLINES FOR FILING OF RULE 26(F) REPORT, JOINT CASE MANAGEMENT STATEMENT, AND THE EXCHANGE OF INITIAL DISCLOSURES**<br><br>Complaint Filed Date:  February 22, 2022<br>Judge:              William Alsup<br>Hearing Date:       September 8, 2022 |

All Parties respectfully request that this Court reschedule the initial case management conference and related submissions until after the resolution of the pending motions scheduled to be heard on

1

JOINT STIPULATION REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE, AND EXTENSION OF DEADLINES FOR RULE 26(F) REPORT, JOINT CASE MANAGEMENT STATEMENT, AND EXCHANGE OF INITIAL DISCLOSURES

September 8, or at minimum, until a future date after the hearing, in the interests of judicial economy and orderly management of the action.  Specifically:

WHEREAS, on February 24, 2022, the Clerk entered an Order setting an initial May 17, 2022 deadline for the filing of the Rule 26(f) Report and the Joint Case Management Statement, and the exchange of initial disclosures.  ECF No. 7.

WHEREAS, subsequently, Plaintiffs Dawn Dangaard, Kelly Gilbert, and Jennifer Allbaugh, on the one hand, and Defendants Fenix Internet LLC, Fenix International Ltd., and Leonid Radvinsky (collectively, the "Fenix Defendants"), and Instagram, LLC, Facebook Operations, LLC, and Meta Platforms (collectively, the "Meta Defendants") on the other hand, proposed by stipulation a modified briefing schedule in an attempt to coordinate efforts across the instant case and a related putative class action pending in the San Mateo Superior Court (*JFF Publications LLC v. Facebook Operations, LLC et al.*, Case No. 22-CIV-00782), which asserts substantially the same allegations as those made in the instant case, but which is brought by adult content platforms rather than adult content providers.  On April 8, 2022, the Court entered that stipulation.  ECF No. 27.

WHEREAS, on April 9, 2022, consistent with that stipulation, the Clerk entered an Order resetting the deadline to file the Joint Case Management Statement to September 1, and scheduling the Initial Case Management Conference for September 8, 2022, ECF No. 28, the effect of which Order was to reset the deadlines to file the Rule 26(f) Report and to exchange initial disclosures to September 1, 2022.  *See id.*; ECF No. 7.

WHEREAS, on June 30, 2022, the Meta Defendants and the Fenix Defendants filed responsive motions (collectively, the "Defendants' Responsive Motions"), ECF Nos. 40–42, which motions, if granted, may be fully dispositive of this action and also affect jurisdiction over the Fenix Defendants.

WHEREAS, after the replies in support of the Defendants' Responsive Motions are filed today, August 25, 2022, the motions will be ripe for potential resolution.  *See* ECF Nos. 43–47.

WHEREAS, all parties have conferred and agreed that, in the interests of judicial economy and orderly management of this action, the parties should jointly move the Court to reschedule the September

2

Joint Stipulation Requesting Continuance of Initial Case Management Conference, and Extension of Deadlines for Rule 26(f) Report, Joint Case Management Statement, and Exchange of Initial Disclosures

8, 2022 Case Management Conference, and continue the deadlines to file the Rule 26(f) Report, Joint Case Management Statement, and to exchange initial disclosures, until the Court resolves the Defendants' Responsive Motions or at minimum, until a date after the September 8 hearing based on the Court's evaluation of the motions and determination of next steps.

WHEREAS, the parties submitted a similar request in the related San Mateo action, which is scheduled to hear arguments on similar pleading motions on September 9, and the court there rescheduled the initial case management conference from June to October 28, 2022, after consideration of the pleading and jurisdictional motions.

NOW THEREFORE, THE PARTIES JOINTLY REQUEST THAT THE COURT:

1.  Reschedule the September 8, 2022 Case Management Conference, and continue the deadlines to file the Rule 26(f) Report, Joint Case Management Statement, and to exchange initial disclosures, until the Court resolves the Defendants' Responsive Motions or at minimum, until a date after the September 8 hearing based on the Court's evaluation of the motions and determination of next steps.

2.  In the interim, the September 8 Case Management Conference is taken off the calendar, and the deadlines to file the Rule 26(f) Report, Joint Case Management Statement, and to exchange initial disclosures are vacated until reset by the Court.

WHEREFORE, the parties respectfully request that the Court enter this Stipulation as an Order of the Court.

IT IS SO STIPULATED.

DATED: August 25, 2022

*/s/ K. Winn Allen*

K. Winn Allen, P.C. (*admitted pro hac vice*)
Devin S. Anderson (*admitted pro hac vice*)
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP

*Attorneys for Defendants Instagram, LLC, Facebook Operations, LLC, and Meta Platforms, Inc.*

3

JOINT STIPULATION REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE, AND EXTENSION OF DEADLINES FOR RULE 26(F) REPORT, JOINT CASE MANAGEMENT STATEMENT, AND EXCHANGE OF INITIAL DISCLOSURES

DATED: August 25, 2022        /s/ David Azar
                              David E. Azar
                              MILBERG COLEMAN BRYSON PHILLIPS
                              GROSSMAN, PLLC

                              *Attorneys for Plaintiffs Dawn Dangaard,
                              Kelly Gilbert, and Jennifer Allbaugh*


DATED: August 25, 2022        /s/ Jason Sternberg
                              Jason Sternberg
                              Shon Morgan
                              John Francis O'Sullivan
                              Joshua Fordin
                              Victoria Blohm Parker
                              QUINN EMANUEL URQUHART &
                              SULLIVAN, LLP

                              *Attorneys for Defendant Fenix Internet LLC,
                              Fenix International Inc., and Leonid
                              Radvinsky*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: _____, 2022       By: _____
                              HONORABLE WILLIAM ALSUP
                              United States District Judge

4

JOINT STIPULATION REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE, AND EXTENSION OF DEADLINES FOR RULE 26(F) REPORT, JOINT CASE MANAGEMENT STATEMENT, AND EXCHANGE OF INITIAL DISCLOSURES

**SIGNATURE ATTESTATION**

I, K. Winn Allen, attest that all signatories listed above, on whose behalf this filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document.

/s/ K. Winn Allen
K. Winn Allen, P.C.

**CERTIFICATE OF SERVICE**

On August 25, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

/s/ *K. Winn Allen*
K. Winn Allen, P.C.