UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAWN DANGAARD, KELLY GILBERT, and JENNIFER ALLBAUGH,

    Plaintiffs,

v.

INSTAGRAM, LLC, FACEBOOK OPERATIONS, LLC, FENIX INTERNET, LLC, FENIX INTERNATIONAL, LTD., META PLATFORMS, INC., LEONID RADVINSKY, and JOHN DOES 1–10,

    Defendants.

No. C 22-01101 WHA

**ORDER DENYING MOTION FOR SUPPLEMENTAL BRIEFING**

Plaintiffs move for leave to file supplemental briefing in support of their opposition to defendants' anti-SLAPP motion to strike (made pursuant to FRCP 12(b)(6)). But plaintiffs have not shown that either exception under Civil Local Rule 7-3(d) applies. Moreover, even if we treat plaintiffs' opposition as a "noticed motion" for specified discovery, and even without considering defendants' reply, plaintiffs have failed to show "good cause" for discovery. Cal. Code Civ. Proc. § 425.16(g). Plaintiffs' motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 2, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE