QUINN EMANUEL URQUHART & SULLIVAN, LLP
Shon Morgan (Bar No. 187736)
(shonmorgan@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Victoria B. Parker (Bar No. 290862)
(vickiparker@quinnemanuel.com)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

John F. O'Sullivan (Fla. Bar No. 143154)
(johnosullivan@quinnemanuel.com)
Jason D. Sternberg (Fla. Bar No. 72887)
(jasonsternberg@quinnemanuel.com)
Joshua T. Fordin (Fla. Bar No. 125219)
(joshuafordin@quinnemanuel.com)
2601 South Bayshore Drive, 15th Floor
Miami, Florida 33133
Telephone: (305) 402-4880

*Attorneys for Defendants Fenix International Limited, Fenix Internet LLC, and Leonid Radvinsky*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAWN DANGAARD, a/k/a ALANA EVANS; KELLY GILBERT, a/k/a KELLY PIERCE; JENNIFER ALLBAUGH, a/k/a RUBY, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INSTAGRAM, LLC; FACEBOOK OPERATIONS, LLC; META PLATFORMS, INC.; FENIX INTERNATIONAL INC.; FENIX INTERNET LLC; LEONID RADVINSKY, and JOHN DOES 1-10,<br><br>Defendants. | CASE NO. 3:22-cv-01101-WHA<br><br>**FENIX INTERNATIONAL LIMITED'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15**<br><br>Judge:   Hon. William Alsup |

Pursuant to Civil Local Rule 3-15, Fenix International Limited ("Fenix International") certifies that, other than the named parties in this action, it knows of no persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities that have either: (1) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceedings.

Date: September 7, 2022

*/s/ Jason D. Sternberg*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Shon Morgan (Bar No. 187736)
(shonmorgan@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Victoria B. Parker (Bar No. 290862)
(vickiparker@quinnemanuel.com)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

John F. O'Sullivan (Fla. Bar No. 143154)
(johnosullivan@quinnemanuel.com)
Jason D. Sternberg (Fla. Bar No. 72887)
(jasonsternberg@quinnemanuel.com)
Joshua T. Fordin (Fla. Bar No. 125219)
(joshuafordin@quinnemanuel.com)
2601 South Bayshore Drive, 15th Floor
Miami, Florida 33133
Telephone: (305) 402-4880

*Attorneys for Defendants Fenix International Limited, Fenix Internet LLC, and Leonid Radvinsky*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that, on September 7, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system and email.

DATED:  September 7, 2022

By:     */s/ Victoria B. Parker*
           Victoria B. Parker

**<u>FILER'S ATTESTATION</u>**

Pursuant to Civil L.R. 5.1(i)(3), the undersigned hereby attests that concurrence in the filing of this Fenix International Limited's Certification of Interested Entities or Persons Pursuant to Civil Local Rule 3-15 has been obtained from Jason D. Sternberg and is electronically signed with his express permission.

DATED:  September 7, 2022

By:     */s/ Victoria B. Parker*
           Victoria B. Parker