UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAWN DANGAARD, KELLY GILBERT, and JENNIFER ALLBAUGH,

    Plaintiffs,

v.

INSTAGRAM, LLC, FACEBOOK OPERATIONS, LLC, FENIX INTERNET, LLC, FENIX INTERNATIONAL, LTD., META PLATFORMS, INC., LEONID RADVINSKY, and JOHN DOES 1–10.

    Defendants.

No. C 22-01101 WHA

**ORDER ALLOWING JURISDICTIONAL DISCOVERY**

    In this diversity and putative class action, plaintiffs claim defendants remain engaged in unfair competition and tortious interference with contracts and business relationships. Three defendants move to dismiss all claims against them for lack of personal jurisdiction.

    With respect to personal jurisdiction, plaintiffs may have discovery. Jurisdictional discovery is "generally left to the discretion of the trial court." *Wells Fargo & Co. v. Wells Fargo Exp. Co.*, 556 F.2d 406, 430 n. 24 (9th Cir. 1977). Here, it may be possible for plaintiffs to establish personal jurisdiction. Until jurisdictional discovery is complete, Fenix defendants' motion to dismiss under FRCP 12(b)(2) is **HELD IN ABEYANCE**.

    Plaintiffs may conduct the following jurisdictional discovery until **JANUARY 31, 2023**: (1) ten reasonably narrow document requests; (2) ten reasonably narrow interrogatories

(no subparts will be allowed); (3) two depositions not to last longer than seven hours each; and (4) no requests for admissions. With the benefit of the supplemental discovery, plaintiffs must then show cause why this action should not be dismissed as to Fenix defendants for lack of personal jurisdiction by **FEBRUARY 7, 2023**. Fenix defendants shall file an opposition brief by **FEBRUARY 14, 2023**. Plaintiffs shall file a reply brief by **FEBRUARY 21, 2023**. The briefs shall be no more than ten pages. A hearing on the supplemental briefing shall be held on **MARCH 23, 2023**, at **8:00 A.M.**

In addition, as discussed at the hearing today, both sides may file a brief of up to ten pages discussing whether Section 230 of the Communications Decency Act can immunize a party against allegations of anti-competitive conduct. No declarations or exhibits shall be attached. The briefs are due **BY NOON** on **SEPTEMBER 12, 2022**. An order on defendants' remaining motions to dismiss shall issue thereafter.

**IT IS SO ORDERED.**

Dated: September 8, 2022.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE