United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN DANGAARD, KELLY GILBERT, and JENNIFER ALLBAUGH,<br><br>    Plaintiffs,<br><br>  v.<br><br>INSTAGRAM, LLC, FACEBOOK OPERATIONS, LLC, FENIX INTERNET, LLC, FENIX INTERNATIONAL, LTD., META PLATFORMS, INC., LEONID RADVINSKY, and JOHN DOES 1–10,<br><br>    Defendants. | No. C 22-01101 WHA<br><br>**ORDER DENYING REQUEST TO STAY** |

The parties have stipulated to stay this action pending anti-SLAPP discovery in a state court action against defendants, which comprises allegations similar to those here. But a prior order in this action found that plaintiffs have failed to show good cause for discovery for anti-SLAPP purposes. The request to stay is **DENIED**. Plaintiffs shall file their amended complaint before the end of today pursuant to this district court's prior order.

**IT IS SO ORDERED.**

Dated: September 27, 2022.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE