# EXHIBIT C

**Designation List**

21 Naturals Pornstars
AmateurPorn
Anything XXX cams
Arousr
Bado Cams
Bentbox
BitVids
Blacked
BlueBee
Bongacams
BubbleClips
c2c porn
CAM4
CamContacts
Camdolls
Camfuze
CamLust
Camlust
Camplace
Cams
CamsCreative
Camslurp
CamSoda
Camster
Camversity
Celebtv
Chatty Planet
Chaturbate
Clips4Sale
Digital Playground Pornstars
ErotiFix
Extasy Cams
Extra Lunch Money
Fancentro
Flirt4Free
Girls Private Cam
Heheparty Cams
ImLive
IsLive
IsMyGirl
iwantclips
Jerkmate
JoYourself
JustForFans
liveatbrazzers
LiveJasmin
ManyVids
Megafans
MetArt
MetCams
Midnite Socials
Model Centro
ModelClips
ModelHub by PornHub
Mycams
MyDirtyHobby
Naked
Naughty America Pornstars
NudeLive
Passion Cams
Patreon
PlayWithMe
Porn.com Live
Porndude Cams
PornHub Live
RabbitsCams
Raydolls House
RealityKings Girls
RedTube Live
Royalcams
SecretFriends
sex.cam
Sexier
SideDaddy
SkyPrivate
Slutroulette
SoulCams
SpankBang Cams
Streamate
Streammate
Streamray
Stripchat
tinychat
Tushy
visit-x
Vixen
Wankz VR
Webcams
Xcams
Xhamsterlive
xlovecam
XVR Chat
Youcam
YouJizz Flirt
YouPorn Mate