# EXHIBIT D

Filed concurrently under seal