| | |
|---|---|
| 1 | **MILBERG COLEMAN BRYSON** |
| 2 | **PHILLIPS GROSSMAN PLLC**<br>David E. Azar (SBN 218319) |
| 3 | 280 S. Beverly Drive, Suite PH<br>Beverly Hills, California 90212 |
| 4 | Telephone: 1-866-252-0878<br>dazar@milberg.com |
| 5 | **EMERGE LAW GROUP, P.C.** |
| 6 | Timothy L. Alger (SBN 160303)<br>100 Spectrum Center Drive, Suite 900 |
| 7 | Irvine, California 92618<br>Telephone: 949-936-2610 |
| 8 | tim@emergelawgroup.com |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAWN DANGAARD, *et al.*, | CASE NO. 3:22-cv-01101-WHA |
| Plaintiffs, | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNREDACTED SECOND AMENDED COMPLAINT UNDER SEAL** |
| v. | |
| INSTAGRAM, LLC, *et al.* | |
| Defendants. | Complaint Filed Date: February 22, 2022<br>Judge:    William Alsup |

Pursuant to Local Rule 79-5, Plaintiffs hereby move this Court for an order allowing the filing under seal an unredacted copy the Second Amended Complaint.

Plaintiffs filed a copy of the Second Amended Complaint on September 27, 2022 with redactions in Paragraphs 74-75, 79-83, 125, 132, 137 and Exhibit D.  Plaintiffs made these redactions to the publicly filed Second Amended Complaint to protect the identities of three individuals who allegedly took bribes but are currently not parties to this lawsuit.  However, the Court should receive and consider this information, in an unredacted copy, in order to evaluate whether Plaintiffs have adequately alleged claims in the Second Amended Complaint.

There can be no doubt that publicity surrounding such serious allegations will be prejudicial to these individuals' professional and community standing. Because these individuals are not parties to the case at this time, they are currently unable to respond to these allegations.

In the unusual circumstances of this case, which has received substantial press coverage in both the United States and the United Kingdom, these individuals' interests in their own reputations is a compelling reason to permit the filing of a public, redacted copy of the Second Amended Complaint, and an unredacted copy to be filed under seal.  Plaintiffs have minimized the amount of the Second Amended Complaint that will be outside of the public record.

For the foregoing reasons, Plaintiffs respectfully request that the Court permit them to file the unredacted Second Amended Complaint under seal.

Dated: September 27, 2022                                           Respectfully submitted,

                                                                                    By:      /s/ *David E. Azar*

**CERTIFICATE OF SERVICE**

On September 28, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF.  All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

/s/ David E. Azar