1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Shon Morgan (Bar No. 187736)
2  (shonmorgan@quinnemanuel.com)
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California 90017
   Telephone: (213) 443-3000
4  Facsimile: (213) 443-3100

5  Victoria B. Parker (Bar No. 290862)
   (vickiparker@quinnemanuel.com)
6  50 California Street, 22nd Floor
   San Francisco, California 94111
7  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
8
   John F. O'Sullivan (Fla. Bar No. 143154)
9  (johnosullivan@quinnemanuel.com)
   Jason D. Sternberg (Fla. Bar No. 72887)
10 (jasonsternberg@quinnemanuel.com)
   Joshua T. Fordin (Fla. Bar No. 125219)
11 (joshuafordin@quinnemanuel.com)
   2601 South Bayshore Drive, 15th Floor
12 Miami, Florida 33133
   Telephone: (305) 402-4880
13
   *Attorneys for Defendants Fenix International Limited,*
14 *Fenix Internet LLC, and Leonid Radvinsky*

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                          SAN FRANCISCO DIVISION

| | |
|---|---|
| 18  DAWN DANGAARD, a/k/a ALANA EVANS; KELLY GILBERT, a/k/a KELLY PIERCE; JENNIFER ALLBAUGH, a/k/a RUBY, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INSTAGRAM, LLC; FACEBOOK OPERATIONS, LLC; META PLATFORMS, INC.; FENIX INTERNATIONAL INC.; FENIX INTERNET LLC; LEONID RADVINSKY, and JOHN DOES 1-10,<br><br>Defendants. | CASE NO. 3:22-cv-01101-WHA<br><br>**FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, AND LEONID RADVINSKY'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Date:     November 16, 2022<br>Time:     11:30 a.m.<br>Location: Courtroom 12, 19 Floor<br>Judge:    Hon. William Alsup<br><br>Second Amended Class Action Complaint Filed: September 28, 2022 |

Defendants Fenix International Limited, Fenix Internet, LLC, and Leonid Radvinsky (collectively, the "Fenix Defendants") move to remove the following incorrectly filed document form the docket: the Fenix Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 76.)

On October 11, 2022, the Fenix Defendants filed their Motion to Dismiss Second Amended Class Action Complaint. (ECF No. 76.) After filing the Motion to Dismiss, the Fenix Defendants discovered that certain confidential information was inadvertently unredacted. The information sought to be redacted contains the names of certain third-parties who have legitimate privacy interests that warrant the sealing relief requested.

The Fenix Defendants have filed a corrected, redacted version of their Motion to Dismiss (ECF No. 79.) The Fenix Defendants have also sought leave to file an unredacted copy of their Motion to Dismiss under seal. (ECF No. 81.) Accordingly, the Fenix Defendants respectfully request that Docket No. 76 be permanently deleted from the docket.

DATED: October 12, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _/s/ Jason D. Sternberg_
Shon Morgan (Bar No. 187736)
(shonmorgan@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Victoria B. Parker (Bar No. 290862)
(vickiparker@quinnemanuel.com)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

John F. O'Sullivan (Fla. Bar No. 143154)
(johnosullivan@quinnemanuel.com)
Jason D. Sternberg (Fla. Bar No. 72887)

(jasonsternberg@quinnemanuel.com)
Joshua T. Fordin (Fla. Bar No. 125219)
(joshuafordin@quinnemanuel.com)
2601 South Bayshore Drive, 15th Floor
Miami, Florida 33133
Telephone: (305) 402-4880

*Attorneys for Defendants Fenix International Limited, Fenix Internet LLC, and Leonid Radvinsky*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that, on October 12, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system and email.

DATED:  October 12, 2022

By:  */s/ Victoria B. Parker*
         Victoria B. Parker