QUINN EMANUEL URQUHART & SULLIVAN, LLP
Shon Morgan (Bar No. 187736)
(shonmorgan@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Victoria B. Parker (Bar No. 290862)
(vickiparker@quinnemanuel.com)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

John F. O'Sullivan (Fla. Bar No. 143154)
(johnosullivan@quinnemanuel.com)
Jason D. Sternberg (Fla. Bar No. 72887)
(jasonsternberg@quinnemanuel.com)
Joshua T. Fordin (Fla. Bar No. 125219)
(joshuafordin@quinnemanuel.com)
2601 South Bayshore Drive, 15th Floor
Miami, Florida 33133
Telephone: (305) 402-4880

*Attorneys for Defendants Fenix International Limited, Fenix Internet LLC, and Leonid Radvinsky*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAWN DANGAARD, a/k/a ALANA EVANS; KELLY GILBERT, a/k/a KELLY PIERCE; JENNIFER ALLBAUGH, a/k/a RUBY, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>INSTAGRAM, LLC; FACEBOOK OPERATIONS, LLC; META PLATFORMS, INC.; FENIX INTERNATIONAL INC.; FENIX INTERNET LLC; LEONID RADVINSKY, and JOHN DOES 1-10,<br><br>Defendants. | CASE NO. 3:22-cv-01101-WHA<br><br>**[PROPOSED] ORDER GRANTING FENIX INTERNATIONAL LIMITED, FENIX INTERNET LLC, AND LEONID RADVINSKY'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Date: November 16, 2022<br>Time: 11:30 a.m.<br>Location: Courtroom 12, 19 Floor<br>Judge: Hon. William Alsup<br><br>Second Amended Class Action Complaint Filed: September 28, 2022 |

1       Before the Court is Defendants Fenix International Limited, Fenix Internet LLC, and Leonid Radvinsky's (collectively, the "Fenix Defendants") Motion to Remove Incorrectly Filed Document. Having reviewed the Fenix Defendants' Motion and for the reasons set forth therein, the Court finds good cause to grant the Motion. The Fenix Defendants' Motion is therefore GRANTED, and the Clerk of Court is directed to permanently remove the Fenix Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 76) from the docket.

IT IS SO ORDERED

Dated: October 13, 2022

                                                      Hon. William Alsup
                                                      United States District Judge