Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: michael.esser@kirkland.com

K. Winn Allen, P.C. (admitted *pro hac vice*)
Devin Anderson (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200
Email: winn.allen@kirkland.com
Email: devin.anderson@kirkland.com

*Attorneys for Defendants Instagram LLC, Facebook Operations, LLC, and Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

DAWN DANGAARD, *et al.*,

Plaintiffs,

v.

INSTAGRAM, LLC, *et al.*,

Defendants.

CASE NO. 3:22-cv-01101-WHA

**JOINT STIPULATION REQUESTING THAT THE COURT CONTINUE UNTIL AFTER RESOLUTION OF THE PENDING MOTIONS THE CASE MANAGEMENT CONFERENCE AND DEADLINE FOR FILING OF JOINT CASE MANAGEMENT STATEMENT**

Complaint Filed Date: September 28, 2022
Judge: William Alsup
Hearing Date: November 10, 2022

All Parties respectfully request that this Court reschedule the initial case management conference and the deadline for submission of the joint case management statement until after the resolution of the pending, potentially-dispositive motions scheduled for hearing on November 16, or, at minimum, until a future date after the November 16 hearing, in the interests of judicial economy and orderly management of the action. Specifically:

WHEREAS, on August 27, 2022, the Court entered an Order vacating the deadline for the Parties to file the Rule 26(f) Report and exchange initial disclosures, rescheduling the deadline for the joint case management statement to November 3, 2022 (after the anticipated resolution of the then-pending motions to dismiss), and rescheduling the case management conference for November 10, 2022. ECF No. 54.

WHEREAS, on September 13, 2022, the Court entered its Order re Motions to Dismiss, requiring that Plaintiffs file an amended complaint by September 27, 2022, establishing a briefing schedule for motions to dismiss, and setting a hearing on the motions to dismiss for November 16, 2022 (along with setting a schedule for jurisdictional discovery and briefing). ECF No. 71.

WHEREAS, on September 28, 2022, Plaintiffs filed their Second Amended Class Action Complaint against all Defendants. ECF No. 74.

WHEREAS, on October 11, the Meta Defendants (Instagram, LLC, Facebook Operations, LLC, and Meta Platforms, Inc.) and the Fenix Defendants (Fenix Internet LLC, Fenix International Inc., and Leonid Radvinsky) filed responsive motions (collectively, the "Defendants' Responsive Motions"), ECF Nos. 78 & 79, which motions, if granted, may be fully dispositive of this action.

WHEREAS, all Parties have conferred and agreed that, in the interests of judicial economy and orderly management of this action, the Parties should jointly move the Court to reschedule the November 10 case management conference and the November 3 deadline to file the joint case management statement until the Court resolves the Defendants' Responsive Motions or, at minimum, until a date after the November 16, 2022 hearing depending on the Court's evaluation of the Defendants' Responsive Motions and determination of next steps.

NOW THEREFORE, THE PARTIES JOINTLY REQUEST THAT THE COURT:

1. Reschedule the November 10 case management conference and the November 3 deadline to file the joint case management statement until a date after the November 16, 2022 hearing on Defendants' Responsive Motions.

2. In the interim, take the November 10 case management conference off the calendar, and vacate the deadline to file the joint case management statement until reset by the Court.

WHEREFORE, the Parties respectfully request that the Court enter this Stipulation as an Order of the Court.

IT IS SO STIPULATED.

DATED: October 25, 2022

*/s/ Devin S. Anderson*

K. Winn Allen, P.C. (admitted *pro hac vice*)
Devin S. Anderson (admitted *pro hac vice*)
Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP

*Attorneys for Defendants Instagram, LLC, Facebook Operations, LLC, and Meta Platforms, Inc.*

DATED: October 25, 2022

*/s/ David Azar*

David E. Azar
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
*Attorneys for Plaintiffs Dawn Dangaard, Kelly Gilbert, and Jennifer Allbaugh*

DATED: October 25, 2022

*/s/ Jason Sternberg*

Jason Sternberg
Shon Morgan
John Francis O'Sullivan
Joshua Fordin
Victoria Blohm Parker
QUINN EMANUEL URQUHART & SULLIVAN, LLP

*Attorneys for Defendants Fenix Internet LLC, Fenix International Inc., and Leonid Radvinsky*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED:__________, 2022______

By: ________________________________
HONORABLE WILLIAM ALSUP
United States District Judge

**SIGNATURE ATTESTATION**

I, Devin S. Anderson, attest that all signatories listed above, on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document.

*/s/ Devin S. Anderson*
Devin S. Anderson

**CERTIFICATE OF SERVICE**

On October 25, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Devin S. Anderson*
Devin S. Anderson