Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: michael.esser@kirkland.com

K. Winn Allen, P.C. (admitted *pro hac vice*)
Devin Anderson (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel:  (202) 389-5000 / Fax: (202) 389-5200
Email:   winn.allen@kirkland.com
Email:   devin.anderson@kirkland.com

*Attorneys for Defendants Instagram LLC,*
*Facebook Operations, LLC, and Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAWN DANGAARD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>INSTAGRAM, LLC, *et al.*,<br><br>Defendants. | CASE NO. 3:22-cv-01101-WHA<br><br>**JOINT STIPULATION REQUESTING THAT THE COURT CONTINUE UNTIL AFTER RESOLUTION OF THE PENDING MOTIONS THE CASE MANAGEMENT CONFERENCE AND DEADLINE FOR FILING OF JOINT CASE MANAGEMENT STATEMENT**<br><br>Complaint Filed Date:  September 28, 2022<br>Judge:                          William Alsup<br>Hearing Date:              November 10, 2022 |

All Parties respectfully request that this Court reschedule the initial case management conference and the deadline for submission of the joint case management statement until after the resolution of the pending, potentially-dispositive motions scheduled for hearing on November 16, or, at minimum, until a future date after the November 16 hearing, in the interests of judicial economy and orderly management of the action.  Specifically:

WHEREAS, on August 27, 2022, the Court entered an Order vacating the deadline for the Parties to file the Rule 26(f) Report and exchange initial disclosures, rescheduling the deadline for the joint case management statement to November 3, 2022 (after the anticipated resolution of the then-pending motions to dismiss), and rescheduling the case management conference for November 10, 2022.  ECF No. 54.

WHEREAS, on September 13, 2022, the Court entered its Order re Motions to Dismiss, requiring that Plaintiffs file an amended complaint by September 27, 2022, establishing a briefing schedule for motions to dismiss, and setting a hearing on the motions to dismiss for November 16, 2022 (along with setting a schedule for jurisdictional discovery and briefing).  ECF No. 71.

WHEREAS, on September 28, 2022, Plaintiffs filed their Second Amended Class Action Complaint against all Defendants.  ECF No. 74.

WHEREAS, on October 11, the Meta Defendants (Instagram, LLC, Facebook Operations, LLC, and Meta Platforms, Inc.) and the Fenix Defendants (Fenix Internet LLC,  Fenix International Inc., and Leonid Radvinsky) filed responsive motions (collectively, the "Defendants' Responsive Motions"), ECF Nos. 78 & 79, which motions, if granted, may be fully dispositive of this action.

WHEREAS, all Parties have conferred and agreed that, in the interests of judicial economy and orderly management of this action, the Parties should jointly move the Court to reschedule the November 10 case management conference and the November 3 deadline to file the joint case management statement until the Court resolves the Defendants' Responsive Motions or, at minimum, until a date after the November 16, 2022 hearing depending on the Court's evaluation of the Defendants' Responsive Motions and determination of next steps.

NOW THEREFORE, THE PARTIES JOINTLY REQUEST THAT THE COURT:

1.      Reschedule the November 10 case management conference and the November 3 deadline to file the joint case management statement until a date after the November 16, 2022 hearing on Defendants' Responsive Motions.

2.      In the interim, take the November 10 case management conference off the calendar, and vacate the deadline to file the joint case management statement until reset by the Court.

WHEREFORE, the Parties respectfully request that the Court enter this Stipulation as an Order of the Court.

1    IT IS SO STIPULATED.

2        DATED:  October 25, 2022                    */s/ Devin S. Anderson*

3                                                    K. Winn Allen, P.C. (admitted *pro hac vice*)
                                                     Devin S. Anderson (admitted *pro hac vice*)
4                                                    Michael P. Esser (SBN 268634)
                                                     KIRKLAND & ELLIS LLP
5
6                                                    *Attorneys for Defendants Instagram, LLC,*
                                                     *Facebook Operations, LLC, and Meta*
7                                                    *Platforms, Inc.*

8

9

10       DATED:  October 25, 2022                    */s/ David Azar*

11                                                   David E. Azar
                                                     MILBERG COLEMAN BRYSON PHILLIPS
12                                                   GROSSMAN, PLLC
                                                     *Attorneys for Plaintiffs Dawn Dangaard,*
13                                                   *Kelly Gilbert, and Jennifer Allbaugh*

14

15

         DATED:  October 25, 2022                    */s/ Jason Sternberg*
16
                                                     Jason Sternberg
17                                                   Shon Morgan
                                                     John Francis O'Sullivan
18                                                   Joshua Fordin
                                                     Victoria Blohm Parker
19                                                   QUINN EMANUEL URQUHART &
                                                     SULLIVAN, LLP
20
                                                     *Attorneys for Defendants Fenix Internet LLC,*
21                                                   *Fenix International Inc., and Leonid*
                                                     *Radvinsky*
22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Case management conference rescheduled to 12/22/2022 at 11:00AM.  Joint statement due 12/15/2022.

DATED: _October 26_, 2022_____

By: _____

HONORABLE WILLIAM ALSUP
United States District Judge