**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
David E. Azar, Esq. (SBN 218319)
280 S. Beverly Drive, Suite PH
Beverly Hills, California 90212
Telephone: 1-866-252-0878
dazar@milberg.com

**EMERGE LAW GROUP, P.C**.
Timothy L. Alger (SBN 160303)
100 Spectrum Center Drive, Suite 900
Irvine, California 92618
Telephone: 949-936-2610
tim@emergelawgroup.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN DANGAARD, a/k/a ALANA EVANS, ASHLEY NICOLE MILLER, a/k/a NICOLE ANISTON, KELLY GILBERT, a/k/a KELLY PIERCE, JENNIFER ALLBAUGH, a/k/a RUBY, and LAURA ALLEN, a/k/a AMBER LYNN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNET LLC, FENIX INTERNATIONAL INC., META PLATFORMS, INC., INSTAGRAM, LLC, FACEBOOK OPERATIONS, LLC, LEONID RADVINSKY, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 3:22-cv-01101-WHA<br><br>**MOTION FOR ADMINISTRATIVE ORDER ALLOWING SUPPLEMENTATION OF PLAINTIFFS' OPPOSITIONS TO MOTIONS TO DISMISS SECOND AMENDED COMPLAINT WITH (1) RECENTLY OBTAINED FACEBOOK WHISTLEBLOWER REPORT ABOUT THE ALLEGED SCHEME, AND (2) GIZMODO ARTICLE ABOUT THE FACEBOOK WHISTLEBLOWER REPORT AND WHITELISTS THAT ASSIST ONLYFANS**<br><br>Submitted pursuant to Local Rule 7-11, relating to Defendants' motions scheduled to be heard on November 16, 2022 [Dkt. Nos. 78, 79]. |

**MOTION FOR ADMINISTRATIVE RELIEF**

The Meta Defendants' motion to dismiss argues in part that it should be granted because Plaintiffs' reference to an internal Facebook/Meta whistleblower report lacks sufficient detail to provide the Meta Defendants with fair notice about it or sufficient information for Defendants to respond.  [Dkt. No. 78.]  Since the document has now become available to Plaintiffs (after the filing of their opposition briefs, as described below), Plaintiffs request that the Court grant leave for the supplementation of their Oppositions [Dkt. Nos. 85, 86] to Defendants' Motions to Dismiss Second Amended Complaint [Dkt. Nos. 78, 79] with that whistleblower report, along with a news article breaking the story and reporting additional information about the alleged scheme, which was advanced by whitelisting, as well as blacklisting.

The two documents bear directly on the issues to be considered by the Court in deciding Defendants' motions, which are scheduled to be heard on November 16, 2022.  Further, the whistleblower report itself is already deemed to be incorporated by reference, and could be subject to judicial notice, since it is extensively referred to in the allegations of the Second Amended Complaint; this request merely provides the document to the Court.

Plaintiffs therefore bring this motion for administrative relief pursuant to Local Rule 7-11 on the ground that the two documents were unavailable to Plaintiffs when they filed their opposition briefs on October 26, 2022.  The supplementation of Plaintiffs' opposition briefs will not prejudice Defendants, who have had the Gizmodo article since it was published last week, and Meta has had access to the whistleblower report since last year and was provided a copy again early last week by Gizmodo, and thus the information was available as they drafted their reply briefs which, as of the filing of this Motion for Administrative Relief, have not yet been filed.[1]

Plaintiffs submit as Exhibit L a copy of the whistleblower report itself, and, as Exhibit M, an article published by the media outlet Gizmodo (available at https://gizmodo.com/facebook-onlyfans-bribery-whistleblower-report-lawsuit-1849700062).   This Court can consider media

---

[1] If Defendants' replies are filed prior to consideration of this Motion, Plaintiffs request that the Court issue an order granting this Motion pursuant to Local Rule 7-3(d).

1   reports in determining whether a plaintiff's claims are plausible.  (*See* Doc. 85:12-19 (citing

2   cases)).)  (Plaintiffs have redacted the report of an individual's name in accord with the Court's

3   finding of good cause in its order of October 13, 2022 [Dkt. No. 83].)

