REDACTED

# EXHIBIT D

# Follow the money

From [redacted]

To [redacted]

Date [redacted]

## Bank Accounts

Account Name: NICOLA MENDELSOHN TRUST
Account Number: [redacted]1440
Address:
PBCOM TOWER AYALA AVENUE CORNER HERRERA STREET
MAKATI CITY, MANILA, PHILIPPINES
Bank: PBCOM
ABA: 010110016

Account Name: CRISTIAN PERALTA TRUST
Account Number: [redacted]7390
Address:
PBCOM TOWER AYALA AVENUE CORNER HERRERA STREET
MAKATI CITY, MANILA, PHILIPPINES
Bank: PBCOM
ABA: 010110016

Account Name: [redacted] TRUST
Account Number: [redacted]6481
Address:
PBCOM TOWER AYALA AVENUE CORNER HERRERA STREET
MAKATI CITY, MANILA, PHILIPPINES
Bank: PBCOM
ABA: 010110016

Account Name: FENIX INTERNATIONAL LTD
Account Number: [redacted]8728
Address:
85 FIRST FLOOR GREAT PORTLAND ST
LONDON, ENGLAND, W1W 7LT
Bank: BARCLAYS BANK DELA
ABA: 031101127

Account Name: SMART TEAM INTERNATIONAL BUSI
Account Number: [REDACTED]2265
Address:
FLAT/RM A 12/F KIU FU COMMERCIAL 300 LOCK
WAN CHAI, HONG KONG
Bank: HSBC BANK USA
ABA: 021001088

**Bank Transfers**

**Transfers from FENIX INTERNATIONAL LTD to SMART TEAM INTERNATIONAL BUSI:**

Date: 10/01/2018
Sender ABA: 031101127 BARCLAYS BANK DELA
Receiver ABA: 021001088 HSBC BANK USA
Amount: 6,900.00

ORIGINATOR INFORMATION
Account Number: [REDACTED]8728
Name: FENIX INTERNATIONAL LTD
Address: 85 FIRST FLOOR GREAT PORTLAND ST
LONDON, ENGLAND, W1W 7LT

BENEFICIARY INFORMATION
Account Number: [REDACTED]2265
Name: SMART TEAM INTERNATIONAL BUSI
Address:
FLAT/RM A 12/F KIU FU COMMERCIAL 300 LOCK
WAN CHAI, HONG KONG

Text: LIVEJASMIN CHATURBATE BONGACAMS CLIP4SALE MANYVIDS MODELCENTRO CELEBTV CAMVERSITY CAMSTER CAMDOLLS ALL MINDGEEK VARIANTS

---

**Transfers from SMART TEAM INTERNATIONAL BUSI to CRISTIAN PERALTA TRUST:**

Date: 10/01/2018
Sender ABA: 021001088 HSBC BANK USA
Receiver ABA: 010110016 PBCOM
Amount: 4,000.00

ORIGINATOR INFORMATION
Account Number: [REDACTED]2265
Name: SMART TEAM INTERNATIONAL BUSI
Address:
FLAT/RM A 12/F KIU FU COMMERCIAL 300 LOCK
WAN CHAI, HONG KONG

BENEFICIARY INFORMATION
Account Number: [REDACTED]7390
Name: CRISTIAN PERALTA TRUST
Address:
PBCOM TOWER AYALA AVENUE CORNER HERRERA STREET
MAKATI CITY, MANILA, PHILIPPINES

Text: OCTOBER 2018 PAYMENT

---

Date: 11/01/2018
Sender ABA : 021001088 HSBC BANK USA
Receiver ABA : 010110016 PBCOM
Amount : 4,000.00

ORIGINATOR INFORMATION
Account Number: [REDACTED]2265
Name: SMART TEAM INTERNATIONAL BUSI
Address:
FLAT/RM A 12/F KIU FU COMMERCIAL 300 LOCK
WAN CHAI, HONG KONG

BENEFICIARY INFORMATION
Account Number: [REDACTED]7390
Name: CRISTIAN PERALTA TRUST
Address:
PBCOM TOWER AYALA AVENUE CORNER HERRERA STREET
MAKATI CITY, MANILA, PHILIPPINES

Text: NOVEMBER 2019 PAYMENT

---

Date: 12/01/2018
Sender ABA : 021001088 HSBC BANK USA
Receiver ABA : 010110016 PBCOM
Amount : 4,000.00

ORIGINATOR INFORMATION
Account Number: 1 2265
Name: SMART TEAM INTERNATIONAL BUSI
Address:
FLAT/RM A 12/F KIU FU COMMERCIAL 300 LOCK
WAN CHAI, HONG KONG

BENEFICIARY INFORMATION
Account Number: 7390
Name: CRISTIAN PERALTA TRUST
Address:
PBCOM TOWER AYALA AVENUE CORNER HERRERA STREET
MAKATI CITY, MANILA, PHILIPPINES

Text: DECEMBER 2018 PAYMENT

---

**Bank Transfers from SMART TEAM INTERNATIONAL BUSI to NICOLA MENDELSOHN TRUST**

Date: 10/01/2018
Sender ABA : 021001088 HSBC BANK USA
Receiver ABA : 010110016 PBCOM
Amount : 5,000.00

ORIGINATOR INFORMATION
Account Number: 2265
Name: SMART TEAM INTERNATIONAL BUSI
Address:
FLAT/RM A 12/F KIU FU COMMERCIAL 300 LOCK
WAN CHAI, HONG KONG

