# EXHIBIT F

1   **MILBERG COLEMAN BRYSON**
    **PHILLIPS GROSSMAN PLLC**
2   DAVID E. AZAR (SBN 218319)
3   280 S. Beverly Drive, Suite PH
    Beverly Hills, California 90212
4   Telephone: 1-866-252-0878
    dazar@milberg.com
5   *Plaintiffs' Attorney*

6

7                    **UNITED STATES DISTRICT COURT**

8                   **NORTHERN DISTRICT OF CALIFORNIA**

9                      **SAN FRANSISCO DIVISION**

10

11   DAWN DANGAARD, a/k/a ALANA
     EVANS; KELLY GILBERT, a/k/a KELLY      **CASE NO. 3:22-cv-01101-WHA**
12   PIERCE; JENNIFER ALLBAUGH, a/k/a
     RUBY, and on behalf of themselves and all
13   others similarly situated,

14                                            **DECLARATION OF JACK**
                     Plaintiffs,             **AARONSON OF PLATFORM**
15   v.                                      **JUSTFORFANS**

16   INSTAGRAM, LLC; FACEBOOK
     OPERATIONS, LLC; META              **Judge: Hon. William Alsup**
17   PLATFORMS, INC.; FENIX            **Location: Courtroom 12, 9th Floor Date:**
     INTERNATIONAL INC.; FENIX         **September 8, 2022**
18   INTERNET LLC; LEONID RADVINSKY,    **Time: 11:00 a.m**
     and JOHN DOES 1-10,                **Complaint Filed: February 22, 2022**
19
20                   Defendants.

21

22

23

24

25

26

27

28

**DECLARATION OF JACK AARONSON**

I, Jack Aaronson, hereby declare as follows:

1.      I am the sole Member of JFF Publications, a Delaware Limited Liability Company that owns and runs JustForFans ("JFF"), an adult entertainment content platform ("AE Platform"). We are the lead plaintiff in a proposed class action on behalf of the AE Platforms in San Mateo Superior Court, Case No. 22-CIV-00782, where Defendants have made similar arguments to those made in this case, the Dangaard proposed class action on behalf of performers/content providers. I submit this Declaration in support of the Dangaard Plaintiffs' oppositions to Defendants' anti-SLAPP motions and in support of their request for jurisdictional discovery.

2.      I make this Declaration based upon my personal knowledge, as well as my review of documents and information obtained or filed during the course of this litigation, compiled either by me or by someone acting under my direction. I also at times reviewed business records of my company JFF, prepared by the personnel of JFF in the ordinary course of business at or near the time of the act, condition, or event. I am duly authorized custodian of the records of JFF and have authority to certify the records. I provided true and correct copies of some business records to expert Jonathan Hochman for the analysis in his declaration.

3.      JFF, through its website at https://justfor.fans, provides a platform that allows independent Adult Entertainment ("AE") Providers to sell subscriptions to their content. JFF collects subscription payments, which are divided between itself and the AE Providers according to agreed-upon terms.

4.      ***The AE Providers on our platform are part of the proposed class of providers in this action***.  Therefore, what I mention below about contracts with our providers, and effects on our platform and providers, applies directly to the proposed class of AE Providers in this case.

5.      JFF has about 1.8 million registered users. Paying subscribers have entered written contracts to purchase monthly subscriptions to the AE Providers of their choosing. A sample of the form of customer contract is attached as Exhibit A.

6.      JFF has, and at all times relevant to this case has had, contracts with over 20,000 AE Providers. The AE Providers are usually independent adult performers (sometimes referred to as models) who appear in the content they produce. In addition to agreeing to the same contract that subscribers agree to, AE Providers also agree to the "Publishing Rules" that are attached as Exhibit B.

## CIRCUMSTANTIAL EVIDENCE OF THE SCHEME

7.      Most AE Providers associated with JFF drive traffic to their accounts on JustFor.Fans and other AE Platforms by posting on social media platforms such as Instagram. Beginning in late 2018, many of the AE Providers that were promoting JFF on social media have been deleted or had their visibility dramatically reduced on social media services. This loss of visibility on social media reduced the number of subscribers to these Providers and reduced the revenue that their contracts with JFF produced.

8.      Before October 2018, Instagram had numerous links to adult content websites, including sites of AE Providers on JFF, and also sites of AE Providers on FanCentro (which is another AE Provider Platform, like JFF, which I mention here because the expert submitting a declaration is also using data obtained from FanCentro).

