# EXHIBIT 15

1

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
David E. Azar, Esq. (SBN 218319)

2

280 S. Beverly Drive, Suite PH
Beverly Hills, California 90212

3

Telephone: (866) 252-0878

4

dazar@milberg.com

5

*Attorney for Plaintiffs*

6

7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8

SAN FRANSISCO DIVISION

9

10

DAWN DANGAARD, et al.,

Case No. 3:22-cv-01101-WHA

11

Plaintiffs,

DECLARATION OF DAVID AZAR IN
SUPPORT OF PLAINTIFFS' RESPONSE

12

v.

TO ORDER TO SHOW CAUSE
REGARDING JURISDICTION OVER

13

INSTAGRAM, LLC, et al.,

FENIX DEFENDANTS

14

Defendants.

15

16

Judge: Hon. William Alsup
Location: Courtroom 12, 9th Floor

17

Date: March 30, 2023
Time: 9:00 a.m.

18

19

20

I, David Azar, hereby declare as follows:

21

1.    I am an attorney licensed to practice law in the State of California and am a partner

22

of Milberg Coleman Bryson Phillips Grossman, PLLC, counsel for Plaintiffs and the putative class.

23

24

The following facts are within my personal knowledge and if called upon to testify I could and

25

would competently testify thereto. I submit this Declaration in support of Plaintiffs' Response to

26

the Court's Order to Show Cause.

27

2.    From reviewing the discovery responses and production by Fenix Defendants,

28

deposition testimony by Fenix Defendants' 30(b)(6) witnesses (excerpts below), and email from

Fenix Defendants' counsel with the names of the custodians of ESI used to search for responsive information as to certain document requests, the person who Alana Evans and Kelly Gilbert communicated with by the name of Keni Styles is also known as Genghis Kinuthai and is likely also known as the custodian listed as Paradon Kinuthai (who also is listed as using the same email address keni@onlyfans.com).

3.     The following is a true and correct excerpt of page 27 lines 20-25, and page 28, lines 1-7 and 11-16 from the 30(b)(6) deposition of Lee Taylor on behalf of Fenix International (emphasis added)

> Q Do you know if Fenix International paid anyone for **DMCA functions** in 2019?
>
> A Yes.
>
> Q And did it pay anyone for those functions **in California**?
>
> MR. O'SULLIVAN: Objection
>
> You can answer.
>
> THE WITNESS: I know the vendor that was paid had a **billing address on the invoice of California**.
>
> BY MR. AZAR:
>
> Q And what was the name of that vendor?
>
> A **SMG, LLC**. Sierra, Mike, golf.
>
> Q And do you have -- do you know any of the people who were in charge of SMG, LLC?
>
> MR. O'SULLIVAN: Objection. You can answer.
>
> THE WITNESS: As I understood it, the person in charge, **his legal name is Genghis Kinuthai, but we know him as Keni**.

4.     As to email addresses for Keni/Genghis matching the one referenced in the declaration of Alana Evans, the following is a true and correct excerpt of page 30, lines 5-20, from

- 1 -

1    the 30(b)(6) deposition of Lee Taylor on behalf of Fenix International (emphasis added)

2         Q Do you see on the right part the e-mail

3         address is ***Keni@OnlyFans.com***?

4         A I do.

5         Q Was that the e-mail address for the person

6         you referred to known as -- that you ***knew as Keni who***

7         ***is Genghis Kinuthai***?

8         MR. O'SULLIVAN: Object.

9    You can answer.

10   THE WITNESS: ***Yes***.

11   BY MR. AZAR:

12   Q This one says "Paradon Kinuthai." Is that

13   the same person, they just go by different first names

14   sometimes, do you know?

15   MR. O'SULLIVAN: Object.

16   You can answer.

17   THE WITNESS: I don't know.

18        5.      Genghis Kinuthai is listed as the person to whom two of the California independent

19   contractors of Fenix Internet – Donald Wyatt and Natalie Ballenger – "report directly to" as to

20   "duties" listed as "office management services" in their independent contractor agreements

21   attached as part of Exhibit 13, which is a true and correct copy of deposition Exhibit number 5

22   (independent contractor agreements with California residents identified in Fenix Internet's

23   interrogatory responses), and includes at bates stamped page Fenix00000307 the Schedule A, titled

24   Duties, Terms, and Compensation, to the independent contractor agreement of Donald Wyatt, and

at bates stamp page Fenix00000310 the Schedule A, titled Duties, Terms, and Compensation, to the independent contractor agreement of Natalie Ballenger.  Wyatt and Ballenger are identified as California independent contractors for Fenix Internet in its response to Interrogatory No. 3 (which is identified below as Exhibit 5 hereto), and as discussed in the Fenix Internet deposition (identified below as Exhibit 3 hereto).

