EXHIBIT 16

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
David E. Azar, Esq. (SBN 218319)
280 S. Beverly Drive, Suite PH
Beverly Hills, California 90212
Telephone: (866) 252-0878
dazar@milberg.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANSISCO DIVISION

|  |  |
|---|---|
| DAWN DANGAARD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INSTAGRAM, LLC, et al., <br><br> Defendants. | Case No. 3:22-cv-01101-WHA <br><br> DECLARATION OF KELLY GILBERT IN SUPPORT OF PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE REGARDING JURISDICTION OVER FENIX DEFENDANTS <br><br><br> Judge: Hon. William Alsup <br> Location: Courtroom 12, 9th Floor <br> Date: March 30, 2023 <br> Time: 9:00 a.m. |

I, Kelly Gilbert hereby declare as follows:

1.     I am a plaintiff in the above referenced case, which I bring on behalf of myself and others similarly situated.  I am a professional adult entertainment performer, and on the board of the Adult Performance Artists Guild ("APAG"), a federally recognized labor union.  I am a citizen of Illinois.

2.     I make this Declaration in support of Plaintiffs' Response in support of jurisdiction over the Fenix Defendants based upon my personal knowledge.

3.     I have communicated about my OnlyFans account with Keni Styles through direct

messages (DMs) on his personal twitter account.  Attached as Exhibit 1 is a true and correct copy of an example twitter DM chain with Keni about my OnlyFans account, including questions about specific content and also payments details.

I declare under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct.


Dated: February 14, 2023

/s/ _Kelly Gilbert_____

Kelly Gilbert

9:46

$$1 = \sum_{n=1}^{\infty} \frac{1}{2^n}$$

← 🔍 ⋯

## KΞNIII
@kenistyles

🔔 ✉️ **Following**

**Documenting a journey..**

💼 Writer ⓘ  🔗 **linktr.ee/kenistyles**
📅 Joined March 2009

**1,111** Following   **29.5K** Followers

Followed by JACOB STAX, erin eevee, 💋
Destiny Red 💋, and 240 others

**Tweets**   Tweets & replies   Media   Likes

---

📌 **Pinned Tweet**

**KΞNIII** @kenistyles · 12/8/21   ⋯
GM 🤣 5555

> 🪙 **occultbot** @0ccultbot · 12/6/21
>
> A wise man once said nothing.

    



7:26

KΞNIII 🔒

Documenting a journey..

Joined March 2009 • 29.5K Followers

**August 7, 2020**

hi kelly, alanah mentioned your issue with payments. I've now reset your payment details so you are able to send in your new ids and bank details. your account is preapproved so it should be smooth from here. if you have any issues please drop me a dm

but also please submit a ticket so I can follow up when I see

thank you

11:27 PM

Cool will ↓

11:39 PM

Start a message

7:26

← KΞNIII 🔒 ⓘ

August 8, 2020

I think I submitted a ticket. How do I send in the ids? I don't see that option

12:29 AM

ok please go to add bank settings now

12:38 AM

done :)

👍 1

1:24 AM

August 27, 2020

Keni can I sell ▆▆▆▆▆ on onlyfans?

I know it's allowed on manyvids

10:41 AM

August 28, 2020

↓

Start a message ➤

← KΞNIII 🔒 ⓘ

**August 28, 2020**

Technically you can sell new clothing items, as per visa and MasterCard.

8:46 PM

**August 30, 2020**

Ok ty

8:42 AM

**January 13, 2021**

Are we allowed to advertise our websites like these on onlyfans <u>lovekellypierce.com</u> or our sextpanther?

Or would you prefer we not to

11:33 AM

Hi Kelly, yes that's fine hon. Happy New Year!

8:37 PM

↓

TY :)

Start a message



7:26

## KΞNIII 🔒

August 6, 2021

Hey Ken, the guy I'm seeing is having issues getting his ID approved and we are trying to get some onlyfans content going Rhett_moves is his username

8:35 AM

**August 21, 2021**

Hi darlin, sorry it took me to get to you. Yes, it's confirmed.

6:11 PM

Cool ty

6:37 PM

**August 23, 2021**

Will I need to delete all my _____ videos and just do nude photos and then send the videos via message?

10:41 AM · Sent

Start a message