**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
David E. Azar, Esq. (SBN 218319)
280 S. Beverly Drive, Suite PH
Beverly Hills, California 90212
Telephone: (866) 252-0878
dazar@milberg.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANSISCO DIVISION

| | |
|---|---|
| DAWN DANGAARD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INSTAGRAM, LLC, et al.,<br><br>Defendants. | Case No. 3:22-cv-01101-WHA<br><br>DECLARATION OF ALANA EVANS IN SUPPORT OF PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE REGARDING JURISDICTION OVER FENIX DEFENDANTS<br><br>Judge: Hon. William Alsup<br>Location: Courtroom 12, 9th Floor<br>Date: March 30, 2023<br>Time: 9:00 a.m. |

I, Alana Evans, hereby declare as follows:

1. I am a resident of the state of California, and the president of the Adult Performance Artists Guild ("APAG"), a federally recognized labor union whose goals are "to earn employee rights, set performer responsibilities, negotiate fair practices, and help performers provide themselves with a better future.".

2. I am a plaintiff in the above referenced case, which I bring on behalf of myself and others similarly situated.

3. I submit this Declaration in support of Plaintiffs' Response to the Court's Order to Show Cause Regarding Jurisdiction Over Fenix Defendants.

4. I make this Declaration based upon my personal knowledge.

5. One person I communicated with directly during some of the period of time covered by the allegations in this case (including 2019 and 2020) goes by the name of Keni Styles, who lived in California for much of the period (and then moved to Thailand), and one of his email addresses was keni@onlyfans.com.

6. I have known Keni personally for a long time. He used to be an adult performer, and he and I have performed together.

7. For a long time Keni was living in the Los Angeles area, including at the house of Bill Fox, a former part owner of OnlyFans. When Bill died, Keni had to take over part of Bill's job at OnlyFans, which is why he suddenly had a lot of responsibility at the business.

8. I communicated with Keni by text messages through WhatsApp, emails, and Twitter DMs. His email also lists in signature block his Skype address as "Kenistyles."

9. From my work as President of APAG, and communications with Keni, I know that Darby Castellon (who is based on California) originally worked for Tim Stokes, and Darby was the go to person for the call center staff. If staff needed questions answered, he answered. He had managerial powers.

10. Sarah Wheeler's name would come up when people were dealing with support issues.

I declare under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Dated: February 14, 2023

/s/ Alana Evans

- 1 -