**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
David E. Azar, Esq. (SBN 218319)
280 S. Beverly Drive, Suite PH
Beverly Hills, California 90212
Telephone: (866) 252-0878
dazar@milberg.com

**EMERGE LAW GROUP, P.C.**
Timothy L. Alger (SBN 160303)
1020 State Street, Suite 221
Santa Barbara, California 93101
Telephone: 949-322-4322
tim@emergelawgroup.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAWN DANGAARD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INSTAGRAM, LLC, et al.,<br><br>Defendants. | Case No. 3:22-cv-01101-WHA<br><br>**DECLARATION OF DAVID AZAR RE: SERVICE OF NONPARTY SUBPOENAS PURSUANT TO MARCH 30, 2023 MINUTE ORDER (ECF No. 143)** |

I, David Azar, hereby declare as follows:

    1.    I am an attorney licensed to practice law in the State of California and am a partner of Milberg Coleman Bryson Phillips Grossman, PLLC, counsel for Plaintiffs and the putative class. The following facts are within my personal knowledge and if called upon to testify I could and would competently testify thereto. I submit this Declaration in response to this Court's March 30, 2023 minute order regarding the service of certain nonparty subpoenas. (ECF No. 143).

2.     On April 5, 2023, I issued subpoenas for Office of the Secretary, Board of Governors of the Federal Reserve System, HSBC Bank USA, N.A., Barclays Bank Delaware, and Barclays PLC, and was copied on emails from our paralegal transmitting them to process servers outlined below with instructions to serve the subpoenas the same day, pursuant to communications with them earlier in the week to confirm they could effectuate same day service today.

   a. *Office of the Secretary, Board of Governors of the Federal Reserve System* – Subpoena assigned to Capitol Process Services, Inc., 1827 18th Street, NW, Washington, DC 20009-5526, on April 5, 2023, requesting same day service.

   b. *HSBC Bank USA, N.A.* – Subpoena assigned to Preferred Process Services, Inc., 166-06 24th Road, LL, Whitestone, NY 11357, on April 5, 2023, requesting same day service. A copy of the Subpoena was also served on HSBC's outside counsel, John L. McManus, via electronic mail McManusJ@GTLAW.com, per his email to me that he is authorized to accept service.

   c. *Barclays Bank Delaware* – Subpoena assigned to Brandywine Process Servers, Post Office Box 1360, Wilmington, DE 19899, on April 5, 2023, requesting same day service.

   d. *Barclays PLC* – Subpoena assigned to Brandywine Process Servers, Post Office Box 1360, Wilmington, DE 19899, on April 5, 2023, requesting same day service.

3.     I also issued, and my co-counsel Tim Alger served, subpoenas on April 5, 2023 on Conde Nast, the publisher of Wired, an editor at Wired, and a Wired reporter as stated below pursuant to the Court's Order. Pursuant to discussions between my co-counsel, Timothy L. Alger, and Duffy Carolan, outside counsel for Wired, Ms. Carolan agreed to accept service for the three subpoenas via email on April 4, 2023.

   a. *Conde Nast* – Subpoena emailed by Mr. Alger to Ms. Carolan at 1:45 p.m. on April 5, 2023.

   b. *Dell Cameron, WIRED Reporter* – Subpoena emailed by Mr. Alger to Ms. Carolan at 1:45 p.m. on April 5, 2023.

c. *Andrew Couts, WIRED Editor* – Subpoena emailed by Mr. Alger to Ms. Carolan at 1:45 p.m. on April 5, 2023.

4. The bank subpoenas identified above included a total of 12 separate exhibits with wire transfer information in the same format as the document shown at the hearing. I am not attaching the subpoenas to this Declaration because the Order requested only a declaration of service, but am happy to submit them if the Court wishes, in which case we would likely file them conditionally under seal pursuant to Local Rule 79-5(f) or as otherwise directed.

5. To clarify a point about the bank documents, the "FedPayments Manager for the Fedwire Funds Service is a tool that ***depository institutions may use*** to prepare and submit outgoing messages and other requests to the Fedwire Funds Service for processing." https://www.frbservices.org/fedline-solutions/service-setup/subscriber-access-level-descriptions.html (emphasis added).

6. Accordingly, I understand that any memo line or other information that appears on the form would be input by a depository institution involved in that wire, either directly for a wire for its client, or on behalf of other banks (as a correspondent or intermediary), who in turn are acting on instructions from a client. It would not be the Federal Reserve entering that information in the normal course.

I declare under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Dated: April 5, 2023

/s/ David E. Azar
David Azar
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
David E. Azar
280 S. Beverly Drive, Suite PH
Beverly Hills, California 90212
Telephone: 1-866-252-0878
dazar@milberg.com
*Counsel for Plaintiffs*