**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
David E. Azar, Esq. (SBN 218319)
280 S. Beverly Drive, Suite PH
Beverly Hills, California 90212
Telephone: (866) 252-0878
dazar@milberg.com

**EMERGE LAW GROUP, P.C**.
Timothy L. Alger (SBN 160303)
100 Spectrum Center Drive, Suite 900
Irvine, California 92618
Telephone: 949-936-2610
tim@emergelawgroup.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANSISCO DIVISION

| | |
|---|---|
| DAWN DANGAARD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INSTAGRAM, LLC, et al.,<br><br>Defendants. | Case No. 3:22-cv-01101-WHA<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER MATERIAL DESIGNATED BY ANOTHER PARTY SHOULD BE SEALED**<br><br>**(PERTAINS TO PLAINTIFFS' STATUS REPORT ABOUT ORDERED DISCOVERY AND REQUEST FOR DIRECTION REGARDING MOTIONS TO COMPEL WIRED AND ITS REPORTER)**<br><br>**[Civil Local Rule 79-5(f)]**<br><br>Judge: Hon. William Alsup<br><br>Trial date: Not set |

Pursuant to Civil Local Rule 79-5(f), Plaintiffs file this Administrative Motion to give Meta Defendants the opportunity, if they wish, consistent with their designations and positions, to argue for sealing of portions of Plaintiffs' Status Report About Ordered Discovery and Request for Direction Regarding Motions to Compel Wired and Its Reporter and portions of Exhibit A thereto (the Federal Reserve subpoena).

This motion applies to the following document or portions thereof for which provisional sealing is sought:

1. The portions of the Status Report About Ordered Discovery and Request for Direction Regarding Motions to Compel Wired and Its Reporter that quote from the May 24, 2023, deposition of Wired Magazine reporter Dell Cameron, who testified both in his individual capacity and as the Rule 30(b)(6) designee of Advance Magazine Publishers, Inc., owner of Wired, because Meta designated the entire transcript as confidential.

2. The twelve purported FedPayments Manager printouts showing purported wire transfers that are attached as Exhibits 1-12 to Exhibit A to the Status Report (the attachment to the subpoena to the Federal Reserve Bank of New York specifying the document requests and topics for testimony), which Plaintiffs understand Meta considers as material to be sealed.

Dated: May 31, 2023

Respectfully submitted,

By: */s/ David Azar*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
DAVID E. AZAR
280 S. Beverly Drive, Suite PH
Beverly Hills, California 90212
Telephone: 1-866-252-0878
dazar@milberg.com
*Counsel for Plaintiffs*