**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
David E. Azar, Esq. (SBN 218319)
280 S. Beverly Drive, Suite PH
Beverly Hills, California 90212
Telephone: (866) 252-0878
dazar@milberg.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANSISCO DIVISION

| | |
|---|---|
| DAWN DANGAARD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INSTAGRAM, LLC, et al.,<br><br>Defendants. | Case No. 3:22-cv-01101-WHA<br><br>**DECLARATION OF DAVID AZAR IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER MATERIAL DESIGNATED BY ANOTHER PARTY SHOULD BE SEALED**<br><br>**(PERTAINS TO PLAINTIFFS' STATUS REPORT ABOUT ORDERED DISCOVERY AND REQUEST FOR DIRECTION REGARDING MOTIONS TO COMPEL WIRED AND ITS REPORTER)**<br><br>Judge: Hon. William Alsup<br>Location: Courtroom 12, 9th Floor |

I, David Azar, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner of Milberg Coleman Bryson Phillips Grossman, PLLC, counsel for Plaintiffs and the putative class. The following facts are within my personal knowledge and if called upon to testify I could and would competently testify thereto. I submit this Declaration in support of Plaintiffs' Administrative

Motion to To Consider Whether Material Designated By Another Party Should Be Sealed.

2. Plaintiffs have submitted the following documents provisionally under seal:

  a. The portions of the Status Report About Ordered Discovery and Request for Direction Regarding Motions to Compel Wired and Its Reporter that quote from the May 24, 2023, deposition of Wired Magazine reporter Dell Cameron, who testified both in his individual capacity and as the Rule 30(b)(6) designee of Advance Magazine Publishers, Inc., owner of Wired, because Meta designated the entire transcript as confidential under the protective order in this action.

  b. The twelve purported FedPayments Manager printouts showing purported wire transfers that are attached as Exhibits 1-12 to Exhibit A to the Status Report (the attachment to the subpoena to the Federal Reserve Bank of New York specifying the document requests and topics for testimony), which Plaintiffs understand Meta considers as material to be sealed pursuant to the protective order in this action.

3. Exhibit A to the Status Report About Ordered Discovery and Request for Direction Regarding Motions to Compel Wired and Its Reporter is a true and correct copy of the attachment to the subpoena to the Federal Reserve Bank of New York specifying the document requests and topics for testimony and including as Exhibits 1-12 the twelve purported FedPayments Manager printouts showing purported wire transfers for which documents and testimony are requested

4. Plaintiffs' counsel has exercised care to only provisionally redact information that has been designated as confidential by the Meta Defendants.

I declare under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Dated: May 31, 2023                         /s/ David E. Azar
                                            David Azar