**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
David E. Azar, Esq. (SBN 218319)
280 S. Beverly Drive, Suite PH
Beverly Hills, California 90212
Telephone: (866) 252-0878
dazar@milberg.com

**EMERGE LAW GROUP, P.C**.
Timothy L. Alger (SBN 160303)
100 Spectrum Center Drive, Suite 900
Irvine, California 92618
Telephone: 949-936-2610
tim@emergelawgroup.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANSISCO DIVISION

| | |
|---|---|
| DAWN DANGAARD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INSTAGRAM, LLC, et al., <br><br> Defendants. | Case No. 3:22-cv-01101-WHA <br><br> **[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER MATERIAL DESIGNATED BY ANOTHER PARTY SHOULD BE SEALED** <br><br> **(PERTAINS TO PLAINTIFFS' STATUS REPORT ABOUT ORDERED DISCOVERY AND REQUEST FOR DIRECTION REGARDING MOTIONS TO COMPEL WIRED AND ITS REPORTER)** <br><br> Judge: Hon. William Alsup <br> Location: Courtroom 12, 9th Floor |

Plaintiffs' Administrative Motion to Consider Whether Material Designated By Another Party Should Be Sealed, pertaining to portions of Plaintiffs' Status Report About Ordered Discovery and Request for Direction Regarding Motions to Compel Wired and Its Reporter and Exhibit A thereto -- having come before this Court for consideration:

The Court [Grants] [Denies] [Grants in Part and Denies in Part] the motion to seal.

It is hereby ORDERED that:

1. The following should be [sealed] [not sealed]: the portions of the Status Report About Ordered Discovery and Request for Direction Regarding Motions to Compel Wired and Its Reporter that quote from the May 24, 2023, deposition of Wired Magazine reporter Dell Cameron, who testified both in his individual capacity and as the Rule 30(b)(6) designee of Advance Magazine Publishers, Inc., owner of Wired.

2. The following should be [sealed] [not sealed]: the twelve purported FedPayments Manager printouts showing purported wire transfers that are attached as Exhibits 1-12 to Exhibit A to the Status Report (the attachment to the subpoena to the Federal Reserve Bank of New York specifying the document requests and topics for testimony).

[An unredacted copy of Plaintiffs' Status Report About Ordered Discovery and Request for Direction Regarding Motions to Compel Wired and Its Reporter, and of Exhibit A thereto, shall be filed under seal in conformance with this Order].

IT IS SO ORDERED.

DATED:

By: _____
HONORABLE WILLIAM ALSUP
United States District Judge