1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAWN DANGAARD, *et al.*, | CASE NO. 3:22-cv-01101-WHA |
| Plaintiffs, | **DECLARATION OF DEVIN S. ANDERSON IN SUPPORT OF META DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CERTAIN MATERIALS SHOULD BE SEALED** |
| v. | |
| INSTAGRAM, LLC, *et al.*, | |
| Defendants. | |

I, Devin S. Anderson, declare as follows:

1.      I am an attorney at law, a member in good standing of the bars of the District of Columbia and the state of Utah, and am duly admitted to practice before this and other courts.  I practice with Kirkland & Ellis LLP, and am counsel of record for Defendants Meta Platforms, Inc., Facebook Operations, LLC, and Instagram, LLC (collectively "Meta") in this matter and one of the firm's attorneys chiefly responsible for this representation.

2.      I submit this declaration in support of Meta's Response to Plaintiffs' Administrative Motion to Consider Whether Certain Materials Should Be Sealed pursuant to Civil Local Rules 7-11(b) and 79-5.

3.      I have personal knowledge of the matters in this declaration, and I am competent to testify to the same.

4.      Attached hereto as **Exhibit 1** is a copy of plaintiffs' Status Report with Meta's proposed narrowed redactions of certain portions of the Dell Cameron deposition transcript excerpts.

5.      Attached hereto as **Exhibit 2** is a copy of Exhibit A to plaintiffs' Status Report with Meta's proposed narrowed redactions to seal financial information and the name of a minor, consistent with the Court's prior ruling that the same information in Exhibit D to plaintiffs' Second Amended Complaint should be redacted.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed this 7th day of June 2023, in Salt Lake City, Utah.


                                        */s/ Devin S. Anderson*
                                        Devin S. Anderson