Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: +1 415 439 1400
Facsimile: +1 415 439 1500
michael.esser@kirkland.com

K. Winn Allen, P.C. (admitted *pro hac vice*)
Devin S. Anderson (admitted *pro hac vice*)
Erin Olivia Quick (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: +1 202 389 5000
Facsimile: +1 202 389 5200
winn.allen@kirkland.com
devin.anderson@kirkland.com
erin.quick@kirkland.com

John P. Hannon (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 877-8100
Facsimile: (801) 877-8101
Email: john.hannon@kirkland.com

*Attorneys for Defendants Instagram, LLC, Facebook Operations, LLC, and Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAWN DANGAARD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>INSTAGRAM, LLC, *et al.*,<br><br>Defendants. | CASE NO. 3:22-cv-01101-WHA<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>(PERTAINS TO PLAINTIFFS' STATUS REPORT ABOUT ORDERED DISCOVERY AND REQUEST FOR DIRECTION REGARDING MOTIONS TO COMPEL WIRED AND ITS REPORTER)<br><br>Judge: Hon. William Alsup |

Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed — pertaining to Plaintiffs' Status Report About Ordered Discovery and Request for Direction Regarding Motions to Compel *WIRED* and Its Reporter ("Status Report") and Exhibit A thereto — having come before this Court for consideration:

The Court **Grants** the motion to seal.

It is hereby ORDERED that certain **redacted** portions of plaintiffs' Status Report identified in Exhibits 1 and 2 to Defendants Instagram, LLC, Facebook Operations, LLC, and Meta Platforms, Inc.'s (collectively "Meta") Response to Plaintiffs' Administrative Motion shall be **sealed**.

IT IS SO ORDERED.

DATED:

By: _____
HONORABLE WILLIAM ALSUP
United States District Judge

1