UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN DANGAARD, KELLY GILBERT, and JENNIFER ALLBAUGH, <br><br>Plaintiffs, <br><br>v. <br><br>INSTAGRAM, LLC, FACEBOOK OPERATIONS, LLC, FENIX INTERNET, LLC, FENIX INTERNATIONAL, LTD., META PLATFORMS, INC., LEONID RADVINSKY, and JOHN DOES 1–10. <br><br>Defendants. | No. C 22-01101 WHA <br><br>**ORDER RE STATUS REPORT** |

Plaintiffs have filed a status report regarding the progress of granted discovery in the wake of the last hearing on March 29, 2023 (Dkt. Nos. 143, 157). The report represents that "Plaintiffs are attempting to authenticate and verify the accuracy and contents of 12 FedPayments Manager printouts showing purported wire transfers" and requests an additional month to do so, in addition to the two months already granted for that purpose. Accordingly, all outstanding depositions noticed or contemplated must be completed by **JULY 5, 2023**. Plaintiffs' status report explains that by that time, depositions of various Meta executives related to the Wired report, staff at Wired, the Federal Reserve Bank of New York, and potentially more banks such as HSBC and Barclays will have occurred. Regardless of whether such depositions were specifically directed at jurisdiction, some conceivable evidence may have come out bearing on plaintiffs' jurisdictional theory in those depositions. As such, by

**JULY 10, 2023**, at **NOON**, plaintiffs **MAY** file a further supplementary brief in support of specific personal jurisdiction over the Fenix defendants.  The Fenix defendants **MAY** file a response to that brief by **JULY 17, 2023**, at **NOON**.  Each brief shall be submitted with all relevant excerpts of any testimony that has come to light — and any other evidence — appended under oath.  Each brief shall be limited to **TEN PAGES**, which excludes the appended exhibits to the corresponding declarations (for authentication).

With respect to plaintiffs seeking guidance on the appropriate scope of their subpoena on the Federal Reserve Bank of New York, and how they should handle journalists asserting privilege, plaintiffs presumably know that the Federal Rules of Civil Procedure specify when and how to make motions to compel testimony.  It is odd for plaintiffs' counsel to ask the Court how to solve their problems.  The Court will not extend the **JULY 5, 2023**, deadline again, and will proceed to rule on the Fenix defendants' motion to dismiss for lack of jurisdiction very soon thereafter, which has been held in abeyance after what will be seven months of jurisdictional discovery.

**IT IS SO ORDERED.**

Dated: June 8, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE