**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
David E. Azar (SBN 218319)
280 S. Beverly Drive, Suite PH
Beverly Hills, California 90212
Telephone: 1-866-252-0878
dazar@milberg.com

**ALGER LAW APC**
Timothy L. Alger (SBN 160303)
1020 State Street, Suite 221
Santa Barbara, California 93101
Telephone: 949-322-4322
tlalger@algerlawapc.com

*Plaintiffs' Attorneys*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAWN DANGAARD, a/k/a ALANA EVANS, ASHLEY NICOLE MILLER, a/k/a NICOLE ANISTON, KELLY GILBERT, a/k/a KELLY PIERCE, JENNIFER ALLBAUGH, a/k/a RUBY, and LAURA ALLEN, a/k/a AMBER LYNN on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FENIX INTERNET LLC, FENIX INTERNATIONAL INC., META PLATFORMS, INC., INSTAGRAM, LLC, FACEBOOK OPERATIONS, LLC, LEONID RADVINSKY, and JOHN DOES 1-10,<br><br>Defendants. | Case No. 3:22-cv-01101-WHA<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF CERTAIN PARAGRAPHS AND ONE EXHIBIT OF THE SECOND AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. Proc. 11(b)(3), Plaintiffs hereby withdraw the assertions in the following paragraphs and exhibit to the Second Amended Complaint in this Action, Dkt. 105: ¶¶ 2(c), 10(b) and 72-85, and Dkt. 105-4. Plaintiffs also withdraw any

1  statements that appear in briefs they have filed, or that were made during oral arguments, that
2  advocated on the basis of the withdrawn allegations.
3      Following limited discovery that was ordered by the Court, Plaintiffs can no longer certify
4  that the particular factual contentions in the withdrawn paragraphs and exhibit will likely have
5  evidentiary support after a reasonable opportunity for further investigation or discovery.

July 19, 2023

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

*/s/ David E. Azar*
David E. Azar, ESQ. (SBN 218319)
280 S. Beverly Drive, Suite PH
Beverly Hills, California 90212
Telephone: 1-866-252-0878
Email: dazar@milberg.com

**ALGER LAW APC**
Timothy L. Alger (SBN 160303)
1020 State Street, Suite 221
Santa Barbara, California 93101
Telephone: 949-322-4322
tlalger@algerlawapc.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule 5-1, I hereby certify that, on July 19, 2023, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

DATED: July 19, 2023

By: /s/ David Azar
David Azar