# EXHIBIT 12

# re [2] follow the money....

| | |
|---|---|
| From | tips-milberg <tips-milberg@protonmail.com> |
| To | STIB-HK<STIB-HK@protonmail.com> |
| Date | Friday, January 20th, 2023 at 11:55 PM |

Hello.  As an update, the Fenix entities are saying that no such account(s) existed for them and that HSBC did not have records of the wire transfers you listed.  Would you please consider sending me actual wire transfer documents you have, so that we can try to figure this out?

Thank you.

Sent with Proton Mail secure email.

Dan-Pltf-000013