# EXHIBIT 13

# Bank Wires

From   STIB-HK3 <STIB-HK3@proton.me>
To     Tips-milberg@protonmail.com
Date   Tuesday, January 24th, 2023 at 2:52 AM

**17.52 MB**   12 files attached

- 9C56CD4F-7338-47D4-BEC4-759EF42C8EF7.png 271.51 KB
- 8770F244-AA07-4869-84C3-134724C2CB8C.png 266.87 KB
- C6B88C7C-52A1-4028-A169-A0F9CDE944FC.png 280.63 KB
- C70CCBDC-7AE9-48DD-86CB-DE4796488B60.png 296.18 KB
- B7A14E5D-426C-4C57-8BCE-79A581F0E02E.jpeg 1.91 MB
- 32707A94-7C6C-4396-970D-09F1E7695463.jpeg 2.04 MB
- 59184ACA-006A-418A-A13F-A6B3A68BBDA8.jpeg 2.17 MB
- 888ACAF9-F0B4-4D3F-80D7-D3EC7C9A92DB.jpeg 2.18 MB
- 8E607336-C05F-4359-906A-310E458F926E.jpeg 2.03 MB
- 63FD23B1-11CF-4C35-BC2B-3C77E93B1F11.jpeg 2.01 MB
- 696D4357-BC98-45DC-B7D1-7FD162F6138C.jpeg 2.03 MB
- 873108C6-62F9-4474-8667-88AE198B8FC8.jpeg 2.05 MB