UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAWN DANGAARD, KELLY GILBERT, and JENNIFER ALLBAUGH,

    Plaintiffs,

  v.

INSTAGRAM, LLC, FACEBOOK OPERATIONS, LLC, FENIX INTERNET, LLC, FENIX INTERNATIONAL, LTD., META PLATFORMS, INC., LEONID RADVINSKY, and JOHN DOES 1–10.

    Defendants.

No. C 22-01101 WHA

**ORDER RE SANCTIONS HEARING**

With respect to the hearing on Thursday, Mr. Azar **SHALL FILE** by **5 P.M. WEDNESDAY** (tomorrow, August 9, 2023) a declaration identifying the partner at Quinn Emanuel who supplied the 28-page factual and legal research memo and vouched for the authenticity of the bank documents as well as the Wired report, saying that the information "was consistent with other diligence/research by [Quinn Emanuel]" (Azar Decl. Exh. 3, Dkt. No. 175-5). Also, what does Mr. Azar mean by Quinn Emanuel "reserving a percentage fee" (*ibid.*)? Also, explain the "regular consultations with [Quinn Emanuel] on legal issues and strategy" (*ibid.*). This order will not be filed under seal, nor shall Mr. Azar's declaration, and most if not all previously so filed will be unsealed.

**IT IS SO ORDERED.**

Dated: August 8, 2023.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE