UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN DANGAARD, et al.<br><br>Plaintiffs,<br><br>v.<br><br>INSTAGRAM, LLC, et al.,<br><br>Defendants. | Case No. 22-cv-01101-WHA<br><br>**NOTICE OF APPOINTMENT OF CO-MEDIATORS** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Co-Mediators added to this case are:

>Hon. Nandor Vadas (Ret.)
>ADR Services, Inc.
>100 First Street, 27th Floor
>San Francisco, CA 94105
>707-227-8644
>nandorvadas@myfastmail.com

>Jill F. Kopeikin
>United States District Court, Northern District of California
>450 Golden Gate Ave., 16th Floor
>San Francisco, CA 94102
>415-522-2022
>Jill_Kopeikin@cand.uscourts.gov

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediators will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediators to charge each party its pro rata share of the cost of the phone conference.

22-cv-01101-WHA

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated:                                                 MARK B. BUSBY
Clerk of Court
by: Alice M. Fiel

_____
Alice M. Fiel
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov