1 Michael P. Esser (SBN 268634)
  KIRKLAND & ELLIS LLP
2 555 California Street
  San Francisco, CA 94104
3 United States
  Telephone: +1 415 439 1400
4 Facsimile: +1 415 439 1500
  michael.esser@kirkland.com
5

6 K. Winn Allen, P.C. (admitted *pro hac vice*)
  Devin S. Anderson (admitted *pro hac vice*)
7 Mary Miller (admitted *pro hac vice*)
  Yaffa A. Meeran (admitted *pro hac vice*)
8 KIRKLAND & ELLIS LLP
  1301 Pennsylvania Avenue, N.W.
9 Washington, D.C. 20004
  Telephone: +1 202 389 5000
10 Facsimile: +1 202 389 5200
   winn.allen@kirkland.com
11 devin.anderson@kirkland.com
   mary.miller@kirkland.com
12 yaffa.meeran@kirkland.com
13

*Attorneys for Defendants Instagram, LLC,*
14 *Facebook Operations, LLC, and Meta*
   *Platforms, Inc.*
15

16

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DAWN DANGAARD, *et al.*, | CASE NO. 3:22-cv-01101-WHA |
| Plaintiffs, | The Honorable William Alsup<br>Courtroom 12 |
| v. | |
| INSTAGRAM, LLC, *et al.*, | [~~PROPOSED~~] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND DOCUMENT PRODUCTION DEADLINE |
| Defendants. | |
| | SAC Filed: Dec. 13, 2022<br>Trial: June 10, 2024 |

[~~PROPOSED~~] ORDER                                                                                              Case No. 3:22-cv-01101-WHA

Defendants Instagram, LLC, Facebook Operations, LLC, and Meta Platforms, Inc.'s (collectively "Meta") Administrative Motion to Extend Document Production Deadline (the "Motion") having come before this Court for consideration:

The Court **GRANTS** the Motion.

It is hereby ORDERED that the deadline for Meta to complete its document production will be extended by ~~30~~ 21 days from October 31, 2023, to November ~~30~~ 21, 2023.

**IT IS SO ORDERED.**

DATED:  October 27  , 2023        By: _____
HONORABLE WILLIAM ALSUP
United States District Judge

{PROPOSED ORDER}                                    1                         CASE NO. 3:22-CV-01101-WHA