**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
David E. Azar, Esq. (SBN 218319)
280 S. Beverly Drive, Suite PH
Beverly Hills, California 90212
Telephone: 1-866-252-0878
dazar@milberg.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN DANGAARD, et al., | Case No. 3:22-cv-01101-WHA |
| Plaintiffs, | **DECLARATION OF DAVID AZAR IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| INSTAGRAM, LLC, et al., | |
| Defendants. | Judge: Hon. William Alsup<br>Location: Courtroom 12, 19th Floor<br>Date: April 24, 2024<br>Time: 8:00 a.m. |

I, David Azar, hereby declare as follows:

1.    I am an attorney licensed to practice law in the State of California and am a partner of Milberg Coleman Bryson Phillips Grossman PLLC, counsel for Plaintiffs and the putative class.

2.    The following facts are within my personal knowledge and if called upon to testify I could and would competently testify thereto.

3.    I submit this Declaration in support of Plaintiffs' Response in Opposition to

1    Defendants' Motion for Summary Judgment.

2         4.    Attached as Exhibit A-1 is a true and correct copy of a screenshot of examples of

3    content selected at random which were reported by users, reviewed, and marked by Meta as NON-

4    VIOLATING.

5         5.    Attached as Exhibit A-2 is a true and correct copy of a screenshot of a portion of a

6    document produced by Meta bearing bates number META000088471, which appears to be a list of

7    approved or whitelisted domains (more than 1000+ mainstream domains included in this list).

8         6.    Attached as Exhibit A-3 is a true and correct copy of a screenshot of a portion of a

9    document produced by Meta bearing bates number META000073453 -- email from Fran Garcia to Liz

10   Arcamona, et al. dated 11/18/2020.

11        7.    Attached as Exhibit A-4 is a true and correct copy of a screenshot of a portion of a

12   document produced by Meta bearing bates number META000072156 -- email from Fran Garcia to Liz

13   Arcamona, et al. dated 11/18/2020.

14        8.    Attached as Exhibit A-5 is a true and correct copy of a screenshot of a portion of a

15   document produced by Meta bearing bates number META000075484-META000075488 – email from

16   Liz Arcamona to Stephaney Otway dated November 18, 2020.

17        9.    Attached as Exhibit A-6 is a true and correct copy of a screenshot of a portion of a

18   document produced by Meta bearing bates number META000088829 -- email from Marianne Neraal

19   to Amy McArdle, et al. dated February 2, 2021.

20        10.   Attached as Exhibit A-7 is a true and correct copy of a screenshot of a portion of a

21   document produced by Meta bearing bates numbers META000070380- META000070381 -- email

22   from Laura Hernandez to Kate Blashki dated November 29, 2020.

23        11.   Attached as Exhibit A-8 is a true and correct copy of a screenshot of a portion of a

24   document produced by Meta bearing bates numbers META000087503-META000087504 -- email

25   from Sondre Ronander to Peter Munster, et al. dated November 20, 2020.

26        12.   Attached as Exhibit A-9 is a true and correct copy of a screenshot of a portion of a

27   document produced by Meta bearing bates number META000075328 – email from Stephanie Otway

28

DECLARATION OF DAVID AZAR ISO PLTFS' RESPONSE IN OPPOSITION TO
DEFS. MOTION FOR SUMMARY JUDGMENT
Case No. 3:22-cv-01101-WHA

1    to Liz Arcamona, et al. dated November 30, 2020.

2         13.     Attached as Exhibit A-10 is a true and correct copy of a screenshot of portions of

3    documents produced by Meta bearing bates numbers META000000602, META000063127, and

4    META000064931.

5         14.     Attached as Exhibit A-11 is a true and correct copy of a screenshot of portions of

6    documents produced by Meta bearing bates numbers META000063982, META000053519,

7    META000052294, and META000003579.

8         15.     Attached as Exhibit A-12 is a true and correct copy of a screenshot of a portion of a

9    document produced by Meta bearing bates number META000002382.

