UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAWN DANGAARD, et al.,

    Plaintiffs,

v.

INSTAGRAM, LLC, et al.,

    Defendants.

No. 22-cv-01101-WHA

**FURTHER QUESTION FOR ORAL ARGUMENT TODAY**

6) With respect to the three named plaintiffs, what evidence do plaintiffs have to show the precipitous drop off in web traffic for defendants' websites? Give specific numbers.

Dated: May 29, 2024.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE