UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAWN DANGAARD, KELLY GILBERT, JENNIFER ALBAUGH, and all other similarly situated,

    Plaintiffs,

  v.

INSTAGRAM, LLC, FACEBOOK OPERATIONS, LLC, META PLATFORMS, INC., and JOHN DOES 1-10,

    Defendants.

No. 22-cv-01101-WHA

**ORDER DENYING PLAINTIFFS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

    Plaintiffs' motion to dismiss for lack of subject matter jurisdiction is hereby **DENIED**. This order finds no reason to apply a different rule for cases originally filed in federal court and depart from our court of appeal's holding in *United Steel v. Shell Oil*, 602 F.3d 1087, 1091 (9th Cir. 2010). The risk of forum-shopping and manipulation is just as great.

    This order need not reach the issue of whether or not the district judge has discretion to dismiss this case or continue with the case, i.e., treating the matter as under the rubric of supplemental jurisdiction (or not). In this instance, so much time and effort has been put into the case, that the undersigned judge will decide this matter on the merits.

    **IT IS SO ORDERED.**

Dated: May 29, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE