# APPENDIX 2

Dangaard et. al. v. Instagram, et al.
CASE NO. 3:22-cv-01101-WHA

**Plaintiffs' Rule 26(a)(3) Witness List**

**Witnesses Plaintiffs Expect to Present**

*Plaintiffs*:

- Dawn Dangaard a/k/a Alana Evans
- Jennifer Allbaugh a/k/a Ruby
- Kelly Gilbert a/k/a Kelly Pierce

Contact through Plaintiffs' counsel.

Subject of Information: communications with Meta Defendants and Former Fenix Defendants; personal experience with the matters related to their claims, including those discussed in their depositions, declarations, discovery responses, and briefs, and the extent of damages that each experienced, , and efforts to communicate with Meta Defendants about these issues.

*Experts*:

- Dawn Dangaard a/k/a Alana Evans
- Kelly Gilbert a/k/a Kelly Pierce

Contact through Plaintiffs' counsel.

*Subject of Information*: Their expert reports and expert depositions.

**Other Witnesses Plaintiffs Expect to Present**:

- Jack Aaronson JFF Publications, Inc. 2742 NE 8th Street Wilton Manors, FL 33334. *Subject of Information*: Matters in his declaration, and data and documents as to this platform about individual performers (such as traffic, engagement, revenue, and other data), and their own businesses in relation to OnlyFans and market factors (excluding alternative explanations for the effects noted in the complaint, referred to generally as whitelisting/allowlisting and/or blacklisting/denylisting); Alternative/supplemental source of the data, documents, and subjects reflected in Plaintiffs' Second Set Of Requests For Production Of Documents Propounded To Meta Defendants; Source or supplemental source of the data, documents, and subjects in Meta Defendants requests for production and interrogatories to Plaintiffs; Other data for liability, causation and damages, to the extent maintained.

- Stanislav (Stan) Fiskin, Centro Publisher Limited ("Centro") Centro owns and operates the online business commonly known as FanCentro.com ("FanCentro") Stanislav (Stan) Fiskin, FanCentro, Inc. co-founder and Chief Business Development Officer Address: FanCentro, Inc. Centro Publisher Limited Company Number 105105 Trust Company Complex, Ajeltaki Road Ajeltaki Island, Majuro, Marshal Islands MH96960 Phone: Contact through counsel. (617) 928-1800 Boston Law Group, PC 825 Beacon Street, Suite 20 Newton Centre, MA 02459. *Subject of Information*: Matters in his declaration, and data and documents as to

Case 3:22-cv-01101-WHA   Document 289-2   Filed 07/17/24   Page 3 of 11

Plaintiffs' Rule 26(a)(3) Witness List
Dangaard et. al. v. Instagram, et al.
CASE NO. 3:22-cv-01101-WHA

this platform about individual performers (such as traffic, engagement, revenue, and other data), and their own businesses in relation to OnlyFans and market factors (excluding alternative explanations for the effects noted in the complaint, referred to generally as whitelisting/allowlisting and/or blacklisting/denylisting); Alternative/supplemental source of the data, documents, and subjects reflected in Plaintiffs' Second Set Of Requests For Production Of Documents Propounded To Meta Defendants; Source or supplemental source of the data, documents, and subjects in Meta Defendants requests for production and interrogatories to Plaintiffs; Other data for liability, causation and damages, to the extent maintained.

- Adult Performance Artists Guild (APAG) By James Felton, General Counsel (and secondarily by Plaintiffs) Address Option 1: 5638 Lake Murray Blvd #416 La Mesa, CA 91942 Address Option 2: G&B Law, LLP 16000 Ventura Boulevard, Suite 1000 Encino, California 91436 Phone: (818) 382-6200 x6025. *Subject of testimony*: Communications and complaints of Plaintiffs and people who complained to the union regarding social media accounts, including submitted documents, and efforts to communicate with Meta Defendants about the complaints, including meetings and written communications advising of legal claims and providing lists of accounts. Effect of apparent whitelisting, blacklisting, and greylisting, including actioning of performers who were not OnlyFans exclusive while competing performers who were OnlyFans exclusive were whitelisted, on social media reach; revenue information reported to the union; facts about the industry and platforms related to the allegations in the SAC.

