UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAWN DANGAARD, KELLY GILBERT, JENNIFER ALBAUGH, and all other similarly situated,

        Plaintiffs,

  v.

INSTAGRAM, LLC, FACEBOOK OPERATIONS, LLC, META PLATFORMS, INC., and JOHN DOES 1-10,

        Defendants.

No. C 22-01101 WHA

**ORDER REGARDING SCOPE OF SUPPLEMENTAL DEPOSITIONS**

A previous order outlined supplemental discovery to be conducted by plaintiffs in the form of depositions "as to why and how the documents were not previously produced as well as into the merits" (Dkt. No. 273). A subsequent order extended plaintiffs' deadline to complete these depositions to August 19, 2024 (Dkt. No. 297). The Court has received both sides' request for further clarification as to the scope of the depositions. The scope of the depositions is limited to why and how Meta's supplemental productions were not previously produced as well as the merits issues raised by the documents in Meta's June and July productions. In the supplemental briefing, plaintiffs may explain why more discovery was needed.

**IT IS SO ORDERED.**

Dated: July 25, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE