# EXHIBIT 22

K. Winn Allen, P.C. (admitted *pro hac vice*)
Devin S. Anderson (admitted *pro hac vice*)
Mary Elizabeth Miller (admitted *pro hac vice*)
Yaffa A. Meeran (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000 / Fax: (202) 389-5200
Email: winn.allen@kirkland.com
Email: devin.anderson@kirkland.com
Email: mary.miller@kirkland.com
Email: yaffa.meeran@kirkland.com

Stephen Tensmeyer (SBN 312030)
KIRKLAND & ELLIS LLP
60 E S. Temple St. Suite 700
Salt Lake City, UT 84111
Tel: (801) 877-8119 / Fax: (801) 877-8101
Email: stephen.tensmeyer@kirkland.com

Michael P. Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400 / Fax: (415) 439-1500
Email: michael.esser@kirkland.com

*Attorneys for Defendants Instagram LLC,*
*Facebook Operations, LLC, and Meta Platforms, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DAWN DANGAARD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>INSTAGRAM, LLC, *et al.*,<br><br>Defendants. | CASE NO. 3:22-cv-01101-WHA<br><br>The Honorable William Alsup<br><br>**META'S CERTIFICATION RE DOCUMENT PRODUCTION**<br><br>Trial Date:   October 15, 2024<br>Time:         7:30 a.m.<br><br>Complaint Filed Date: September 28, 2022 |

Pursuant to the Court's July 2, 2024 Order, ECF No. 273, Defendants Instagram, LLC, Facebook Operations, LLC, and Meta Platforms, Inc. (collectively, "Meta") hereby provide this certification.

1.     Meta certifies that, after a reasonable and thorough investigation and to the best of its knowledge, its document production is complete, consistent with the Federal Rules of Civil Procedure; Meta's Responses and Objections to Plaintiffs' Requests for Production and reasonable protocol to identify relevant documents; the information provided by plaintiffs to Meta regarding the relevant Instagram accounts; and the sources that Meta identified to plaintiffs in accordance with this Court's standing orders.

2.     Meta performed a reasonable and diligent investigation to identify sources of potentially relevant information from which documents were collected for review.  Meta collected and produced documents from the sources that were disclosed to plaintiffs pursuant to paragraph 21, and following a May 15, 2024 revision, paragraph 22, of Judge Alsup's Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup.  Meta also collected and produced documents relating to the Instagram accounts that plaintiffs provided and the parties corresponded about on October 11, October 13, November 30, and December 12, 2023, to the extent those Instagram accounts could be identified.

3.     Meta identified and produced relevant documents from custodians disclosed to plaintiffs in October 2023.  Meta used search terms at either the collection or review phase, depending on the source.  Meta produced documents from the following data sources: email, chat, Workplace groups, which are a feature of Meta's internal collaboration platform, and Tasks, which is an internal Meta workflow management system.  Meta disclosed these sources to plaintiffs in letters that accompanied its document productions, which were made periodically throughout discovery.

4.     Meta also reviewed for privilege and produced relevant documents that were collected during a privileged internal investigation, which included investigating allegations about the misuse of the shared hash database used by the Global Internet Forum to Counter Terrorism (GIFCT).  Those documents were collected by applying search terms across Meta's emails and chats, without custodial limitation.

5.     Meta also produced documents responsive to plaintiffs' requests for production from the following sources: Meta's Switchboard system; Meta's Transparency Center; Meta's internal Wikis;

1  Meta's Differentials system; Meta's Quip system; Meta's Cases system (including pulls from Meta's

2  databases that include user records using Centra, IG Admin, and other tools).  Meta disclosed these sources

3  to plaintiffs in letters that accompanied its document productions, which were made periodically

4  throughout discovery.

6  DATED: July 9, 2024                    /s/ Devin S. Anderson
                                         _____
7                                        K. Winn Allen, P.C. (admitted *pro hac vice*)
                                         Devin S. Anderson (admitted *pro hac vice*)
8                                        Mary Elizabeth Miller (admitted *pro hac vice*)
                                         Yaffa A. Meeran (admitted *pro hac vice*)
9                                        KIRKLAND & ELLIS LLP
                                         1301 Pennsylvania Avenue, N.W.
10                                       Washington, D.C. 20004
                                         Tel: (202) 389-5000 / Fax: (202) 389-5200
11                                       Email: winn.allen@kirkland.com
                                         Email: devin.anderson@kirkland.com
12                                       Email: mary.miller@kirkland.com
                                         Email: yaffa.meeran@kirkland.com
13
14                                       Stephen Tensmeyer (SBN 312030)
                                         KIRKLAND & ELLIS LLP
15                                       60 E S. Temple St. Suite 700
                                         Salt Lake City, UT 84111
16                                       Tel: (801) 877-8119 / Fax: (801) 877-8101
                                         Email: stephen.tensmeyer@kirkland.com
17
18                                       Michael P. Esser (SBN 268634)
                                         KIRKLAND & ELLIS LLP
19                                       555 California Street
                                         San Francisco, CA 94104
20                                       Tel: (415) 439-1400 / Fax: (415) 439-1500
                                         Email: michael.esser@kirkland.com
21
22                                       *Attorneys for Defendants Instagram, LLC, Facebook*
                                         *Operations, LLC, and Meta Platforms, Inc.*
23

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2024, a copy of the foregoing was served upon all counsel of record via electronic mail.

*/s/ Devin Anderson*
Devin Anderson