**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
David E. Azar, Esq. (SBN 218319)
280 S. Beverly Drive, Suite PH
Beverly Hills, California 90212
Telephone: 1-866-252-0878
dazar@milberg.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN DANGAARD, a/k/a ALANA EVANS, KELLY GILBERT, a/k/a KELLY PIERCE, JENNIFER ALLBAUGH, a/k/a RUBY, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INSTAGRAM, LLC, et al.<br><br>Defendants. | Case No. 3:22-cv-01101-WHA<br><br>The Honorable William Alsup<br><br>**PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(3) DISCLOSURES PER JULY 2, 2024 ORDER**<br><br>Trial Date: October 15, 2024<br>Time: 7:30 a.m.<br><br>Complaint Filed: September 28, 2022 |

Pursuant to the Court's July 2, 2024 Order re supplemental discovery process and updates to prior pre-trial submissions based on that process, and pursuant to Paragraph 2(g) of the Court's Guidelines for Trial and Final Pretrial Conference in Civil Jury cases Before the Honorable William Alsup (revised 5/15/2024), Plaintiffs respectfully submit their Amendment to Their Exhibit List Per July 2, 2024 Order (Attachment 1) and Amendment to Their Witness List Per July 2, 2024 Order (Attachment 2), served on Meta Defendants on September 13, 2024. These responses are a supplement to be added to Plaintiffs' previously filed Rule 26(a)(3) Disclosures (Doc. 291), to keep the additions per the July 2 Order separate. The Parties Supplemental [Proposed] Joint Pre-Trial Order, being filed today September 18, 2024, includes the original and amendments as Appendixes.

| | |
|---|---|
| Dated: September 18, 2024 | Respectfully submitted, |

By: */s/David Azar*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
DAVID E. AZAR
280 S. Beverly Drive, Suite PH
Beverly Hills, California 90212
Telephone: 1-866-252-0878
dazar@milberg.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 18, 2024, the foregoing was electronically filed with the Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system, which will send notifications of such filing to all parties.

*/s/David Azar*
David Azar