UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN DANGAARD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INSTAGRAM, LLC, et al., <br><br> Defendants. | No. 22-01101 WHA <br><br> **JUDGMENT** |

For the reasons stated in the accompanying order granting defendants' motion for summary judgment, final judgment is hereby entered in favor of defendants Instagram, LLC, Facebook Operations, LLC, Meta Platforms, Inc., and John Does 1-10, Fenix Internet LLC, Fenix International Inc., and Leonid Radvinsky, and against plaintiffs Dawn Dangaard, Kelly Gilbert, and Jennifer Allbaugh.

**IT IS SO ORDERED.**

Dated: September 23, 2024.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE