UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAWN DANGAARD, et al.,

    Plaintiffs,

v.

INSTAGRAM, LLC, et al.,

    Defendants.

No. 22-01101 WHA

**ORDER RE MOTIONS TO SEAL [DKT. NOS. 301, 306, 307, 310]**

This order addresses motions to seal (Dkt. Nos. 301, 306, 307, 310). The public enjoys the right to know to whom the public courts provide relief (or not). *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–80 (9th Cir. 2006). Filings "more than tangentially related to the merits of a case" may be sealed only for "compelling reasons." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101–02 (9th Cir.). That "standard applies to most judicial records," with a "good cause" standard applying otherwise. *Id.* at 1098. Parties seeking to seal filings in this district must also follow basic rules, Civil L.R. 79-5.

This order now addresses the requested sealings, and rules as follows:

| **Sealed Dkt. No.** | **Document/Exhibit** | **Result** | **Reasoning** |
|---|---|---|---|
| Dkt. No. 301-1 | Plaintiffs' Supplemental Brief Described in Paragraph 4 of Court's July 2, 2024 Order | Proposed redactions (as filed in Dkt. No. 306-3) are **DENIED**. | This brief relates directly to the merits of this action and Meta has not articulated specifically how unsealing will lead to harm. |

| | | | |
|---|---|---|---|
| Dkt. No. 301-6 | Carina Illingworth Dep. on Aug. 14, 2024 | Proposed redactions (as filed in Dkt. No. 306-5) are **DENIED**. | Meta has not articulated specifically how unsealing will lead to harm. |
| Dkt. No. 301-7 | Jenny Price Dep. on Aug. 19, 2024 | Entirety, **DENIED**. | Plaintiffs conditionally filed under seal but Meta has not moved to keep under seal. As such, the request is denied as moot. |
| Dkt. No. 301-8 | Adam Parker Dep. on Aug. 16, 2024 | Entirety, **DENIED**. | This request is overbroad; Meta has not articulated specifically how unsealing will lead to harm. |
| Dkt. No. 301-9 | Remy Gayet Dep. on Aug 19, 2024 | **GRANTED IN PART AND DENIED IN PART.** | This request is overbroad. Only the following material should be redacted:<br>• Page 43, line 15: redact the number after "above."<br>• Page 43, line 24: redact the number after "above."<br>• Page 43, line 25: redact the number after "oh."<br>• Page 44, line 8: redact the number in this line.<br>• Page 44, line 11: redact the number after "above."<br><br>The remainder of the transcript should be unsealed. |
| Dkt. No. 301-10 | David Callies Dep. on Aug 15, 2024 | Entirety, **DENIED**. | This request is overbroad; Meta has not articulated specifically how unsealing will lead to harm. |
| Dkt. No. 301-4 | Exh. 11<br><br>Decl. of Ramy Gayet | **GRANTED IN PART AND DENIED IN PART.** | Please refer to ruling provided in the order at Dkt. No. 326 and ensure this exhibit complies with that ruling accordingly. |
| Dkt. No. 301-5 | Exh. 13 | Entirety, **DENIED**. | This request is overbroad; Meta has not articulated specifically |

2

| | | | |
|---|---|---|---|
| | Decl of Adam Parker | | how unsealing will lead to harm. |
| Dkt. No. 307-3 | Meta's Response to Plaintiffs' Supplemental Briefing Regarding Summary Judgment | Proposed redactions are **GRANTED IN PART AND DENIED IN PART**. | This brief relates directly to the merits of this action.<br><br>Only the following material should be redacted:<br>• Page 11, line 8: redact the rest of the sentence after "from."<br>• Page 11, line 9: redact the number after "under."<br>• Page 11, line 12: redact the number after "over."<br>• Page 11, line 15: redact the number after "above."<br><br>The remainder of the response should be unsealed. |
| Dkt. No. 307-4 | Exh. 66 to Anderson Decl. in Support of Meta's Response to Plaintiffs' Supplemental Briefing Regarding Summary Judgment | Proposed redactions are **DENIED**. | Please see above ruling in Dkt. No. 306-5. Please ensure this exhibit complies accordingly. |
| Dkt. No. 307-5 | Exh. 67 to Anderson Decl. in Support of Meta's Response to Plaintiffs' Supplemental Briefing Regarding Summary Judgment | Entirety, **DENIED**. | This exhibit expounds upon the manner in which plaintiffs' content has been flagged within Meta's internal systems and therefore deals with the merits of the action. Meta has not articulated how unsealing this exhibit specifically will lead to harm. |
| Dkt. No. 307-6 | Exh. 68 to Anderson Decl. in Support of Meta's Response to Plaintiffs' Supplemental Briefing Regarding | Entirety, **DENIED.** | Please see entry for Exh. 67. |

3

| | | | |
|---|---|---|---|
| | Summary Judgment | | |
| Dkt. No. 307-7 | Exh. 69 to Anderson Decl. in Support of Meta's Response to Plaintiffs' Supplemental Briefing Regarding Summary Judgment | Entirety, **DENIED.** | Please see entry for Exh. 67. |
| Dkt. No. 307-8 | Exh. 70 to Anderson Decl. in Support of Meta's Response to Plaintiffs' Supplemental Briefing Regarding Summary Judgment; Excerpts of Aug 16. 2024 Dep. of Adam Parker | Entirety, **DENIED**. | This request is overbroad; Meta has not articulated specifically how unsealing will lead to harm. |
| Dkt. No. 307-9 | Exh. 73 to Anderson Decl. in Support of Meta's Response to Plaintiffs' Supplemental Briefing Regarding Summary Judgment | Entirety, **DENIED**. | This exhibit involves how one of the plaintiff's accounts was moderated; Meta has not articulated specifically how unsealing will lead to harm. |
| Dkt. No. 307-10. | Exh. 74 to Anderson Decl. in Support of Meta's Response to Plaintiffs' Supplemental Briefing Regarding Summary Judgment | Entirety, **DENIED**. | See entry for Dkt. No. 307-9. |
| | Exh. 75 to Anderson Decl. in | Entirety, **DENIED**. | See entry for Dkt. No. 307-9. |

4

| | | | |
|---|---|---|---|
| | Support of Meta's Response to Plaintiffs' Supplemental Briefing Regarding Summary Judgment | | |
| | Exh. 76 to Anderson Decl. in Support of Meta's Response to Plaintiffs' Supplemental Briefing Regarding Summary Judgment; Excerpts of Aug 15 Dep. of David Callies | Entirety, **DENIED**. | This request is overbroad; Meta has not articulated specifically how unsealing will lead to harm. |
| Dkt. 307-13 | Exh. 77 to Anderson Decl. in Support of Meta's Response to Plaintiffs' Supplemental Briefing Regarding Summary Judgment; Jun. 12, 2024 Decl. of Remy Gayet | **GRANTED IN PART AND DENIED IN PART.** | Please refer to ruling provided in the order at Dkt. No. 326 and ensure this exhibit complies with that ruling accordingly. |
| Dkt. No. 307-14 | Exh. 78 to Anderson Decl. in Support of Meta's Response to Plaintiffs' Supplemental Briefing Regarding Summary Judgment; Excerpts of Aug. 19, 2024, Dep. of Remy Gayet | **GRANTED IN PART AND DENIED IN PART.** | Please see ruling above in entry Dkt. No. 301-9 and ensure this exhibit complies with that ruling accordingly. |

5

The movant shall file public versions of the aforementioned documents in full compliance with this order by **JANUARY 31, 2025, AT NOON**.

**IT IS SO ORDERED.**

Dated: December 12, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE