UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAWN DANGAARD, et al.,

    Plaintiffs,

v.

INSTAGRAM, LLC, et al.,

    Defendants.

No. 22-01101 WHA

**ORDER RE MOTIONS TO SEAL [DKT. NOS. 311, 316]**

This order addresses motions to seal (Dkt. Nos. 311, 316) which stem from plaintiffs' reply brief during the supplemental discovery period. The public enjoys the right to know to whom the public courts provide relief (or not). *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–80 (9th Cir. 2006). Filings "more than tangentially related to the merits of a case" may be sealed only for "compelling reasons." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101–02 (9th Cir.). That "standard applies to most judicial records," with a "good cause" standard applying otherwise. *Id.* at 1098. Parties seeking to seal filings in this district must also follow basic rules, Civil L.R. 79-5.

Meta's proposed redactions (Dkt. No. 316-3) are **DENIED**. The briefs during the supplemental discovery period aided in addressing the merits in this action. As such, there must be a compelling reason to redact portions of the brief. These redactions discuss the reason why certain records regarding content moderation may not be as accessible as other records within Meta's internal system. Nor has Meta sufficiently justified these redactions.

The movant shall file public versions of the aforementioned documents in full compliance with this order by **JANUARY 31, 2025, AT NOON**.

**IT IS SO ORDERED.**

Dated: December 12, 2024.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2