4        Plaintiffs received a copy of the whistleblower report last week when they (and Meta) were

5   asked to comment on it by Gizmodo, which received a copy of the report from a source it

6   interviewed and whose identity it kept anonymous.  Gizmodo then published a news article,

7   reporting that "many details supplied by this alleged whistleblower comport with allegations

8   already raised" in this case.  Gizmodo also stated in its article that Meta has never denied the

9   report's authenticity to Gizmodo – and apparently knew about it for some time.  (See Exhibit M.)

10       Further, the Gizmodo article reports new information, including allegations that the

11  Facebook executives participating in the scheme received "a rolling 'revenue share' of OnlyFans'

12  growth paid out surreptitiously over time," and – in addition to blacklisting – the alleged

13  "whitelisting [of] the accounts of OnlyFans creators, guarding them against enforcement actions

14  that, based on Meta's own policies, would've automatically targeted rival businesses' content."

15  (*Id.*)

16       Accordingly, consistent with this Court's directive that Plaintiffs plead their best case "to

17  meet the issues raised on the motions to dismiss," and given that Plaintiffs have included reference

18  to the whistleblower complaint in their Second Amended Complaint, and Defendants have

19  challenged that particular allegation in their motions to dismiss, Plaintiffs request that the Court

20  supplement Plaintiffs' opposition briefs with, and consider, Exhibit L and Exhibit M, attached

21  hereto.

22       If the Court so wishes, Plaintiffs further request that the Court (1) issue an order

23  supplementing the Second Amended Complaint with Exhibits L and M, or (2) permit amendment

24  or supplementation of the Second Amended Complaint by Plaintiffs to include Exhibits L and M

25  by way of *ex parte* application or by noticed motion, as the Court prefers.

26       The whistleblower report and article bolster what Plaintiffs believe are already sufficient

27  allegations to survive Defendants' motions to dismiss and proceed to discovery, and underscore

28

MOTION FOR ADMINISTRATIVE ORDER ALLOWING SUPPLEMENTATION OF PLAINTIFFS'
OPPOSITIONS TO MOTIONS TO DISMISS WITH WHISTLEBLOWER REPORT AND GIZMODO ARTICLE
Case No. 3:22-cv-01101-WHA

1  the importance of getting to the bottom of what happened:  Why are we seeing these particular

2  results, driven by automated systems, that are favoring OnlyFans and the other Radvinsky sites

3  over other competitors?  Whether it is because of blacklisting, or whitelisting, or a combination of

4  them, the only reasonable conclusion is that these automated systems are being affected by human

5  intervention to advance the interests of OnlyFans (and OnlyFans' collaborators at Meta) and harm

6  OnlyFans' competitors.

7       Respectfully submitted,

8  DATED:  November 1, 2022          **MILBERG COLEMAN BRYSON**
                                     **PHILLIPS GROSSMAN, PLLC**
9

10                                   /s/ David E. Azar
                                     David E. Azar
11

12                                   **EMERGE LAW GROUP, P.C.**
                                     Timothy L. Alger
13

14                                   *Attorney for Plaintiffs and*
                                     *Proposed Class Counsel*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR ADMINISTRATIVE ORDER ALLOWING SUPPLEMENTATION OF PLAINTIFFS'
OPPOSITIONS TO MOTIONS TO DISMISS WITH WHISTLEBLOWER REPORT AND GIZMODO ARTICLE
Case No. 3:22-cv-01101-WHA

# EXHIBIT L



**FACEBOOK**

? FAQ  |  ⟨ Logout  |  🕓 English ⌄

**Detailed description** ⌄

REPORT SUMMARY

1. REPORT CONCERN

Type
→ Web

Category
→ Improper Financial Actions or other Non-Employment Violations of Law or Policy

Region
→ Europe, the Middle East and Africa

Region
→ Europe, the Middle East and Africa

2. PERSONAL DETAILS

3. DESCRIPTION & FILE UPLOAD

Please describe your concern in as much detail as possible:
→ Certain employees are taking bribes to protect OnlyFans on the platform. This has been going on for months if not years. The London office has at least a dozen employees on the payroll and it goes all the way to the top. They have taken down every OnlyFans competitor and flagged the competing URLs (for sites like ManyVids, Patreon, FanCentro, all the MindGeek sites, etc., even things like Literotica!). From what I have overheard, the top executives involved in this get a revenue share of the growth, which has been enormous since we have begun favoring OnlyFans within the content moderation algorithms and not flagging it as outright pornography. I believe the early stages used the GIFCT database erroneously for this purpose but things have evolved from there.