BENEFICIARY INFORMATION

Account Number: [redacted]1440
Name: NICOLA MENDELSOHN TRUST
Address:
PBCOM TOWER AYALA AVENUE CORNER HERRERA STREET
MAKATI CITY, MANILA, PHILIPPINES

Text: OCTOBER 2018 PAYMENT

---

Date: 11/01/2018
Time: 11:14:58
Sender ABA : 021001088 HSBC BANK USA
Receiver ABA : 010110016 PBCOM
Amount : 5,000.00

ORIGINATOR INFORMATION
Account Number: [redacted]2265
Name: SMART TEAM INTERNATIONAL BUSI
Address:
FLAT/RM A 12/F KIU FU COMMERCIAL 300 LOCK
WAN CHAI, HONG KONG

BENEFICIARY INFORMATION
Account Number: [redacted]1440
Name: NICOLA MENDELSOHN TRUST
Address:
PBCOM TOWER AYALA AVENUE CORNER HERRERA STREET
MAKATI CITY, MANILA, PHILIPPINES

Text: NOVEMBER 2019 PAYMENT

---

Date: 12/01/2018
Time: 11:16:01
Sender ABA : 021001088 HSBC BANK USA
Receiver ABA : 010110016 PBCOM
Amount : 5,000.00

ORIGINATOR INFORMATION
Name: SMART TEAM INTERNATIONAL BUSI

Address:
FLAT/RM A 12/F KIU FU COMMERCIAL 300 LOCK
WAN CHAI, HONG KONG

BENEFICIARY INFORMATION
Name: NICOLA MENDELSOHN TRUST
Address:
PBCOM TOWER AYALA AVENUE CORNER HERRERA STREET
MAKATI CITY, MANILA, PHILIPPINES

Text: DECEMBER 2018 PAYMENT

---

Date: 11/01/2018
Sender ABA : 021001088 HSBC BANK USA
Receiver ABA : 010110016 PBCOM
Amount : 18,552.30

ORIGINATOR INFORMATION
Account Number: [REDACTED]2265
Name: SMART TEAM INTERNATIONAL BUSI
Address:
FLAT/RM A 12/F KIU FU COMMERCIAL 300 LOCK
WAN CHAI, HONG KONG

BENEFICIARY INFORMATION
Account Number: [REDACTED]1440
Name: NICOLA MENDELSOHN TRUST
Address:
PBCOM TOWER AYALA AVENUE CORNER HERRERA STREET
MAKATI CITY, MANILA, PHILIPPINES

Text: NOVEMBER 2018 REV

---

Date: 08/01/2019
Time: 11:17:07
Sender ABA : 021001088 HSBC BANK USA
Receiver ABA : 010110016 PBCOM

Amount : 33,017.46

ORIGINATOR INFORMATION
Name: SMART TEAM INTERNATIONAL BUSI
Address:
FLAT/RM A 12/F KIU FU COMMERCIAL 300 LOCK
WAN CHAI, HONG KONG

BENEFICIARY INFORMATION
Name: NICOLA MENDELSOHN TRUST
Address:
PBCOM TOWER AYALA AVENUE CORNER HERRERA STREET
MAKATI CITY, MANILA, PHILIPPINES

Text: AUGUST 2019 REV

---

Date: 09/01/2019
Time: 11:01:24
Sender ABA : 021001088 HSBC BANK USA
Receiver ABA : 010110016 PBCOM
Amount : 35,200.65

ORIGINATOR INFORMATION
Name: SMART TEAM INTERNATIONAL BUSI
Address:
FLAT/RM A 12/F KIU FU COMMERCIAL 300 LOCK
WAN CHAI, HONG KONG

BENEFICIARY INFORMATION
Name: NICOLA MENDELSOHN TRUST
Address:
PBCOM TOWER AYALA AVENUE CORNER HERRERA STREET
MAKATI CITY, MANILA, PHILIPPINES

Text: SEPTEMBER 2019 REV

---

**Bank Transfers from SMART TEAM INTERNATIONAL BUSI to MIGUEL CLEGG TRUST**

Date: 10/01/2018
Time: 11:08:55
Sender ABA : 021001088 HSBC BANK USA
Receiver ABA : 010110016 PBCOM
Amount : 15,000.00

ORIGINATOR INFORMATION
Account Number: [redacted]2265
Name: SMART TEAM INTERNATIONAL BUSI
Address:
FLAT/RM A 12/F KIU FU COMMERCIAL 300 LOCK
WAN CHAI, HONG KONG

BENEFICIARY INFORMATION
Account Number: [redacted]6481
Name: [redacted] TRUST
Address:
PBCOM TOWER AYALA AVENUE CORNER HERRERA STREET
MAKATI CITY, MANILA, PHILIPPINES

Text: OCTOBER 2018 PAYMENT

---

Date: 10/01/2018
Time: 11:10:22
Sender ABA : 021001088 HSBC BANK USA
Receiver ABA : 010110016 PBCOM
Amount : 16,950.15

ORIGINATOR INFORMATION
Account Number: [redacted]2265
Name: SMART TEAM INTERNATIONAL BUSI
Address:
FLAT/RM A 12/F KIU FU COMMERCIAL 300 LOCK
WAN CHAI, HONG KONG

[redacted]

BENEFICIARY INFORMATION
Account Number: 6481
Name: TRUST
Address:
PBCOM TOWER AYALA AVENUE CORNER HERRERA STREET
MAKATI CITY, MANILA, PHILIPPINES

Text: OCTOBER 2018 REV
FINAL