9.      ***Beginning in late 2018 and early 2019, in the same period where Defendant Radvinsky became associated with OnlyFans, many AE Providers associated with JFF found their Instagram and other social media sites to be either erased, or greatly reduced in visibility***, so that their posts were not appearing on the feeds of many potential and actual customers who had requested to follow those performers on Instagram.  Our referral traffic from Instagram was very important in 2018 and 2019, and it dried up, which made no sense since our growth was exponential across all other traffic sources.  All of our charts point up, until you look at Instagram, the specific channel controlled by the Meta/Facebook defendants.   Then all those charts point down dramatically and in concert

10.    As a consequence of the AE Providers reduced or lost social media visibility, JFF began to suffer from a decline in social media "network referrals" beginning in early 2019, as this graph demonstrates, which is a true and correct copy of a graph I created with JFF data:





This graph also appears in our state court complaint at paragraph 38.

11.     The loss in network referrals reduced JFF's revenue and profitability.

12.     ***I am not aware of any market or other normal competitive reason that could have caused network referrals to JFF to decline beginning in early 2019, while in the same period OnlyFans' web traffic was increasing***. The AE Providers associated with JFF did not change the content of their social media posts in this time period. JFF was successfully competing in other parts of its business, with increasing engagement from sources of business other than Instagram referrals. The major platforms such as Instagram and Facebook did not make any significant changes to their standards for acceptable content that would favor OnlyFans over other platforms to explain this market shift. From my experience, there was no significant difference between the content posted by JFF AE Providers who lost visibility, and the content of OnlyFans-associated performers who remained fully visible on the platforms. Nor did OnlyFans, or performers associated with it, have any unusual advantage, such as a patented or superior technology that was unavailable to AE Providers associated with JFF, or the ability to implement any particular marketing or compensation scheme that JFF and other competitor could not also implement if they so wanted. Other than the loss of network referrals, there were no significant changes in the adult entertainment business that explain the loss of business to JFF. In fact, my expectation is that JFF

would have gained market share versus OnlyFans during this period in time, as after Radvinsky acquired OnlyFans, he revoked the 5% lifetime referral fee that had been in place since the inception of the website. This meant that any creator who referred another creator to OnlyFans had been promised a 5% referral fee for life, but suddenly had that revenue cut off. This created a significant backlash against OnlyFans in the AE community, and people disliked OnlyFans more than ever before during the time. Nevertheless, Radvinsky felt empowered to take back the money, and it makes sense to me that it was because AE creators no longer had any choice of platform to use because OnlyFans became dominant on Instagram and the competitor platforms inexplicably lost their presence. Also, ***what I describe above happened before the COVID pandemic, and so any jump that OnlyFans experienced during the pandemic had OnlyFans already starting from a position where the harm already occurred, and they were already in an advantaged position relative to the rest of the AE Platforms*** that I cannot explain or account for based on any benign, competitive reason.  They did not build a better mousetrap. Based on all of this circumstantial evidence, I have a good faith basis to believe that the JFF Platform and the Performers who affiliated with it were subjected to a selective, electronic blacklisting scheme as described in the Complaint.

13.     I understand that my Counsel received a list from an anonymous source consisting of about 21,000 Instagram handles that, as of some prior moment in time, were said to be in some way designated as "Dangerous Individuals and Organizations," and/or connected to threat indicators submitted to the Global Internet Forum to Combat Terrorism. At least 371 of the Instagram handles on this list are exact matches with AE Providers who have entered into contracts with JFF.

**PRESENCE IN CALIFORNIA**

14.     JFF's records show that 1,504 AE Providers who have contracted with JFF are based in California. 777 of these AE Providers joined JFF before 2020. More JFF AE Providers are based in California than in other state.

15.     In addition, JFF has thousands of subscribers in California, and has earned revenue of over $1 million annually for California in each of the past three years.

16.     I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 11, 2022

Jack Aaronson

# EXHIBIT A



‹

Please confirm that you wish to subscribe to this
page for **$12.50 billed monthly**. This is a recurring
subscription. You can cancel at any time. There are
no refunds.

A $0.99 service fee will be added to this charge (fee not applied to cryptocurrency
transactions).