6.      Attached as Exhibit 1 is a true and correct copy of excepts from the Deposition of Lee Taylor, dated February 9, 2023. Fenix Defendants have designated portions of this document as "confidential" and it has been filed under seal pending the outcome of Plaintiffs' motion to file "confidential" documents under seal or in open court.

7.      Attached as Exhibit 2 is a true and correct copy of Fenix International Limited's Objections and Responses to Plaintiffs' First Set of Interrogatories Propounded to Fenix Entity Defendants Regarding Jurisdictional Discovery. This document is designated as "confidential" and has been filed under seal pending the outcome of Plaintiffs' motion to file "confidential" documents under seal or in open court.

8.      Attached as Exhibit 3 is a true and correct copy of excerpts from the Deposition of Susan Lea, dated February 7, 2023. Fenix Defendants have designated portions of this document as "confidential" and has been filed under seal pending the outcome of Plaintiffs' motion to file "confidential" documents under seal or in open court.

9.      Attached as Exhibit 4 is a true and correct copy of a document produced by Fenix Defendants under Bates number Fenix00000293. This document is designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" and has been filed under seal pending the outcome of Plaintiffs' motion to file "confidential" documents under seal or in open court.

10.      Attached as Exhibit 5 is a true and correct copy of Fenix Internet LLC's Objections and Responses to Plaintiffs' First Set of Interrogatories Propounded to Fenix Entity Defendants

Regarding Jurisdictional Discovery. This document is designated as "confidential" and has been filed under seal pending the outcome of Plaintiffs' motion to file "confidential" documents under seal or in open court.

11.     Attached as Exhibit 6 is a true and correct copy of Leonid Radvinsky's Objections and Responses to Plaintiffs' First Set of Interrogatories Propounded to Fenix Defendants Regarding Jurisdictional Discovery. This document is designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" and has been filed under seal pending the outcome of Plaintiffs' motion to file "confidential" documents under seal or in open court.

12.     Attached as Exhibit 7 is a true and correct copy of Fenix Internet LLC's Objections and Responses to Plaintiffs' Notice of Deposition of Defendant Fenix Internet LLC Pursuant to Fed. R. Civ. P. 30(b)(6).

13.     Attached as Exhibit 8 is a true and correct copy of Fenix International Limited's Objections and Responses to Plaintiffs' Notice of Deposition of Defendant Fenix International Limited Pursuant to Fed. R. Civ. P. 30(b)(6).

14.     Attached as Exhibit 9 is a true and correct copy of emails from Fenix Defendants' counsel dated February 6 and February 7, 2023 which contain a list of Fenix Defendants' custodians and search terms used for the purpose of their ESI collection, that is also deposition exhibit 10.

15.     I attended a meet and confer by zoom with counsel for Fenix Defendants on February 2, 2023, about their objections to the deposition topics and anticipated production (set to occur the next day, February 3).  During that call, counsel for Fenix Defendants stated that they collected and reviewed emails from certain custodians, but not other kinds of communications, such as text messages.  I asked specifically about Genghis Kinuthai aka Keni Styles and Alex Goykman, who I said I understood did work for OnlyFans, and counsel for Fenix Defendants said that they did not review or obtain documents in the possession of independent contractors or vendors. I

repeated this understanding in subsequent communications before and during the deposition, and counsel for Fenix Defendants never said I misunderstood them as to these points.

16.     Attached as Exhibit 10 (which is also deposition exhibit 15) is a true and correct copy of an email from Fenix Defendants' counsel dated February 6, 2023 identifying 52 unproduced contracts between Fenix International and California entities which they categorize as including vendor agreements, promotion agreements, appearance releases, and creator supplements, with the majority of them represented to range from $500 to $50,000. This document is designated as "confidential" and has been filed under seal pending the outcome of Plaintiffs' motion to file "confidential" documents under seal or in open court.

17.     Attached as Exhibit 11 is a true and correct copy of an article from Cision PR Newswire, titled OnlyFans Appoints Amrapali Gan as Chief Executive Officer, dated December 21, 2021, available at: https://www.prnewswire.com/news-releases/onlyfans-appoints-amrapali-gan-as-chief-executive-officer-301448653.html.

18.     Attached as Exhibit 12 is a true and correct copy of the OnlyFans' Privacy Policy, last modified December 2020, available at: https://onlyfans.com/privacy.

19.     Attached as Exhibit 14 is a true and correct copy of Fenix International Limited, Fenix Internet LLC, and Leonid Radvinsky's Objections and Responses to Plaintiffs' First Set of Requests for Production of Documents Propounded to Fenix Defendants Regarding Jurisdictional Discovery.

I declare under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Dated: February 14, 2023                              /s/ David E. Azar
                                                                        David Azar

- 5 -