10        16.     Attached as Exhibit A-13 is a true and correct copy of a screenshot of a portion of a

11   document produced by Meta bearing bates number META000086067 – Policy Principles and

12   Rationale.

13        17.     Attached as Exhibit A-14 is a true and correct copy of a screenshot of a portion of a

14   document produced by Meta bearing bates number META000001613-META000001614 – email from

15   Mary deBree to GPMT dated March 20, 2020, Re: OCP Weekly Roundout – March 20th.

16        18.     Attached as Exhibit A-15 is a true and correct copy of a document produced by Meta

17   bearing bates numbers META000000041-META000000049.

18        19.     Attached as Exhibit A-16 is a true and correct copy of a screenshot of portions of a

19   document produced by Meta bearing bates number META000087419-META000087420, Re: HPM

20   Questions!

21        20.     Attached as Exhibit A-17 is a true and correct copy of a document produced by Meta

22   bearing bates number META000003815, which is part of an email beginning with META000003779.

23        21.     Attached as Exhibit A-18 is a true and correct copy of a screenshot of a portion of a

24   document produced by Meta bearing bates number META000078404 – email from Mayoor Rai to

25   Stephanie Otway dated March 10, 2020, Re: [Instagram] [SEV3] Potential IGiOS Review block

26   due to violating accounts {onlyfans.com + allmylinks.com}.

27        22.     Attached as Exhibits A-19 and A-22 is a true and correct copy of screenshots of

28

1   portions of a document produced by Meta bearing bates number META000081882 – WISP FYI (Web

2   Integrity, Security & Platform, fka Links Integrity LI).

3         23.    Attached as Exhibits A-20 and A-21 is a true and correct copy of screenshots of

4   portions of a document produced by Meta bearing bates number META META000081883 – WSP FYI

5   (Web Integrity, Security & Platform, fka Links Integrity LI).

6         24.    Exhibit A-23 – Intentionally omitted.

7         25.    Exhibit A-24 – Intentionally omitted.

8         26.    Attached as Exhibits A-25 and A-26 are true and correct copies of screenshots of

9   portions of a document produced by Meta bearing bates number META000081883 – WSP FYI (Web

10  Integrity, Security & Platform, fka Links Integrity LI).

11        27.    Attached as Exhibits A-27 and A-28 are true and correct copies of screenshots of

12  portions of a document produced by Meta bearing bates number META00000095 – email from Mohit

13  Diwan to Katarina Ling dated September 25, 2020, Re: Message summary.

14        28.    Attached as Exhibit A-29 is a true and correct copy of a screenshot of a portion of a

15  document produced by Meta bearing bates number META000000042 – email from Marco Gudini to

16  Melissa Chin dated May 7, 2020, Re: [tasks] Mitigate risks from FB/IG off-site porn links/material

17  and SSPx spam content through automated solutions.

18        29.    Attached as Exhibit A-30 is a true and correct copy of a screenshot of a portion of a

19  document produced by Meta bearing bates number META000000047 – email from Marco Gudini to

20  Melissa Chin dated May 7, 2020, Re: [tasks] Mitigate risks from FB/IG off-site porn links/material

21  and SSPx spam content through automated solutions.

22        30.    Attached as Exhibit A-31 is a true and correct copy of a screenshot of a portion of a

23  document produced by Meta bearing bates number META000000046 – email from Marco Gudini to

24  Melissa Chin dated May 7, 2020, Re: [tasks] Mitigate risks from FB/IG off-site porn links/material

25  and SSPx spam content through automated solutions.

26        31.    Attached as Exhibit A-32 is a true and correct copy of a screenshot of a portion of a

27  document produced by Meta bearing bates number META000000071 – email from Jason McDonnell

28

1 | to Andrea Effgen dated May 18, 2020, Re: [tasks] Mitigate risks from FB/IG off-site porn

2 | links/material and SSPx spam content through automated solutions.