- Iwantclips - Jude Hudson Stack United of PT&D 7190 Sunset Blvd. Suite 1423 Hollywood, CA 90046 Phone: (323) 333-7216 Email: jude@StackUnited.com Website: www.StackUnited.com *Subject of testimony*: Data and documents as to this platform about individual performers (such as traffic, engagement, revenue, and other data), and their own businesses in relation to OnlyFans and market factors (excluding alternative explanations for the effects noted in the complaint, referred to generally as whitelisting/allowlisting and/or blacklisting/denylisting); Alternative/supplemental source of the data, documents, and subjects reflected in Plaintiffs' Second Set Of Requests For Production Of Documents Propounded To Meta Defendants; Source or supplemental source of the data, documents, and subjects in Meta Defendants requests for production and interrogatories to Plaintiffs; Other data for liability, causation and damages, to the extent maintained.

- Alphabet Inc. 1600 Amphitheatre Parkway Mountain View, CA 94043 Phone: (650) 253-0000. *Subject of testimony*: Alternative/supplemental source of the data, documents, and subjects reflected in Plaintiffs' Second Set Of Requests For Production Of Documents Propounded To Meta Defendants; Source or supplemental source of the data, documents, and subjects in Meta Defendants requests for production and interrogatories to Plaintiffs; Through Alphabet's Google Analytics business, data concerning consumer traffic to and engagement with websites (including Instagram, to which Google sends traffic) and social media accounts of Plaintiffs and adult performers (including the people who made complaints to APAG that were communicated to Meta), and of platforms that compete with

Plaintiffs' Rule 26(a)(3) Witness List
Dangaard et. al. v. Instagram, et al.
CASE NO. 3:22-cv-01101-WHA

> OnlyFans; use of hashes for moderation, and source of that hash data, including those shared from Meta Defendants and other social media companies or the GIFCT, and any records pertaining to Plaintiffs and adult performers (including the people who made complaints to APAG that were communicated to Meta), and of platforms that compete with OnlyFans and other Instagram and social media accounts identified in these disclosures or during the case. URL sharing. Blacklisting and/or whitelisting of Plaintiffs and adult performers (including the people who made complaints to APAG that were communicated to Meta), and of platforms that compete with OnlyFans and other Instagram and social media accounts identified in these disclosures or during the case; Economic impacts on Plaintiffs and adult performers (including the people who made complaints to APAG that were communicated to Meta), and of platforms that compete with OnlyFans; Other data for liability, causation and damages, to the extent maintained

- Visa Inc. One Market Plaza San Francisco, CA 94105 Phone: (650) 432-3200. *Subject of testimony*: Will demonstrate that Onlyfans is the highest grossing porn site in the world, supported by their processing via high-risk merchant IDs (not mainstream); Data on OnlyFans market changes and revenue changes and other alleged effects during the relevant period, based on payment processing and other data; Data on market changes and revenue changes of the competitor platforms (listed in Exhibit C to the Complaint) and other alleged effects, and potentially also for adult performers (including the people who made complaints to APAG that were communicated to Meta) (depending on data availability) during the relevant period; Other data for liability, causation and damages, to the extent maintained.

- Carlos Fresnillo, employee of Plaintiffs' counsel Milberg who was previously identified in filings as the person who prepared the videos, from which he excerpted the screenshots referenced in Exhibits A-55, A-56, A-57. A-58, and A-59, of the engineering workaround by Meta to favor Radvinsky domains OnlyFans and AllmyLinks. Since Meta has objected to the admissibility of those exhibits, Mr. Fresnillo will authenticate the video and these documents, and potentially provide a live demonstration for the jury through an internet connection (including to see if the workaround still functions as he observed at the time of trial).

**Potential Witnesses from Meta**:

- A custodian of records from Meta Defendants as to documents they produced.

- Witnesses to be deposed, or who submitted declarations, or who are identified in new documents produced, during the July supplemental discovery process.

Attached is a list of Meta personnel on Meta documents Plaintiffs attached or referred to in Plaintiffs' MSJ opposition papers.

| Fran Garcia | A-03, 04 |
| Elizabeth Hutton Arcamona | A-03, 04, 05. 34, 69 |
| Brynn Katzen | A-03, 04 |