They also take individual action against women that have refused to use OnlyFans and have insisted on using a competitor site. The OnlyFans people have instructed internal FB employees to "send a message" at various times by permanently disabling the accounts of women that they were rebuffing the OnlyFans recruitment efforts. This is a widespread bribery problem and is occurring at both EMEA and in the main Menlo Park office. Just look at the emails between OnlyFans people and FB employees and you'll see the truth plain as day. I have seen copies.



They created this legal fiction and are even taking official stances that OnlyFans isnt a porn site. It's such a joke. I truly think it is putting the entire Company at risk and I really need to speak out so someone gets to the bottom of this. I've heard rumors that the guy behind OnlyFans has tied to russian intelligence and people are truly scared to speak out.

I have heard further rumors that the competitors are catching wind of this and a big lawsuit is coming. We need to limit our exposure right away.

I'm having a friend submit this on an anonymous device on a VPN from a remote location, for my own safety. You will not be able to follow up with me. Please get to the bottom of this. I want my stock options to stay valuable and provide for my children. This could be the straw that broke the camel's back and gets 230 revised or otherwise gets us regulated.

Who's involved in or aware of what happened?
→ EMEA team, Integrity, Machine Learning, pretty much everyone under ███████ I think ██ is getting the biggest kickbacks as scary as that is

When did it happen?
→ Beginning in summer of 2018 apparently

How did you become aware?
→ I observed it

In what country did this take place?
→ United Kingdom

Case status
→ New case / Assessment started

Inbox

Incident number: r4XT3H

Send*

Please enter information...







Thanks very much.

18.08.2021 - 16:10   Created by: Demo

Thank you for your response and for accepting to speak with us. As a whistleblower, you are entitled to the protections offered by the Facebook Whistleblower policy.

We will set up a blue jeans meeting at your convenience this week or next and can add the dial-in information here so that you can join the meeting in the manner you feel most comfortable.

Please let us know some preferred days/times, and be mindful of the time difference as we are investigations attorneys located in Washington DC (USA). We look forward to speaking with you.

You can contact us anytime at investigations_team@fb.com

17.08.2021 - 19:21   Created by: Reporter



17.08.2021 - 19:21   Created by: Reporter

I will meet with you if my anonymity is protected. Let me know how I can contact you.

17.08.2021 - 01:56   Created by: Demo

Thank you very much for submitting this allegation to us. We take these allegations very seriously. As a whistleblower, you are entitled to certain protections; if you wish to remain anonymous, you are entitled to do so. It would help our investigation greatly if we can speak with you about the conduct that you have reported; even if you choose to remain anonymous. For instance, we would like to gather the names of persons who you mention are actively involved in the conduct, the nature of the conduct you have observed and the actions undertaken thereof. We also would like more information on the rumors being circulated and the about the lawsuit that is coming. Any further detail that you can provide would be greatly appreciated. If you are not willing to speak with us, please let us know if you are willing to answer questions we post here. Many thanks.

11.08.2021 - 23:26   Created by: System

Thank you. The report was successfully submitted. The processing period can be up to 7

seriously. As a whistleblower, you are entitled to certain protections; if you wish to remain anonymous, you are entitled to do so. It would help our investigation greatly if we can speak with you about the conduct that you have reported; even if you choose to remain anonymous. For instance, we would like to gather the names of persons who you mention are actively involved in the conduct, the nature of the conduct you have observed and the actions undertaken thereof. We also would like more information on the rumors being circulated and the about the lawsuit that is coming. Any further detail that you can provide would be greatly appreciated. If you are not willing to speak with us, please let us know if you are willing to answer questions we post here. Many thanks.

11.08.2021 - 23:26   Created by: System

Thank you. The report was successfully submitted. The processing period can be up to 7 working days. You will then find a reply in your secure Inbox on this reporting system.

This is not an emergency service. Please contact the relevant authorities (e.g. the police) in case of immediate danger!

© EQS Group AG 2021

# EXHIBIT M

Case 3:22-cv-01101-WHA Document 89 Filed 11/03/22 Page 12 of 22



# GIZMODO

Tech. Science. Cult...

Send us a tip!