Confirm





Select Your Subscription:

**MONTHLY**    $12.50 per month
$12.50 billed monthly

**3-MONTH**    $11.67 per month
$35.00 billed every 3 months

**6-MONTH**    $10.00 per month
$60.00 billed every 6 months

Have a Promo Code? Click here to enter it in the Search Box
Pay with CryptoCurrency? Click here to add money to your account.



# JUST FOR.FANS

## Register an Account

Create a JustFor.Fans account

⚠ **Do not create an account on this page if you are a performer.**
Performers must create an account using the Twitter login feature. You can add an email
and remove Twitter from your account later if you want to

✉ Email Address

🔑 Password                                                    👁

🔑 Verify Password                                            👁

I Agree to the Terms & Policy

Read Our Terms & Policy

| I'm not a robot | reCAPTCHA Privacy - Terms |

➡ Submit

## Already Have an Account?

Log In

CaGaSe 2223-0-0101MWAHA DOoomeeh145-8  FFddd0821/18/22 Page 31 of 0627

# Terms & Conditions

## Terms and Conditions

### TERMS OF USE, PROVISIONS AND CONDITIONS

#### General

JFF Publications, LLC (herein after referred to as "J4F") has established these Terms of Use, Provisions, and Conditions (which also incorporate by reference, without limitation, Our Privacy Policy, Subpoena Compliance Policy, and DMCA Notice & Takedown Policy) (hereinafter referred to collectively as "Terms of Use or "TOU"") to govern Your use of this Site and all affiliated sites and every mobile version hereof or thereof (collectively, "Site," this "Site," "the Site," or the "Service") whether or not You are a registered Subscriber of this Site.  J4F reserves the right, at its sole discretion, to change, modify, add, or delete portions of these TOU, and to notify You of such changes by modifying the "Last Revised" date at the top of this TOU. You acknowledge that it is Your responsibility to review the "Last Revised" date to determine if any changes have been made since Your last review of this TOU. By accessing and continuing to use the Site after the change to this TOU, You thereby manifest Your agreement to any changes hereto. If You do not agree with such changes, You must notify us by cancelling Your subscription, and exiting the Site.

By entering this Site, You acknowledge that (a) You have read and understand these TOU and that You agree to be bound by the TOU as same may be amended from time to time; (b) You shall comply with all applicable laws and regulations; and (c) the disclaimer, limitation of liability, and indemnification provisions set forth in the TOU are an agreed upon allocation of risk and form an essential part of our agreement to permit You to use this Site, without which agreement J4F would not enter into this Agreement or permit You to use this Site. If You do not agree to be bound by the TOU, You are directed to terminate and discontinue Your use of this Site immediately.  J4F DOES NOT PERFORM CRIMINAL BACKGROUND OR SEX OFFENDER CHECKS ON ANY SUBSCRIBER OR PROSPECTIVE SUBSCRIBER, PUBLISHER, OR THIRD PARTY. You are encouraged to use common sense when interacting with any individual located through this Site. J4F is not responsible for activities, claims, or losses that result from meeting individuals identified through the Site.

"Publishers" have registered with J4F and have been granted authority to use the Service to publish photographs and videos and to use other services and features associated with a Publisher account. Publishers are required to separately register, and provide specific information required by J4F. J4F reserves the right to require agreement to additional terms and provisions by Publishers before acceptance. Publishers are not agents or employees of J4F and J4F has absolutely no relationship with said Publishers other providing a platform for them to self-publish and collect subscription fees. A Subscriber's correspondence and/or dealings (business or

CaSese2222-cv-00101M-WHA Doocument14-8 Ffiled08/18/22 Page415 5f0527

otherwise) with the Publishers found on or through this Site are solely between the Subscriber and such Publisher. J4F shall not be responsible or liable for loss or damage of any sort whatsoever incurred by You or any third party as the result of such dealings or as the result of the advertisements place on the Site.

You may not copy, reproduce, republish, transmit, disseminate, reverse engineer, reverse assemble, sell, or distribute in any way any material from this Site, including, without limitation, photographs, video, code, and software. You may in certain instances be permitted to upload information, photographs, and/or video to this Site subject to the express conditions hereof.

## Void Where Prohibited

Portions of this Site are fee or subscription based. Subscription in the Service and use of this Site is void where prohibited.