3 |    32.   Attached as Exhibit A-33 is a true and correct copy of screenshots of portions of

4 | documents produced by Meta bearing bates number META000000950 (email from Jay Subhash to Jeff

5 | King, et al. dated June 12, 2020, Re: Sugar Daddy scams on IG / Direct) and META000067383-

6 | META000067384 (email from Jason McDonnell to Marco Gudini dated May 5, 2020, Re: tasks]

7 | Mitigate risks from FB/IG off-site porn links/material and SSPx spam content through automated

8 | solutions.

9 |    33.   Attached as Exhibit A-34 is a true and correct copy of screenshots of portions of

10 | documents produced by Meta bearing bates number META000005947 (email from Gen Esquivel to

11 | Luis Garcia Pueyo dated September 25, 2019, Re: [tasks] Enforce on stories with violating content &

12 | URL signals) and META000075144 (email from Liz Arcamona to Liz Arcamona, Cory Lancaster, and

13 | Stephanie Otway dated October 15, 2019, Re: Message Summary.

14 |    34.   Attached as Exhibit A-35 is a true and correct copy of a screenshot of a portion of a

15 | document produced by Meta bearing bates number META000000054 – email from Jason McDonnell

16 | to Ezequiel dated May 12, 2020, Re: [tasks] Mitigate risks from FB/IG off-site porn links/material and

17 | SSPx spam content through automated solutions.

18 |    35.   Attached as Exhibit A-36 is a true and correct copy of a screenshot of a CNBC article

19 | published November 17, 2022, titled *Meta reportedly disciplined or fired more than two dozen workers*

20 | *for taking over Facebook user accounts*.  https://www.cnbc.com/2022/11/17/meta-disciplined-or-

21 | fired-employees-for-taking-over-user-accounts-wsj.html (last visited Mar. 22, 2024).

22 |    36.   Attached as Exhibit A-37 is a true and correct copy of a screenshot of a

23 | DailyMail.com article published May 19, 2022, titled *OnlyFans star says she REPEATEDLY*

24 | *tracked down Meta employees and had sex with them to get her Instagram account reactivated*

25 | *when it was locked for explicit content – and reveals Insta's shadowy 'review' process*.

26 | https://www.dailymail.co.uk/news/article-10833813/OnlyFans-star-started-having-sex-Meta-

27 | employees-IG-shut-back.html (last visited March 22, 2024).

28

37.     Attached as Exhibits A-38 and A-39 is a true and correct copy of screenshots of The Wall Street Journal article published September 13, 2021, titled Facebook Says Its Rules Apply to All. Company Documents Reveal a Secret Elite That's Exempt.  https://www.wsj.com/articles/facebook-files-xcheck-zuckerberg-elite-rules-11631541353 (last visited Mar. 22, 2024).

38.     Attached as Exhibit A-40 is a true and correct copy of a screenshot of a portion of a document produced by Meta bearing bates number META000074718 – email from David Callies to Liza Georges, et al. dated February 15, 2022, Re: [Urgent] BBC News – Only Fans x Meta – Bribery Claims.

39.     Attached as Exhibit A-41 is a true and correct copy of a document produced by Meta bearing bates numbers META000089864-META000089868– email strings, Re: [Urgent] BBC News – Only Fans x Meta – Bribery Claims.

40.     Attached as Exhibit A-42 is a true and correct copy of a screenshot of a portion of a document produced by Meta bearing bates number META000050173 – email from Mitch Henderson to Thomas Fabbri dated October 18, 2019, Re: Interview with BBC News.

41.     Attached as Exhibits A-43, A-44, and A-45 are a true and correct copy of screenshots of charts contained in, and generated with the data in, the Excel file titled 1.5 SimilarWeb Social Media Traffic 2 - WITH CHARTS COLUMNS TO RIGHT, in the subdirectory "Similarweb data" from the Dropbox "Dangaard - for Meta - Hochman" produced to Meta Defendants.