Plaintiffs' Rule 26(a)(3) Witness List
Dangaard et. al. v. Instagram, et al.
CASE NO. 3:22-cv-01101-WHA

| Stephanie Otway | A-03, 04, 05, 69 |
|---|---|
| Marco Gudini | A-15 |
| Melissa Chin | A-15 |
| Aparajitha Vadlamannati | A-14, 15 |
| Jason McDonnell | A-15. 31, 35 |
| Cemre Gungor | A-19, 20 |
| Wendy Ni | A-19, 20, 21 |
| Kendrix Lima | A-19 |
| Linda Huang | A-20, 22 |
| Sagar Patel | A-20, 21 |
| Wendy Karina Newton | A-20 |
| Jun Zhang | A-21 |
| Richard Earley | A-21 |
| Katrina Ling | A-27. 28 |
| Mohit Diwan | A-27. 28 |
| David Callies | A-40 |
| Liza Georges | A-40, 41 |
| Dina Hussein | A-40, 41 |
| Drew Pusateri | A-40, 41 |
| Andrew Devoy | A-40, 41 |
| Mitch | A-42, 50 |
| Taylor Abrams | A-49 |
| Amr Ghonein | A-49 |
| Femi Komolafe | A-49 |
| Nektarios Leontiadis | A-49 |
| Anna (NA) Task Manager | A-51 |
| Carmen Vertikoff | A-52 |
| Arturo Bejar | A-53 |
| Karina Newton | A-69 |

Subject of Information: The information related to the document referenced where their name appears and/or as that document/statement is used/referenced in Plaintiffs' prior summary judgment opposition.

***Additional Potential Meta Personnel***:

- Varun Reddy (verified Meta's interrogatory responses). *Subject of testimony*: matters in Meta's interrogatory responses

- Remy Gayet (provided the June 12, 2024 declaration). *Subject of testimony*: matters in his declaration

- Abimbola Oladokun, Associate General Counsel at Meta (identified as the person responsible for the search of the documents newly produced on June 14, 2024 in Meta's

4

Plaintiffs' Rule 26(a)(3) Witness List
Dangaard et. al. v. Instagram, et al.
CASE NO. 3:22-cv-01101-WHA

> Cases system and Meta's IG Admin system). *Subject of testimony*: the search for documents newly produced on June14, 2024.

- Era Vadan and Eliza Simpson Kern, as to META000068348. *Subject of testimony*: matters related to that specific document.

- Kim Malfacini (see DANGAARD000194-DANGAARD000277). *Subject of testimony*: matters related to those identified documents.

***Potential Witnesses Not from Meta, by Deposition***:

- CORDELL JAMES CAMERON. *Subject of testimony*: matters contained in his deposition.

***Potential Witnesses Not from Meta***:

Current addresses and phone numbers presently unknown, unless provided.

- Rickey Rey - Attended Meta in-person meeting. *Subject of testimony*: communications and complaints of adult performers (including the people who made complaints to APAG that were communicated to Meta) regarding social media accounts, including submitted documents, and efforts to communicate with Meta Defendants about the complaints, including meetings.

- Bobby Demonseed Radio – Attended Meta in-person meeting. *Subject of testimony*: communications and complaints of adult performers (including the people who made complaints to APAG that were communicated to Meta) regarding social media accounts, including submitted documents, and efforts to communicate with Meta Defendants about the complaints, including meetings.

- Kianna Bradley - Attended Meta in-person meeting. *Subject of testimony*: communications and complaints of adult performers (including the people who made complaints to APAG that were communicated to Meta) regarding social media accounts, including submitted documents, and efforts to communicate with Meta Defendants about the complaints, including meetings.

- Jorge Reano - Attended Meta in-person meeting. *Subject of testimony*: communications and complaints of adult performers (including the people who made complaints to APAG that were communicated to Meta) regarding social media accounts, including submitted documents, and efforts to communicate with Meta Defendants about the complaints, including meetings.

- Michelle Montana - Attended in-person meeting. *Subject of testimony*: communications and complaints of adult performers (including the people who made complaints to APAG that were communicated to Meta) regarding social media accounts, including submitted documents, and efforts to communicate with Meta Defendants about the complaints, including meetings.

Plaintiffs' Rule 26(a)(3) Witness List
Dangaard et. al. v. Instagram, et al.
CASE NO. 3:22-cv-01101-WHA

- Nicole Aniston (on APAG list of complaints). *Subject of testimony*: Losses of online visibility and effects of apparent blacklisting and greylisting and whitelisting; Source or supplemental source of the data, documents, and subjects in Meta Defendants requests for production and interrogatories to Plaintiffs as to each of them; Other data for liability, causation and damages, to the extent maintained.