Shop     Subscribe

HOME     LATEST     TECH     REVIEWS     HOW TO     SCIENCE     SPACEFLIGHT     EARTHER     IO9     VIDEO     EN ESP

FACEBOOK

# Facebook Received Whistleblower Report Alleging Bribery Six Months Ahead of OnlyFans Suit

A confidential report obtained exclusively by Gizmodo accuses Meta executives of shielding OnlyFans content from moderation in exchange for cash.

By **Dell Cameron** Published Thursday 5:12PM | Comments (2) | Alerts



Photo: STRF/STAR MAX/IPx [Remix: Gizmodo] (AP)

An anonymous whistleblower tip sent to Facebook last year contains a slew of accusations mirroring many of those found in an ongoing federal lawsuit facing Meta



and OnlyFans. The anonymous tip, according to a copy provided to Gizmodo, was submitted more than six months before the lawsuit began.

The report, which makes allegations of bribery and deferential treatment toward OnlyFans content, was sent to Meta's investigations team in Washington D.C. in August 2021 by a person claiming to work for the company in London. Beyond their location, the report offers few clues about the alleged employee's duties, other than implying a close knowledge of Meta's integrity operations.

---

### Related Stories

- Instagram Confirms 'Issues' as Users Report Arbitrary Account Suspensions, Follower Drops

- ▶ Watch Now   Webb Telescope Images the Pillars of Creation

- Telegram Obliterates Pay-to-View Bots After Apple Demands a Cut

---

"Certain employees are taking bribes to protect OnlyFans on the platform. This has been going on for months if not years," the report states.

Similarly, a class-action suit, brought by attorney David Azar and three adult-entertainer clients in a California federal court this February, lays out an outrageous scheme involving multiple top executives accused of taking bribes to shield OnlyFans creators from Instagram and Facebook's pornography-banning algorithms. What's more, the suit says, Meta employees strove to blacklist OnlyFans rivals across the adult entertainment industry by, allegedly, submitting content they published to threat-detection databases used by major internet companies.

Meta, which had previously couched its denials around its legal arguments, firmly denied the allegations in the complaint for the first time on Wednesday, while also condemning Gizmodo's decision to report on the whistleblower tip. Gizmodo deemed the allegations in the report newsworthy because they mirror the California federal court case and two other cases filed by Azar on behalf of adult industry clients in California and Florida state courts.



"These claims are false, there is not a shred of evidence to back them up, and reporting out these claims that lack any evidence is irresponsible," a Meta spokesperson said. (Meta also reached out to a Gizmodo editor Monday night to raise concerns about assertions in the story.)

Azar is currently pursuing discovery against both Meta and OnlyFans, as well as its owner Leonid Radvinsky. Azar has asked the presiding U.S. district judge, William Alsup, to force Meta to turn over records that, he says, may shed light on whether the allegations are true — that Meta employees, as he alleges, secretly placed his clients and other entertainers on confidential lists typically reserved for entities suspected of cybercrime and terrorism.

Azar, a partner at the law firm Milberg Coleman Bryson Phillips Grossman, which is currently pursuing a number of privacy-related cases against major U.S. companies such as Walmart and Zillow, filed an amended complaint in the Meta lawsuit last month. In it, he noted something new; that he and his clients had been informed by a source that a company whistleblower had filed a report to Facebook "that overlaps with some of the allegations alleged herein."

In response this month, Meta's lawyers made no effort to dispute the existence of any whistleblower. Rather, they attacked the lack of specificity with which Azar had described the supposed report. "Plaintiffs do not explain how, when, or by whom they were 'informed' of the alleged existence of a 'whistleblower' report or what the report says," Meta's lawyers said.

---

*"These claims are false, there is not a shred of evidence to back them up..."*

---

Gizmodo was provided with a copy of an anonymous whistleblower report last week that appears, at least on face, to fit the bill. "This a widespread problem and is occuring at both EMEA and in the main Menlo Park office," the report says, referring collectively to Meta's Europe, Middle East, and Africa markets and its California HQ,



respectively. "Just look at the emails between OnlyFans people and FB employees and you'll see the truth plain as day. I have seen copies."

A spokesperson for Azar declined to comment, saying the suit filed against Meta and OnlyFans speaks for itself. "This case is about a corrupt business gaining an enormous advantage over its competitors by wrongfully manipulating behind-the-scenes databases, and in the process, harming thousands of small entrepreneurs who rely on social media to earn a living," his complaint says.