## Information Related to Minors

J4F will not allow the publishing, of any information relating to individuals under the age of eighteen (18) years. J4F will not knowingly collect information, personal or otherwise, from individuals under the age of eighteen (18) years. By using this Site, You certify, that You are over the age of eighteen (18) years. The United States and various foreign, federal, state, and local jurisdictions impose significant penalties upon individuals and entities who contribute to the proliferation or use of pornography related to minors. If You seek underage material, please exist the site immediately. YOU ARE HEREBY NOTIFIED THAT, TO THE EXTENT REQUIRED BY APPLICABLE LAW, J4F WILL COOPERATE IN THE INVESTIGATION OF ANY UNLAWFUL USE OF THE SITE OR ITS SERVICES. Any suspected underage material found on this Site should be reported asacp.org or to the CyberTip Hotline; http://www.missingkids.com/cybertipline

## Registration Data; Account Security

In consideration of Your use of this Site, You agree to (a) provide accurate, current and complete information about You as may be prompted by any registration forms on the Site ("Registration Information"); (b) maintain the security of Your password and account credentials; (c) maintain and promptly update the Registration Information, and any other information You provide to J4F, to keep it accurate, current, and complete; and (d) be fully responsible for all use of Your account and for any actions that take place using Your account. Account credentials may not be used by more than one Subscriber. In the event a Subscriber is found to have shared account credentials with another person, the Subscriber's account may be terminated for breach of this Agreement. J4F reserves the right to suspend or terminate Your access to this Site at any time for any violation of these TOU.

## Payment Methods

Payment for the services and products, if any, purchased on this Site may be made by credit card or any payment set forth on our payment page. Billing may be performed by a third-party payment processor. For credit card payments, you will be required to provide us with the exact billing address and telephone number that Your credit card issuer has on file for You. You may further be required to provide us with the security code on Your credit card. You authorize us and our agents to transact payments on Your behalf. In the event of recurring payments, You have authorized us to automatically renew Your fee payments on a continuing basis and to charge Your credit card (or other payment means) on an ongoing basis unless and until You notify us that You wish to cancel such recurring payments. Incorrect information may cause a delay in processing, or denial of, Your order. We reserve the right to suspend Service to You in the event You have provided inaccurate or incomplete credit card information, or if Your payment information is out of date.

## Refund Policy

We do not offer refunds. If you are unhappy with the content you have subscribed to, please inform the content creator. If there is a technical error on the site, we will work with you to resolve it.

## Correction of Errors and Inaccuracies

The information on this Site may contain typographical errors or inaccuracies and may not be complete or current. J4F reserves the right to correct any errors, inaccuracies, or omissions and to change or update information at any time. Unless intended by the context of the display, the incidental display of products in this Site shall not constitute an endorsement by J4F of such products.

## Manner of Conduct

You understand that except for the specific subscription programs offered by J4F on this Site, this Site is available for Your personal, non-commercial, and educational use only. You may not mirror any materials contained on this Site without prior written permission of J4F. You may not use any robot, spider, or other automatic device or manual process to screen scrape, monitor, mine, or copy any of the web pages of this Site, any advertisements, any profiles, or any content hereon. Because the harm caused by violations of this section are not easily measured, You agree to pay a liquidated damages fee of $25,000 if You violate this term. The parties agree that this liquidated damages provision is not a penalty, but is instead an attempt to reasonably anticipate the amount

JustFor.Fans

of actual damages that might be sustained by J4F in the event of a breach of this provision.

You represent, warrant, covenant, and agree that no materials of any kind submitted through Your account or otherwise posted, transmitted, or shared by You on this Site will violate or infringe upon the rights of any third party, including copyright, trademark, privacy, publicity, or other personal or proprietary rights; or contain libelous, defamatory, or otherwise unlawful material. You shall not use or distribute pirated or unauthorized User Content, photographs, products or information. Governing Law; Severability; Entire Agreement; Statute of Limitations:

THESE TERMS OF USE, PROVISIONS AND CONDITIONS AND YOUR AGREEMENT WITH J4F SHALL BE GOVERNED BY THE LAWS OF THE STATE OF FLORIDA, WITHOUT REGARD TO ITS CONFLICTS OF LAWS PROVISIONS. YOU AGREE TO BE SUBJECT TO SUCH LAWS AND THAT VENUE IN ANY ACTION OR PROCEEDING COMMENCED PURSUANT TO THIS AGREEMENT SHALL LIE IN FORT LAUDERDALE, FLORIDA, AND YOU IRREVOCABLY CONSENT TO THE EXCLUSIVE JURISDICTION OF THE FEDERAL AND STATE COURTS SITTING IN SUCH VENUE. YOU HEREBY CONSENT TO THE PERSONAL JURISDICTION OF THE FEDERAL AND STATE COURTS SITTING IN FORT LAUDERDALE, FLORIDA.