42.     Attached as Exhibit A-46 is a true and correct copy of a screenshot of OnlyFans' corporate Instagram page, reflecting the date which meta bestowed the blue checkmark of verification: May 2020.

43.     Attached as Exhibit A-47 is a true and correct copy of a screenshot of Instagram's Community Standards Enforcement Transparency Center Appealed Content – *How much of the content we actioned for adult nudity and sexual activity did people appeal*?

44.     Attached as Exhibit A-48 is a true and correct copy of a screenshot of Instagram's Community Standards Enforcement Transparency Center Appealed Content – *How much actioned*

*content for adult nudity and sexual activity was later restored*?

45.     Attached as Exhibit A-49 is a true and correct copy of a screenshot of a portion of a document produced by Meta bearing bates number META000068585 – email from Husam Azzo to co-pres-triage dated November 13, 2019, Re: False positive on IG account @alanaevansxxx.

46.     Attached as Exhibit A-50 is a true and correct copy of a screenshot of a portion of a document produced by Meta bearing bates number META000075598 – email from Karelli Cabral to Amy O'Halloran, Mitch Henderson, et al. dated January 24, 2020, Re: Issue: BBC News Online.

47.     Attached as Exhibit A-51 is a true and correct copy of a screenshot of a portion of a document produced by Meta bearing bates number META000068579 – email from Margaux Lagarrigue-Thuriere to Kim Malfacini dated November 26, 2019, Re: [tasks] FW: False positive on IG account @alanaevansxxx.

48.     Attached as Exhibit A-52 is a true and correct copy of a screenshot of a portion of a document produced by Meta bearing bates number META000068581 – email from Husam Azzo to co-presc-triage dated November 13, 2019, Re: FW: False positive on IG acct @alanaevansxxx.

49.     Attached as Exhibits A-53 and A-54 are true and correct copies of screenshots of paragraphs at p.99 of Plaintiff's Complaint for Abatement and Civil Penalties and Demand for Jury Trial filed in the case styled, S*tate of New Mexico, ex rel., Raul Torrez, Attorney General v. Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; Meta Platforms Technologies, LLC; and Mark Zuckerber*g;      Docket      No.      D-101-CV-2023-02838      (https://www.nmag.gov/wp-content/uploads/2024/01/2023-12-05-NM-v.-Meta-et-al.-COMPLAINT-REDACTED.pdf)      (last visited Mar. 23, 2024).

50.     Attached as Exhibit A-55 are true and correct copies of screenshots from a video prepared by our law firm of the experience a person has when clicking on *myslink.app/alettaocean* while in Instagram.  The video and preparation of the screenshots were prepared by Carlos Fresnillo, under my direction and control.  It shows that clicking on the list to *myslink.app/alettaocean* causes Instagram to keep the person in the Instagram browser.

51.     Attached as Exhibit A-56 are true and correct copies of screenshots from a video

DECLARATION OF DAVID AZAR ISO PLTFS' RESPONSE IN OPPOSITION TO
DEFS. MOTION FOR SUMMARY JUDGMENT
Case No. 3:22-cv-01101-WHA

1   prepared by our law firm of the experience a person has when clicking on *cnne.com/instanoticias* while

2   in Instagram.  The video and preparation of the screenshots were prepared by Carlos Fresnillo, under

3   my direction and control.  It shows that clicking on the list to *cnne.com/instanoticias* causes Instagram

4   to keep the person in the Instagram browser.

5         52.   Attached as Exhibit A-57 are true and correct copies of screenshots from a video

6   prepared by our law firm of the experience a person has when clicking on *liktr.ee/Misscalicarter* while

7   in Instagram.  The video and preparation of the screenshots were prepared by Carlos Fresnillo, under

8   my direction and control.  It shows that clicking on the list to *liktr.ee/Misscalicarter* causes Instagram

9   to keep the person in the Instagram browser.