- Nina Elle (on APAG list of complaints). *Subject of testimony*: Losses of online visibility and effects of apparent blacklisting and greylisting and whitelisting; Source or supplemental source of the data, documents, and subjects in Meta Defendants requests for production and interrogatories to Plaintiffs as to each of them; Other data for liability, causation and damages, to the extent maintained.

- Sextpanther.com - Alex Guizzetti. *Subject of testimony*: Specific information from this platform regarding: The effects of the alleged whitelisting and blacklisting, including blacklisting/negative content actioning of Plaintiffs and adult performers (including the people who made complaints to APAG that were communicated to Meta) who were associated with the Sextpanther.com platform (and also the effect on Sextpanther.com), while competing performers were whitelisted; Facts about the industry and platforms related to the allegations in the SAC; Economic impacts on Plaintiffs and adult performers (including the people who made complaints to APAG that were communicated to Meta), and of platforms that compete with OnlyFans.

- Chaturbate.com - Shirley Lara. *Subject of testimony*: Specific information from this platform regarding: The effects of the alleged whitelisting and blacklisting, including blacklisting/negative content actioning of Plaintiffs and adult performers (including the people who made complaints to APAG that were communicated to Meta) who were associated with the Sextpanther.com platform (and also the effect on Sextpanther.com), while competing performers were whitelisted; Facts about the industry and platforms related to the allegations in the SAC; Economic impacts on Plaintiffs and adult performers (including the people who made complaints to APAG that were communicated to Meta), and of platforms that compete with OnlyFans.

- Cam4.com. *Subject of testimony*: Specific information from this platform regarding: The effects of the alleged whitelisting and blacklisting, including blacklisting/negative content actioning of Plaintiffs and adult performers (including the people who made complaints to APAG that were communicated to Meta) who were associated with the Sextpanther.com platform (and also the effect on Sextpanther.com), while competing performers were whitelisted; Facts about the industry and platforms related to the allegations in the SAC; Economic impacts on Plaintiffs and adult performers (including the people who made complaints to APAG that were communicated to Meta), and of platforms that compete with OnlyFans.

- Cams.com - Jon Buckheit. *Subject of testimony*: Specific information from this platform regarding: The effects of the alleged whitelisting and blacklisting, including blacklisting/negative content actioning of Plaintiffs and adult performers (including the

Case 3:22-cv-01101-WHA   Document 289-2   Filed 07/17/24   Page 8 of 11

Plaintiffs' Rule 26(a)(3) Witness List
Dangaard et. al. v. Instagram, et al.
CASE NO. 3:22-cv-01101-WHA

people who made complaints to APAG that were communicated to Meta) who were associated with the Sextpanther.com platform (and also the effect on Sextpanther.com), while competing performers were whitelisted; Facts about the industry and platforms related to the allegations in the SAC; Economic impacts on Plaintiffs and adult performers (including the people who made complaints to APAG that were communicated to Meta), and of platforms that compete with OnlyFans.

- Eplay.com - Clem Picquet. *Subject of testimony*: Specific information from this platform regarding:  The effects of the alleged whitelisting and blacklisting, including blacklisting/negative content actioning of Plaintiffs and adult performers (including the people who made complaints to APAG that were communicated to Meta) who were associated with the Sextpanther.com platform (and also the effect on Sextpanther.com), while competing performers were whitelisted; Facts about the industry and platforms related to the allegations in the SAC; Economic impacts on Plaintiffs and adult performers (including the people who made complaints to APAG that were communicated to Meta), and of platforms that compete with OnlyFans.

- My.club.com - Rick Morales of Stripchat/My.club. *Subject of testimony*: Specific information from this platform regarding:  The effects of the alleged whitelisting and blacklisting, including blacklisting/negative content actioning of Plaintiffs and adult performers (including the people who made complaints to APAG that were communicated to Meta) who were associated with the Sextpanther.com platform (and also the effect on Sextpanther.com), while competing performers were whitelisted; Facts about the industry and platforms related to the allegations in the SAC; Economic impacts on Plaintiffs and adult performers (including the people who made complaints to APAG that were communicated to Meta), and of platforms that compete with OnlyFans.

- LoyalFans.com - Neil Orkin. *Subject of testimony*: Specific information from this platform regarding:  The effects of the alleged whitelisting and blacklisting, including blacklisting/negative content actioning of Plaintiffs and adult performers (including the people who made complaints to APAG that were communicated to Meta) who were associated with the Sextpanther.com platform (and also the effect on Sextpanther.com), while competing performers were whitelisted; Facts about the industry and platforms related to the allegations in the SAC; Economic impacts on Plaintiffs and adult performers (including the people who made complaints to APAG that were communicated to Meta), and of platforms that compete with OnlyFans.