Gizmodo was unable to independently verify the identity of the alleged whistleblower, but otherwise took steps to ensure the report had not been photoshopped, while confirming that it did, in fact, originate from Facebook's whistleblower system. That system, known internally as "SpeakUp @ Facebook," is operated by EQS Group, a company specializing in "anonymous whistleblowing software."

Across many industries, third-party whistleblower systems are common. They are designed to engender trust among workers by granting whistleblowers added protection from employers who might otherwise try to unmask them.

Gizmodo provided Meta with a copy of the whistleblower's report last Friday, including a unique reference number that could be used to call it up in the system. A company spokesperson declined to dispute the report's authenticity during several exchanges. Instead, the spokesperson pointed to the fact that SpeakUp's web portal is open to public, while attempting to cast doubt on whether the filer is an real employee. (Not requiring employees to login is another feature of whistleblower systems designed to encourage reporting.)

―――――――――――――     ―――――――――――――

*"I observed it."*

―――――――――――――――――――――――――――――――

Anyone could have, technically, filed the whistleblower report; however, they'd first need to know that the system exists and that it's publicly accessible. Finally, they



have to be able to find it. Cursory searches online suggest the web address has never been tweeted or posted publicly on Facebook, nor on any other mainstream platforms. While a Meta "about" page today identifies the system by its own name, SpeakUp @ Facebook, as of last summer, internet archives show that wasn't the case. Gizmodo was only able to locate the system's address on a single corporate document, which can be publicly located, but only on a handful of sites.

While many details supplied by this alleged whistleblower comport with allegations already raised by Azar, they also includes some not previously made public. They claim, for example, that the purported bribes paid out by OnlyFans to Facebook executives were not one-off payments, but rather a rolling "revenue share" of OnlyFans's growth paid out surreptitiously over time.

What's more, rather than solely implicating Facebook employees in blacklisting OnlyFans competitors, they describe a seemingly more effortless graft — whitelisting the accounts of OnlyFans creators, guarding them against enforcement actions that, based on Meta's own policies, would've automatically targeted rival businesses' content. Executives had, the report alleges, potentially as far back as 2018, started "favoring OnlyFans within the content moderation algorithms and not flagging it as outright pornography."

Asked by the whistleblower system how they became aware of the misconduct, the self-proclaimed employee wrote, "I observed it."

Like the whistleblower report itself, Azar's case hinges in no small part on information stemming from a range of anonymous sources. Two of them spoke to the BBC in February, for example: A pseudonymous adult creator who regularly posed in bikini shots on Instagram and witnessed her revenue drastically slashed. And the owner of an adult business who told reporters his top performers could do little but watch as lucrative referrals from their Instagram accounts simultaneously plummeted over time.

Other claims brought by Azar are likewise based on anonymous tips or attributed to sources who are as-of-yet unnamed. One is a lawyer, said to have reviewed "more than 200 pages of internal Facebook documents" provided by the same or another whistleblower, which describe potential abuses of a Meta-designed database known



as GIFCT, a tool for combating terrorist content. Another is a tipster who's said to have passed along details of alleged wire transfers bearing Facebook executives' names, all destined for trusts in the Philippines, home to one the world's most secretive banking systems.

## Meta moderation in focus

Controversies surrounding Facebook's use of whitelists are well reported and substantiated by numerous documents leaked last year by the Facebook whistleblower Frances Haugen. Rampant misuse of whitelists — which can either excuse policy violations detected by Facebook and Instagram's algorithms or render accounts invisible to detection entirely — is a topic candidly discussed by employees over the course of several years, the documents show.

Leaked records reveal that after employees began flagging widespread misuse of internal whitelists, Meta leadership ordered a cleaning up of the problem beginning with a series of audits in 2019. Much of the focus was on the XCheck system, which was launched, in short, to protect high-profile users, such as politicians and celebrities, from enforcement based on "false positives."

The XCheck system was subject to, as one employee put it, "common misuse," according to documents reviewed by Gizmodo. The Wall Street Journal first reported last year that Facebook employees had at one point "shielded" — in Facebook parlance — 5.8 million users from its content policies and standards. The auditing process found, on the whole, that processes for adding accounts to XCheck and other whitelists was rarely, if ever, subject to review. It was, in effect, a free-for-all. Whitelists at Facebook, employees said, were "scattered throughout the company, without clear governance or ownership."