If any provision or portion thereof set forth in these TOU is found to be unlawful, void, or for any other reason unenforceable, then such provision or portion thereof shall be deemed severable and shall not affect the validity and enforceability of any other provision. Such severable provision shall be construed as nearly as possible to reflect the intention of these terms of use, provisions, or conditions.

This Agreement and any policies or documents incorporated into the Agreement by specific reference serves as the entire agreement between the parties and may be amended upon notice by J4F. J4F may provide notice by E- mail, conventional mail, or by a general posting (indicated by the word "Notice") on its web page, but is not obligated to do so.

To the extent permitted by applicable law, You agree that, by using this Site, regardless of any statute or law to the contrary, any claim or cause of action that You may have arising out of, in connection with, or relating to, Your use of this Site and/or these TOU must be filed within one (1) year after the claim or cause of action accrued or such claim or cause of action shall forever be barred.

Indemnity:

You shall indemnify, defend, and hold harmless J4F and its affiliates and their respective shareholders, directors, attorneys, members, managers, officers, employees and agents and their respective successors and/or assigns from and against any and all losses, liabilities, claims, suits,

damages, judgments, fines, penalties, violations, actions, causes of action, proceedings, demands, costs, and expenses (including, without limitation, reasonable attorney's fees, court costs, and disbursements) (collectively, "Claims"), arising out of, resulting from, or in connection with, Your use of this Site and/or any third party Sites and/or Your use of the products or services, if any, obtained through Your use of the Site. In any claim subject to indemnification hereunder, J4F shall control the defense (including settlement of claims). J4F shall be permitted to retain legal counsel of its choice in any claim subject to indemnification.

## Ownership & Trademarks:

The name "JFF Publications, LLC" and related names and marks are service marks owned by and may not be used in connection with any third-party marks, names, products, services, or otherwise. "JFF Publications, LLC" is a registered trademark of J4F. All other marks and names (including third-party product marks and names) are the property of their respective owners.

## Copyrights; Use of Content:

All software used to operate or display this Site is the property of J4F or is licensed to J4F, and is protected by United States and international copyright laws. The compilation, collection, selection, arrangement, assembly, and coordination of all the text, graphics, photographs, graphs, sounds, data, images, audio, and video clips available on this site except for Publisher Content is the exclusive property of J4F and protected by United States and international copyright laws. © 2018 by JFF Publications, LLC.; ALL RIGHTS RESERVED. We respect the intellectual property rights of all parties, and have adopted a policy regarding termination of repeat copyright infringers under the Digital Millennium Copyright Act. Copies of Our Repeat Infringer Policy are available on request to Our Members.

## Links and Linking:

Some websites which are linked to the Site are owned and operated by third parties. Because We have no control over such websites and resources, You acknowledge and agree that We are not responsible or liable for the availability of such external websites or resources, and do not screen or endorse them, and are not responsible or liable for any content, advertising, services, products, or other materials on or available from such websites or resources.

You further acknowledge and agree that We shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with use of or reliance on any such third-party content, goods or services available on or through any such website or resource. If You decide to access any such third-party website, You do so entirely at Your own risk and subject to any terms and conditions and privacy policies posted therein. You

Case 2:23-cv-01001-WMA Document 45-8 Filed 08/18/22 Page 19 of 27

further acknowledge that use of any website controlled, owned or operated by third parties is governed by the terms and conditions of use for those websites, and not by this Agreement.

Links to external websites (including external websites that are framed by the Site) or inclusions of advertisements do not constitute an endorsement by Us of such websites or the content, products, advertising, or other materials presented on such Site, but are for Your convenience.

You hereby agree to hold Us harmless from any and all damages and liability that may result from the use of links that may appear on the Site or via the Services. We reserve the right to terminate any link or linking program at any time.

Disclaimer:

This Site and its contents, and the links to third-party sites and their contents, are provided on a strictly "as-is" and "as-available" basis and without warranties or representations of any kind, express or implied.

To the maximum extent permitted by law, J4F specifically disclaims all representations and warranties, express, implied, or otherwise, including, without limitation, implied warranties of merchantability or fitness for a particular purpose and non-infringement, and implied warranties from course of dealing or performance and any warranties as to results that may be obtained through use of this Site or third-party sites. No information or advice obtained from J4F, whether written or oral, shall create any warranty from J4F.