10         53.   Attached as Exhibit A-58 are true and correct copies of screenshots from a video

11   prepared   by   our   law   firm   of   the   experience   a   person   has   when   clicking   on

12   *allmylinks.com/laubelenperea* while in Instagram.  The video and preparation of the screenshots were

13   prepared by Carlos Fresnillo, under my direction and control.  It shows that clicking on the list to

14   *allmylinks.com/laubelenperea*  causes Instagram to take the person out of the Instagram browser and

15   into the person's native browser.

16         54.   Attached as Exhibit A-59 are true and correct copies of screenshots from a video

17   prepared by our law firm of the experience a person has when clicking on *onlyfans.com/katy_ann_xo*

18   while in Instagram.  The video and preparation of the screenshots were prepared by Carlos Fresnillo,

19   under my direction and control.  It shows that clicking on the list to *onlyfans.com/katy_ann_xo*  causes

20   Instagram to take the person out of the Instagram browser and into the person's native browser.

21         55.   Attached as Exhibit A-60 is a true and correct copy of the expert deposition transcript

22   of Plaintiff Dawn Dangaard, taken March 20, 2024, with Exhibit 30 to said deposition being the expert

23   Declaration of Plaintiff Dawn Dangaard A/K/A Alana Evans.

24         56.   Attached as Exhibit A-61 is a true and correct copy of a document prepared by Dawn

25   Dangaard with notes for her expert deposition based on her review of the Meta production and

26   produced to Meta via the Dropbox link referenced during her expert deposition on March 20, 2024.

27         57.   Attached as Exhibit A-62 is a true and correct copy of a document prepared by Dawn

28

1  Dangaard with additional notes for her expert deposition based on her review of the Meta production

2  and produced to Meta via the Dropbox link referenced during the expert deposition on March 20, 2024.

3       58.     Attached as Exhibit A-63 is a true and correct copy of the expert deposition of Plaintiff

4  Kelly Gilbert, taken March 15, 2024.

5       59.     Attached as A-64 is a true and correct copy of the expert Declaration of Plaintiff

6  Kelly Gilbert A/K/A Kelly Pierce dated February 12, 2024, which was attached as Exhibit 25 to

7  her expert deposition (i.e., the preceding Exhibit A-63).

8       60.     Attached as A-65 is a true and correct copy of the deposition of Plaintiff Dawn

9  Dangaard, taken February 6, 2024.

10      61.     Attached as Exhibit A-66 is a true and correct copy of the deposition of Plaintiff

11 Kelly Gilbert, taken February 5, 2024.

12      62.     Attached as Exhibit A-67 is a true and correct copy of the deposition of Jennifer

13 Allbaugh, taken February 9, 2024.

14      63.     Attached as collective Exhibit A-68 is a true and correct copy of the non-

15 confidential portion of Kelly Gilbert's supplemental production bearing bates numbers

16 GILBERT_000193-GILBERT_000408, GILBERT_000411- GILBERT_000418.

17      64.      Attached as Exhibit A-69 is a true and correct copy of a document produced by Meta

18 bearing bates numbers META000081514-META000081515, which is a December 2020 discussion

19 thread in which Instagram staff refer to a "list" at Instagram that they are using to cross-check

20 against a list of adult performers the union (APAG) provided Meta about people who made

21 complaints as of that time.  It is in the Alana expert deposition Dropbox if not already in my

22 declaration.

23      65.     Attached as collective Exhibit A-70 is a true and correct copy of the two pages from

24 Kelly Gilbert's supplemental production that are documents Meta designated as confidential,

25 bearing bates numbers GILBERT_000409 and GILBERT_000410.

26

27 Dated: March 25, 2024                                /s/David Azar
                                                        David Azar

1

**CERTIFICATE OF SERVICE**

2

3          I hereby certify that on March 25, 2024, the foregoing was electronically filed with the

4    Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system,

5    which will send notification of such filing to all parties.

6

7                                                    /s/ David E. Azar
                                                     David E. Azar

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28