- The platforms listed in Exhibit C to the Complaint (ECF 74-3) (the "competitor platforms"). See Exhibit 1 to PLAINTIFFS' UPDATED INITIAL DISCLOSURES (incorporated by reference herein, and also attached), which contains information presently known about corporate affiliations/names of the platforms identified in Exhibit C and contact information. *Subject of testimony*: Specific information from each of those platforms (non-duplicative and non-cumulative because each platform is separate) regarding: Data and documents about individual performers (such as traffic, engagement, revenue, and other data), and their own businesses in relation to OnlyFans and market factors (excluding alternative explanations

Plaintiffs' Rule 26(a)(3) Witness List
Dangaard et. al. v. Instagram, et al.
CASE NO. 3:22-cv-01101-WHA

> for the effects noted in the complaint, referred to generally as whitelisting/allowlisting and/or blacklisting/denylisting); Alternative/supplemental source of the data, documents, and subjects reflected in Plaintiffs' Second Set Of Requests For Production Of Documents Propounded To Meta Defendants; Source or supplemental source of the data, documents, and subjects in Meta Defendants requests for production and interrogatories to Plaintiffs; Other data for liability, causation and damages, to the extent maintained.

***Additional Potential Witnesses Not from Meta***:

- The individuals who complained to the Adult Performance Artists Guild (APAG) identified in the attached Exhibit(s) 2-4 to PLAINTIFFS' UPDATED INITIAL DISCLOSURES, which includes but is not limited to:
- Persons who have the Instagram and social media accounts in the file "Union Complaint List" that is referenced and analyzed in the Hochman Declaration attached as Exhibit B to the Complaint (ECF 74-2) at ¶18, 21, and 87 et seq. (i.e., "Adult Performance Artists Guild (APAG) supplied Plaintiffs' counsel with data submitted by performers who were complaining about improper shadow bans and bans on social media, starting in 2018 and 2019. It contains 3,234 Instagram handles used by performers." (Hochman Declaration ¶ 87)). The file was provided to Meta with, and is referenced in, Plaintiffs' Second Set of Requests for Production of Documents Propounded to Meta Defendants. *Subject of testimony*: As to each of those individuals (non-duplicative and non-cumulative because each person has their own data):  Losses of online visibility and effects of apparent blacklisting and greylisting and whitelisting; Source or supplemental source of the data, documents, and subjects in Meta Defendants requests for production and interrogatories to Plaintiffs as to each of them; Other data for liability, causation and damages, to the extent maintained.

Exhibit 1

SITE/COMPANY
CONNECTIONS PRESENTLY KNOWN

| | |
|---|---|
| ICF Technology, Inc. | Jerkmate |
| | Streamate |
| | Metcams |
| | YouCam |
| TLE Opportunities, LLC<br>Surecom Corporation NV | Cam4 |
| MindGeek USA, Inc.<br>MindGeek S.A.R.L. | Pornhub Life<br>ModelHub<br>MyDirtyHobby |
| Secure Live Media<br>VBC Camv LLC | Camversity<br>Camsoda |
| Donamis Group S.R.O.<br>VS Media, Inc.<br>HC Multimedia LLC | Naked.com<br>Camster<br>Camdolls<br>Flirt4free |
| Patreon, Inc. | Patreon |
| Proweb Progressive Development LTD. | Bongacams<br>*CamFuze*<br>EN.ROYALCAMS.COM |
| Multi Media, LLC | Chaturbate |
| ManyVids Industries<br>9349-9176 Quebec, Inc.<br>Winpunch Solutions, Inc.<br>Productions TMV Inc.<br>Isotim Capital, Trust, Canada | Manyvids |
| Cre8 Media, LLC<br>The Loop recordings<br>Quada Media LLC<br>Srandj, LLC | Ismygirl.com<br>*Sexy little angel* |
| Various, Inc.<br>FriendFinder Networks, Inc. | Cams |
| General Media Systems, LLC<br>Vixen Network?<br>Laie tana Holdings<br>Strike 3 Holdings, LLC | Blacked<br>Tushy |
| Haas & Reed B.V. | Bentbox.co |
| Offword Media Group, Inc. | Amateurporn |

# PAGES 11 TO 193 FILED UNDER SEAL