As Meta began to tighten the reins, one employee raised specific concerns about how the repeal of certain whitelists "would affect nudity content" already being shielded at the time, records show. "We routinely see content deletions protected by XCheck even though we don't know how the entity was XChecked," they wrote.

Leaked enforcement statistics from 2020 reveal that Facebook, over the course of a single quarter, spent nearly a million man-hours enforcing violations of its nudity and pornography policy. Not all who violated that policy were punished, however.



When, in 2019, the Brazilian soccer star Neymar was accused of rape, (in a case later dropped by authorities citing a lack of evidence) he took to Facebook and Instagram to mount a defense, posting a video that named his accuser and included nude photos purportedly of her.

Publishing revenge porn is in clear violation of Meta's rules, yet Neymar was shielded by the XCheck program. Privately, Meta employees noted that his video had been shared more than 6,000 times by supporters, people who had also sought to harass and bully his accuser. The leaks revealed that Meta leadership decided to ignored their own "one-strike" policy for revenge porn cases, and allow Neymar to keep his accounts.

---

*"This problem is pervasive, touching almost every area of the company."*

---

As it turned out, XCheck was not the only means of shielding users purposely violating Meta's rules. Another document shows that as many as 45 out of 60 Facebook integrity teams had devised their own unique whitelists. Eight of them, it says, existed "upstream," rendering the accounts invisible to moderation systems. Lists by 22 teams, meanwhile, were designed to block any automated enforcement against violators "without any further review or mitigation."

Another document goes on to state that the auditing process, then still ongoing, had turned up more than a million accounts added to "ad-hoc" whitelists, some "hard-coded" into the platform using "custom config files." Another stated that whitelisting could be performed using no more than a user ID.

According to one employee, the problem was "pervasive, touching almost every area of the company." The leaked document trail describing Meta's sweeping efforts to rein in what the employee called "the whitelist problem" ends abruptly in 2021.



That same fall, OnlyFans announced a ban on what it called sexually-explicit content. "In order to ensure the long-term sustainability of the platform, and to continue to host an inclusive community of creators and fans, we must evolve our content guidelines," the company told Gizmodo in August 2021. Days later, however, with a creator strike apparently looming, OnlyFans backed down, telling reporters the changes were no longer necessary, citing assurances from banking partners.

Around that same time, Meta's investigation team, based in Washington D.C., was eagerly trying to set up a meeting with the elusive whistleblower accusing OnlyFans of bribery. In their report, they wrote: "They created this legal fiction and are even taking official stances that OnlyFans isn't a porn site. It's such a joke." They further confessed to being motivated to step forward, at least in part, due to personal financial interests. "I want my stock options to stay valuable," they told the company, "and provide for my children."

"As a whistleblower, you are entitled to protections," the investigations team wrote in response. "I will meet with you if my anonymity is protected," they were told. A meeting was quickly set up using video conferencing software and scheduled for the following day. But when the hour arrived, for reasons unknown, the purported whistleblower failed to appear.

OnlyFans, which is currently running around 150 ads across Facebook, has said only that the allegations against the company and its owner are "meritless." Reached by Gizmodo on Tuesday, a company spokesperson said it had nothing more to say at this time.

---

# Get the best tech, science and culture news in your inbox daily.

| ✉ Enter your email address. | Sign Me Up |

By subscribing you agree to our Terms of Use and Privacy Policy.

---



## DISCUSSION

⊕ Start the discussion

## Subscribe to our newsletter!

Get the best tech, science and culture news in your inbox daily.

| Type your email | Sign Me Up |

By subscribing you agree to our Terms of Use and Privacy Policy.



Sitemap          About          Gizmodo Advisor          Gizmodo Store          Accessibility          Privacy

Terms of Use          Advertising          Jobs

More from our network

© 2022 G/O Media Inc.

1

2

**CERTIFICATE OF SERVICE**

3

    I hereby certify that on November 1, 2022, the foregoing was electronically filed with the

4

Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system,

5

which will send notification of such filing to all parties.

6

7
                                            /s/ Heather Bowman
                                            Heather Bowman
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR ADMINISTRATIVE ORDER ALLOWING SUPPLEMENTATION OF PLAINTIFFS'
OPPOSITIONS TO MOTIONS TO DISMISS WITH WHISTLEBLOWER REPORT AND GIZMODO ARTICLE
Case No. 3:22-cv-01101-WHA