J4F expects users to take responsibility for their own actions and, accordingly, J4F does not assume any liability whatsoever for the acts of third parties or those publishing on the Site and assumes no liability whatsoever for any replies or any actions arising out of any material published on the Site. You waive any and all claims, rights, or remedies which You otherwise might have or be able to assert against J4F under all applicable laws, rules, and regulations that arise out of or in any way relate to Publisher Content, Your use of the Site, and J4F's response or failure to respond to any complaint You may make in connection therewith or otherwise. J4F does not warrant that the functions contained in the materials furnished on this Site or any third-party site will be uninterrupted, available, or error-free, that defects or errors will be corrected, or that this Site will be available, free from viruses or other harmful components. J4F shall not be responsible or liable for any threatening, defamatory, obscene, offensive, or illegal content or conduct of any Publisher or other party or any infringement of another's rights, including, without limitation, intellectual property or similar rights. Your use of this Site is strictly at Your own risk, which is voluntarily assumed. J4F shall not be responsible for any direct, indirect, consequential, special, punitive, or other damages (whether liability is asserted in contract, tort, or otherwise), costs or expenses, including, without limitation, lost profits, data, loss of goodwill, loss of or

damage to property, or claims of third parties, arising out of, in connection with, or relating to Your use of this Site or any third party site  J4F shall not be responsible for any threatening, defamatory, obscene, offensive, or illegal content or conduct of any other party or any infringement of another's rights, including, without limitation, intellectual property or similar rights. In all events, the maximum liability of J4F to a fee-paying user, if any, shall be the amount such user paid to J4F within the immediately preceding twelve (12) month period.

Should You be dissatisfied with the Site or the content hereof or a third-party site and the content thereof, Your sole and exclusive remedy is to discontinue use of this Site or such third-party site. To the extent permitted by applicable law, the foregoing remedy shall apply even if J4F knew or should have known of the possibility of damages to You by use of the Site or a third-party site.

BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES, THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU.

Force Majeure:

We are not responsible for any failure to perform because of unforeseen circumstances of causes beyond our reasonable control, including:
Acts of God, such as fire, flood, earthquakes, hurricanes, tropical storms, or other natural disasters; War, riot, arson, embargoes, acts of civil or military authority, or terrorism; Fiber cuts; Strikes, or shortages in transportation, facilities, fuel, energy, labor, or materials; Failure of the telecommunications or information services infrastructure; and Hacking, SPAM, or any failure of a computer, server, network, or software for so long as the event continues to delay our performance.

Biometric Data

We use a 3rd-Party system, Jumio.com, to verify model IDs. Their system records a photo of a model's ID, and takes a live photo of them. The system uses a facemap to ensure the user in the ID is the same as the user in the live photo. At no time does JFF have any access to the biometric data. Jumio does not sell or otherwise use this data for any purpose other than testing if the photo on the ID matches the live photo of the user. The purpose of gathering the biometric data is to protect you by creating a record that proves your age and identity. We use the Jumio verification system in three places: registering as a model on the site, using our Consent Center to give consent, submitting a report stating you are in a video and are identifying yourself as a model in that video. By using these systems you are consenting to Jumio taking these photos and creating a facemap it will use. Jumio maintains these records as long as we use them, and stores the biometric data in case we need them in the future (for example, for a civil or criminal investigation in which we need to prove you were of age). To request the facemap be deleted manually, contact

customer service.

Section 230 Notice:

You acknowledge Your responsibility to prevent minors under Your care from accessing harmful or inappropriate material. You agree not to allow minors to view any such content, and You agree to take responsible measures to prevent them from doing so. Numerous commercial online safety filters are available which may help users limit minors' access to harmful or inappropriate material. Pursuant to 47 U.S.C. § 230(d), You are hereby informed that You can research such services at websites such as: http://www.getwise.org or http://www.child-internet-safety.com/internet_filters.php, among others. Please note that We make no representation or warranty regarding any of the products or services referenced on such sites, and We recommend that You conduct appropriate due diligence before purchasing or installing any online filter. You agree to take steps to prevent minors from viewing Our Website or the content received via Our Services if Your computer or mobile device can be accessed by a minor. Finally, You agree that if You are a parent or guardian of a minor child, it is Your responsibility, not Ours, to keep any age-restricted content on Our Website or Services from being displayed or accessed by Your children or wards.

Pursuant to the Communications Decency Act ("CDA"), 47 U.S.C. § 230(c)(1), and court decisions interpreting the scope of the CDA, You acknowledge and understand that We operate as the provider of an interactive computer service. Thus, We are immune from, and cannot be held responsible for, claims arising from the publication of Your Content (as well as including third party content). We do not create such content, and We are not responsible for the publication of remarks or communications of third parties that may arguably rise to the level of being actionable under federal or state laws including, but not limited to, the publication of material that might be considered defamatory, or violative of privacy or publicity rights. Note, that federal law allows Us to remove any content found to be offensive, defamatory, obscene or otherwise violative of Our policies, without impacting Our status as the provider of an interactive computer service. In the event that any court finds that any third-party communication or third-party content on Our Website falls outside of the realm of the immunity provided by Section 230 of the CDA, this shall not be deemed to be a waiver of any legal protections provided by Section 230 for any and all other content posted on Our Website. Nothing contained in this Agreement is intended to limit or alter the immunity from claims provided by Section 230 of the Communications Decency Act, and no third parties are intended to benefit from this Agreement between You and Us.

We respect the intellectual property rights of all parties and have adopted a policy regarding termination of repeat copyright infringers under the Digital Millennium Copyright Act. Copies of Our Repeat Infringer Policy are available to Our Publishers upon request.

CaSeSe2223-c014-00101-MWAHA DDooumeent1.4+5-8 FFiddd082118/22 Paagea121f 0627

JustFor.Fans

## Violations of Terms:

J4F reserves the right to block Your access to this Site and terminate Your subscription, if J4F determines, in its sole discretion, that You have failed to comply with these terms of use, provisions, and conditions. This is in addition to all other remedies J4F may have at law, in equity, or otherwise.

28 - Select members are allowed to make "model referals," signing up new models to the system via a special link we provide. They will earn 5% of a models net earnings (on subscriptions only) for at least one year, with the likely potential of the time period being extended. But we reserve the right to evaluate the program after one year. Payments are made on the first of every month for the previous month. Chargeback will be debited accordingly.

29 - Items for sale in our store can be used, with the exception of undergarments. These must be sold as NEW. Selling used undergarments violates US Health codes.

30 - No items may be sold in the store that suggest any kind of sexual favors being exchanged for money. No tips or other purchases may be made in exchange for sexual favors.

31 - Affiliates may use IFRAMES to advertise the website. Performers can choose to be included or excluded in these IFRAMES on their Settings page.

# EXHIBIT B

# Publishing Rules

## General:

When you open a Publisher Account you agree to the Terms of Use and these Publishing Rules. All Publisher uploaded content must be consistent with the provisions of these Publishing Rules, the site's Terms of Use, and any internal publishing standards (collectively hereinafter "Publishing Policies"). Any content that does not comply with such Publishing Policies will be removed. In appropriate cases, We may identify the Publishing Policy that was violated, but are under no obligation to do so. If content is published that suggests or promotes violation of any law or regulation, the Publisher's account will be terminated, and the individual will be banned from opening new accounts. If third parties submit DMCA takedown notices or otherwise notify us that Us that You have published infringing content, we will follow our repeat infringer policy. If content is removed for less serious reasons, J4F may permit the Publisher to submit new content that complies with our Publishing Policies. J4F does not assist Publishers with creating or selecting content.

## License Granted to the Platform:

By streaming or uploading any content to the Site you are granting to the Site a fully paid, worldwide, irrevocable license to use and distribute such content through the Site. By uploading and/or streaming any content in any form through the Site you are requesting and directing us to make such content available to other users and viewers of the Site.

## Restrictions:

THIS SITE MAY NOT BE USED FOR THE ADVERTISING OF SEXUAL SERVICES OR TO ENGAGE IN ACTIVITIES REQUIRING THE PAYMENT OF MONEY FOR SEX OR OTHER ILLEGAL ACTIVITIES.

No Publisher shall link any ad to any website, web page, post, blog, writing, or media of any type that suggests the Publisher will engage in any illegal activity.

Publisher further agrees not to post, upload, publish or disseminate any media or communication on any third-party site, service, network, or platform that suggests that Publisher is willing to engage in any illegal activity.

You may not use this Site to Request or send money, or any other form of financial assistance, from or to any Subscriber that You communicate with on this Site, except in connection with Subscription or Store sales.

## Age Verification/Section 2257 Compliance:

ALL PERSONS DEPICTED IN THE IMAGES OR VIDEO THAT YOU STREAM AND/OR UPLOAD TO THE SITE MUST BE AT LEAST 18 YEARS OF AGE WHEN THE DEPICTION WAS CREATED.

You understand and agree that the Site acts as an online third-party publishing forum, therefore, should You determine that Your uploaded content contains actual or simulated sexually explicit conduct, then it is solely Your obligation to ensure that Your uploaded content is compliant with all requirements set forth in 18 U.S.C. §§ 2257 & 2257A et seq. and 28 C.F.R. Part 75.1 et seq., as amended ("Section 2257"), as well as other applicable federal, state, local, and/or foreign laws. If

Your uploaded content contains actual or simulated sexually explicit conduct, as defined by federal law, You represent and warrant that such content is compliant with Section 2257 and/or any similar relevant law in Your jurisdiction, by maintaining all required records and other data, in the manner required by Section 2257. You further acknowledge that it is Your legal obligation to comply with the labeling provisions of Section 2257, and that You must provide the information required by such labeling provisions for each depiction appearing in Your content, in addition to maintaining all required age records, URLs, and other information, indexed in the required manner. Nothing contained herein constitutes legal advice on compliance with Section 2257, or any other low or obligation. Your failure to comply with the provisions of 18 U.S.C. 2257 may make You subject to criminal and civil prosecution for the violation of 18 U.S.C. 2257.

## User Content:

Subject to these terms of use, provisions and conditions, users may post photographs, images, graphics, comments, identifying information, video, and other content ("User Content") to this Site. When placing User Content on this Site, You are reminded that other users of this Site will have full access to all such content and that all such postings are non-confidential. Although legally not permitted to do so, users may copy and further disseminate User Content. You understand and acknowledge that by placing User Content on this Site, all such content may be viewed by and/or forwarded to anyone by anyone and/or retained by anyone and/or utilized by anyone forever (even if User Content is removed from this Site). User Content could be indexed, referenced, stored and re-printed by other users of this Site (even if User Content is removed from this Site to the extent that such other users may have downloaded or otherwise copied information from this site before removal). J4F is not required to install measures to prevent the copying of User Content by third parties and is not required to take legal action on Your behalf against such third parties.

## Review of user submitted content:

You understand and acknowledge that J4F, consistent with its "Good Samaritan" rights under 47 U.S.C. §230, have the right (but not the obligation) in J4F's sole and absolute discretion to review, delete, or refuse to post any information or material submitted for publication on this Site. Without limitation, J4F reserves the right to terminate Your use of this Site and/or to remove and/or edit any User Content, information, and/or material that (A) J4F believes violates these terms or use, provisions and conditions or otherwise breaches Your agreements with J4F; (B) creates any liability whatsoever for J4F (known or unknown); and/or (C) J4F deems objectionable or otherwise inappropriate. The foregoing notwithstanding, J4F's failure to take any of the foregoing actions shall not, and shall not be deemed to, create any liability whatsoever for J4F.

## No Agency/Employment Relationship

Except as specifically set forth in these terms of use, provisions, and conditions, Your use of this Site and the content hereof and/or any third party site and the content thereof, and the provision of any information while using this Site or any third party site (including, without limitation, e-mail services, if any) shall not create and/or constitute any business, joint venture, or other relationship between You and J4F. J4F does not undertake any duty to supervise any Publisher's content or activity through the Site at any time.

Publishers must pay all taxes, fees, or regulatory costs required as a result of any activity related to their involvement with the Site.

## Consequences of Publishing:

You are solely responsible for any information You share with any user either through the Site or

Case 2:22-cv-01004-WHA Document 145-8 Filed 08/18/22 Page 26 of 27

otherwise and You specifically acknowledge that any information You share with another user should be considered public information. We have no control and take no responsibility for any information you share with any user which is then used, shared, or in any way allegedly or actually misused. In such event, you acknowledge that your dispute will be directly with the user You believe to be responsible.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2022, the foregoing was electronically filed with the Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system, which will send notification of such filing to all parties.

By: */s/ David Azar*
David Azar
dazar@milberg.com
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC
280 South Beverly Dr., Suite PH
Beverly Hills, CA 90212
Phone: (866) 252-0878